# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IRIS NELSON and ALEX NELSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-01561-SPM |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW attorney Nathaniel R. Carroll and hereby requests this Court grant him leave to withdraw as counsel of record for Plaintiffs in the above-captioned matter. All other attorneys of record for Plaintiffs will remain.

Dated: November 29, 2018           Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*
Nathaniel R. Carroll #67988MO
ArchCity Defenders, Inc.
440 N. 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1012
314-925-1307 (fax)
ncarroll@archcitydefenders.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that notice of the foregoing and a copy of the same was distributed via this Court's ECF/PACER electronic filing notification system to all counsel of record on this 29th day of November, 2018.

/s/ *Nathaniel R. Carroll*