# EXHIBIT G

VIDEO TO BE FILED WITH COURT