UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEX NELSON, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 4:18-CV-1561 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Assistant City Counselor Megan Bruyns and hereby enters her appearance as counsel of record for Defendants Jeremy Davis and James Harris III.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Megan Bruyns
Megan G. Bruyns #69987(MO)
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103
TEL: 314.622.3366
FAX: 314.622.4956
Bruynsm@stlouis-mo.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Megan Bruyns