```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION

 3   MARK GULLET,                     )
                                      )
 4   Plaintiff,                       )
                                      )
 5   vs.                              )Cause No. 4:18-cv-00308-JCH
                                      )
 6   CITY OF SAINT LOUIS, MISSOURI,   )
     ET AL.,                          )
 7                                    )
     Defendants.                      )
 8

 9

10

11
     VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF CHARLES WALL
12

13

14               Taken on behalf of Plaintiff

15                    May 18, 2020

16

17

18               ALARIS LITIGATION SERVICES
                    711 N. 11TH STREET
19               ST. LOUIS, MO 63101
                    (314) 644-2191
20

21

22

23

24

25
```

```
 1        I N D E X   O F   E X A M I N A T I O N

 2

 3   WITNESS:  CHARLES WALL

 4        Examination By Mr. Wyrsch ....................13

 5

 6
          I N D E X   O F   E X H I B I T S
 7
     Exhibit 97 ........................................14
 8        Notice of Deposition

 9   Exhibit 98 ........................................17
          Screen Shot
10
     Exhibit 99 ........................................19
11        Screen Shot

12   Exhibit 100 .......................................20
          Screen Shot
13
     Exhibit 101 .......................................20
14        Screen Shot

15   Exhibit 102 .......................................21
          Screen Shot
16
     Exhibit 103 .......................................22
17        Screen Shot

18   Exhibit 104 .......................................24
          Screen Shot
19
     Exhibit 105 .......................................25
20        Screen Shot

21   Exhibit 106 .......................................25
          Screen Shot
22
     Exhibit 107 .......................................26
23        Screen Shot

24   Exhibit 108 .......................................26
          Screen Shot
25
```

CHARLES WALL  5/18/2020

1    Exhibit 109 .......................................27
           Screen Shot
2
     Exhibit 110 .......................................27
3          Screen Shot
4    Exhibit 111 .......................................29
           Screen Shot
5
     Exhibit 112 .......................................30
6          Screen Shot
7    Exhibit 113 .......................................32
           Screen Shot
8
     Exhibit 114 .......................................33
9          Screen Shot
10   Exhibit 115 .......................................33
           Screen Shot
11
     Exhibit 116 .......................................34
12         Screen Shot
13   Exhibit 117 .......................................34
           Screen Shot
14
     Exhibit 118 .......................................36
15         Screen Shot
16   Exhibit 119 .......................................36
           Screen Shot
17
     Exhibit 120 .......................................38
18         Screen Shot
19   Exhibit 121 .......................................38
           Screen Shot
20
     Exhibit 122 .......................................41
21         Screen Shot
22   Exhibit 123 .......................................43
           Screen Shot
23
     Exhibit 124 .......................................46
24         Screen Shot
25

1    Exhibit 125 ........................................47
          Interrogatories
2
     Exhibit 126 ........................................53
3         Screen Shot
4    Exhibit 127 ........................................54
          Screen Shot
5
     Exhibit 128 ........................................57
6         Screen Shot
7    Exhibit 129 ........................................58
          Screen Shot
8
     Exhibit 130 ........................................59
9         Screen Shot
10   Exhibit 131 ........................................59
          Screen Shot
11
     Exhibit 132 ........................................59
12        Screen Shot
13   Exhibit 133 ........................................60
          Screen Shot
14
     Exhibit 134 ........................................62
15        Screen Shot
16   Exhibit 136A .......................................62
          Screen Shot
17
     Exhibit 136B .......................................64
18        Screen Shot
19   Exhibit 137 ........................................65
          Screen Shot
20
     Exhibit 138 ........................................65
21        Screen Shot
22   Exhibit 139 ........................................66
          Screen Shot
23
     Exhibit 140 ........................................66
24        Screen Shot
25

1    Exhibit 141 .......................................68
          Screen Shot
2
     Exhibit 142 .......................................69
3         Interrogatories
4    Exhibit 143 .......................................70
          Screen Shot
5
     Exhibit 144 .......................................70
6         Screen Shot
7    Exhibit 145 .......................................71
          Screen Shot
8
     Exhibit 146 .......................................73
9         Screen Shot
10   Exhibit 147 .......................................74
          Screen Shot
11
     Exhibit 148 .......................................74
12        Screen Shot
13   Exhibit 149 .......................................75
          Screen Shot
14
     Exhibit 151 .......................................75
15        Screen Shot
16   Exhibit 152 .......................................76
          Interrogatories
17
     Exhibit 153 .......................................80
18        Interrogatories
19   Exhibit 154 .......................................86
          Interrogatories
20
     Exhibit 155 .......................................91
21        Screen Shot
22   Exhibit 156 .......................................91
          Screen Shot
23
     Exhibit 157 .......................................91
24        Screen Shot
25

```
 1    Exhibit 158 .......................................92
           Screen Shot
 2
      Exhibit 159 .......................................92
 3         Screen Shot
 4    Exhibit 160 .......................................93
           Screen Shot
 5
      Exhibit 161 .......................................93
 6         Screen Shot
 7    Exhibit 162 .......................................93
           Screen Shot
 8
      Exhibit 163 .......................................94
 9         Screen Shot
10    Exhibit 164 .......................................94
           Screen Shot
11
      Exhibit 165 .......................................95
12         Screen Shot
13    Exhibit 166 .......................................95
           Screen Shot
14
      Exhibit 167 .......................................95
15         Screen Shot
16    Exhibit 168 ......................................103
           Video
17
      Exhibit 169 ......................................109
18         Interrogatories
19    Exhibit 170 ......................................111
           Screen Shot
20
      Exhibit 171 ......................................114
21         Interrogatories
22    Exhibit 172 ......................................118
           Screen Shot
23
      Exhibit 173 ......................................122
24         Screen Shot
25
```

1    Exhibit 174 ......................................123
          Screen Shot
2
     Exhibit 175 ......................................123
3         Interrogatories
4    Exhibit 176 ......................................125
          Screen Shot
5
     Exhibit 178 ......................................129
6         Screen Shot
7    Exhibit 179 ......................................129
          Screen Shot
8
     Exhibit 180 ......................................130
9         Screen Shot
10   Exhibit 181 ......................................130
          Screen Shot
11
     Exhibit 182 ......................................130
12        Interrogatories
13   Exhibit 183 ......................................135
          Interrogatories
14
     Exhibit 184 ......................................138
15        Interrogatories
16   Exhibit 185 ......................................145
          Interrogatories
17
     Exhibit 186 ......................................151
18        Screen Shot
19
20       EXHIBITS IDENTIFIED FROM A PREVIOUS DEPOSITION
21
     Exhibit 1 ........................................159
22        Photograph
23   Exhibit 2 ........................................152
          List of Officer Teams
24
     Exhibit 4 ........................................57
25        Video

1    Exhibit 6 .......................................72
          Video
2
     Exhibit 11 .....................................141
3         Video
4    Exhibit 15 ......................................68
          Video
5
     Exhibit 20 ......................................37
6         Video
7    Exhibit 21 ......................................42
          Video
8
     Exhibit 23 .....................................104
9         Video
10   Exhibit 27 .....................................114
          Video
11
     Exhibit 28 .....................................125
12        Video
13   Exhibit 29 ......................................96
          Video
14
     Exhibit 30 ......................................96
15        Video
16   Exhibit 31 .....................................150
          Video
17
     Exhibit 32 .....................................153
18        Video
19   Exhibit 36 ......................................15
          Video
20
     Exhibit 37 .....................................103
21        Video
22   Exhibit 38 .....................................157
          Video
23
     Exhibit 45 .....................................136
24        Photograph
25   Exhibit 47 .....................................126
          Photograph
25        Photograph

1    Exhibit 85 ........................................22
         Police Report

 2

 3

 4    The original exhibits were retained by the court reporter
      to be attached to COUNSELS' transcripts.

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
 2                        EASTERN DIVISION

 3    MARK GULLET,                    )
                                      )
 4    Plaintiff,                      )
                                      )
 5    vs.                             )Cause No. 44:18-cv-00308-JCH
                                      )
 6    CITY OF SAINT LOUIS, MISSOURI, )
      ET AL.,                         )
 7                                    )
      Defendants.                     )
 8

 9

10

11

12              VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

13    CHARLES WALL, produced, sworn, and examined on behalf

14    of the Plaintiff, May 18, 2020, between the hours of

15    eight o'clock in the forenoon and five o'clock in the

16    afternoon on that day, at Alaris Litigation Services,

17    711 N. 11th Street, St. Louis, Missouri 63101, before

18    Rebecca L. Tuggle, a Registered Professional Reporter,

19    Certified Court Reporter, and Certified Shorthand

20    Reporter within and for the State of Missouri.

21

22

23

24

25
```

CHARLES WALL  5/18/2020

```
 1                    A P P E A R A N C E S

 2
      FOR THE PLAINTIFF VIA VIDEOCONFERENCE:
 3
                 JAMES R. WYRSCH
 4               JAVAD M. KHAZAELI
                 KIARA N. DRAKE
 5               Khazaeli Wyrsch LLC
                 911 Washington Avenue, Suite 211
 6               St. Louis, MO 63101
                 (314) 288-0777
 7               james.wyrsch@kwlawstl.com

 8               MAUREEN HANLON
                 SAMUEL HENDERSON
 9               ArchCity Defenders
                 440 North 4th Street, Suite 290
10               St. Louis, MO 63102
                 (855) 724-2489 ext. 1021
11               mhanlon@archcitydefenders.org

12    FOR THE DEFENDANTS VIA VIDEOCONFERENCE:

13               BRANDON LAIRD
                 ABBY DUNCAN
14               AMY M. RAIMONDO
                 MEGAN BRUYNS
15               Assistant City Counselors
                 1200 Market Street, Rm. 314
16               St. Louis, MO 63103
                 (314) 622-4652
17               lairdb@stlouis-mo.gov

18    VIDEOGRAPHER:

19               MATT YOUMANS
                 Alaris Litigation Services
20

21    REPORTED BY:

22               REBECCA L. TUGGLE, RPR, CCR, CSR
                 Alaris Litigation Services
23

24

25
```

CHARLES WALL  5/18/2020

```
 1              VIDEOGRAPHER:  Okay.  We are on the record.

 2    Today's date is May 18, 2020, and the time is

 3    9:01 a.m.  This is the video-recorded deposition of

 4    Charles Wall, in the matter of Mark Gullet versus City

 5    of St. Louis, et al., Case Number 4:18-cv-00308-JCH,

 6    in the United States District Court, Eastern District

 7    of Missouri, Eastern Division.

 8              This deposition is being held over video

 9    conference.  The reporter's name is Rebecca Tuggle.

10    My name is Matt Youmans.  I am the legal videographer.

11    We are with Alaris Litigation Services.

12              Would the attorneys present please introduce

13    themselves and the parties they represent.

14              MR. WYRSCH:  James Wyrsch on behalf of

15    plaintiff.

16              MR. KHAZAELI:  Javad Khazaeli on behalf of

17    plaintiff.

18              MS. DRAKE:  Kiara Drake on behalf of

19    plaintiff.

20              MS. HANLON:  Maureen Hanlon on behalf of

21    plaintiff.

22              MR. LAIRD:  And Brandon Laird on behalf of

23    Defendant City of St. Louis.

24              MS. DUNCAN:  Abby Duncan for defendants.

25              MS. BRUYNS:  Megan Bruyns on behalf of
```

CHARLES WALL  5/18/2020

1   defendants.

2           MS. RAIMONDO:  Amy Raimondo on behalf of

3   defendants.

4           VIDEOGRAPHER:  Thank you.  Would the court

5   reporter please swear in the witness and we may

6   proceed.

7           IT IS STIPULATED AND AGREED by and between

8   counsel for the Plaintiff and counsel for the

9   Defendants that the videotaped videoconference

10  deposition of CHARLES WALL may be taken in shorthand by

11  Rebecca L. Tuggle, a Registered Professional Reporter,

12  Certified Court Reporter, and Certified Shorthand

13  Reporter, and afterwards transcribed into typewriting,

14  and the signature of the witness is reserved by

15  agreement of counsel and the witness.

16                  * * * * *

17                  CHARLES WALL,

18  of lawful age, being produced, sworn, and examined on

19  the part of the Plaintiff, and after responding "Yes"

20  to the oath administered by the court reporter, deposes

21  and says:

22                  * * * * *

23                  EXAMINATION

24  QUESTIONS BY MR. WYRSCH:

25      Q    Good morning.  Can you state your name for

CHARLES WALL  5/18/2020

1    the record?

2        A    Charles Wall.

3        Q    Good morning.  My name is Jim Wyrsch.  I

4    represent the plaintiff in -- or plaintiffs in this

5    case.  My understanding is you've been chosen to --

6    designated on a 30(b)(6) deposition; is that correct?

7        A    Yes.

8        Q    This is my first time doing this by video so

9    we may have some technical issues as we go along.  I'm

10   using headphones.  Can you hear me okay?

11       A    Yes, I can.

12       Q    Okay.  If at any point you can't hear me,

13   let me know.  Otherwise, I'll assume you've heard and

14   understood the question.

15           I'm going to show you what we're going to

16   mark as Exhibit Number 97.

17                  (Exhibit 97, Notice of Deposition, was

18                  marked for identification.)

19       Q    (By Mr. Wyrsch) I can't see what's being

20   shown, but I'm hoping it's the Second Amended Notice

21   of Videotaped Deposition.

22       A    Yes, that's what it appears to be.

23       Q    Okay.  I'm going to scroll drown.  There are

24   one, two, three, four, five, six, seven, eight, nine

25   topics.  Do you see those?

CHARLES WALL  5/18/2020

```
1        A    Yes.

2        Q    Are you going to be testifying as to all

3   nine topics today?

4        A    Yes.

5        Q    You've reviewed this deposition notice?

6        A    I have.

7        Q    Okay.  I'm going to start with deposition

8   topic number 4, which is the visual identification,

9   including name and other identifi- -- identifying

10  information of all individual SLMPD officers visible

11  in a number of video clips.

12             Were you provided those video clips?

13       A    I was.

14               (Exhibit 36, Video, was marked in a

15               previous deposition and now identified

16               for the record.)

17       Q    (By Mr. Wyrsch) I'm showing you now what has

18  been previously marked as Exhibit 36.  Are you

19  familiar with this --

20       A    I am.

21       Q    Do I understand this correctly to be a GoPro

22  video that was recorded by Sergeant Karnowski?

23       A    Correct.

24       Q    And who is Sergeant Karnowski?

25       A    He's a sergeant with the police department
```

CHARLES WALL  5/18/2020

 1   currently assigned to District 4.  And during the

 2   events here, he was assigned to the bicycle response

 3   team.

 4        Q    Looking at the very beginning of this video,

 5   I know it's a bit blurry, but do -- can you identify

 6   any of the officers in the video at the beginning?

 7        A    Without the video playing it's difficult,

 8   but I believe -- if you look at the officer who's in

 9   standard uniform -- I guess furthest to the right.

10   Yes, that officer there that you just had your mouse

11   over.  Appears to be an African-American officer in

12   standard uniform.

13        Q    This person right here?

14        A    Correct.

15        Q    Okay.

16        A    I believe -- without watching the video play

17   and just looking at the still image here, I believe

18   that that is Officer Jarred Thacker, T-h-a-c-k-e-r.

19        Q    Thank you.  And -- and do you know who this

20   is here?

21        A    No.

22        Q    Do you know who this is?

23        A    No.

24             MR. WYRSCH:  I'm going to go ahead and have

25   a screen shot made.  Someone's going to have to track

CHARLES WALL  5/18/2020

```
 1    these exhibits.  But we'll have the screen shot.

 2         Q    (By Mr. Wyrsch) This is Officer Thacker;

 3    correct?

 4         A    Correct.

 5              MR. WYRSCH:  Mark that as Exhibit 98.

 6              (Exhibit 98, Screen Shot, was marked

 7              for identification.)

 8              VIDEOGRAPHER:  That one's been saved.

 9              MR. WYRSCH:  All right.  Thank you.  And I'm

10    going to play the video.

11              (The video was played.)

12         Q    (By Mr. Wyrsch) All right.  The -- right

13    here, what -- can you identify what the spotlight is

14    on right now?

15         A    It appears to be on one of our larger

16    canisters of mace or pepper spray.

17         Q    And do you know who is holding that

18    canister?

19         A    It appears to be Sergeant Karnowski.

20         Q    You say it appears to be.  In preparation

21    for this deposition, did you talk with Officer

22    Karnowski?

23         A    Yes.

24         Q    All right.  I mean, and is it confirmed that

25    that is him --
```

CHARLES WALL  5/18/2020

```
 1      A     Yes.  Yes, it is him.

 2            MR. WYRSCH:  Off the record for a second.

 3            VIDEOGRAPHER:  Going off the record.  The

 4  time is 9:09.

 5         (Whereupon, a short break was taken.)

 6            VIDEOGRAPHER:  Going back on the record.

 7  The time is 9:10.

 8      Q     (By Mr. Wyrsch) Pausing here, do -- do you

 9  know the identity of either of these two officers --

10      A     I do not.

11      Q     Sound coming through?

12      A     Yes.

13            (The video was played.)

14      Q     (By Mr. Wyrsch) Okay.  Just to the right

15  here, you see a cloud of pepper spray?

16      A     Yes.

17      Q     Rewind a little bit.  Over here you see the

18  stream of pepper spray?

19      A     Correct.

20      Q     Okay.  Do you know who -- who -- who

21  released that pepper spray into the crowd?

22      A     I do not.

23      Q     You don't know who that person is?

24      A     Correct, I do not.

25      Q     Okay.  In your preparation for this
```

CHARLES WALL  5/18/2020

 1    deposition, did you ask anyone who that person was?

 2        A    Yes, I've asked several people.

 3        Q    And no one knows who that is?

 4        A    Correct.

 5        Q    These two officers right here in the screen,

 6    do you know who this person is?

 7        A    From this angle, no.

 8        Q    This officer right here?

 9        A    No.

10        Q    Does that help?

11        A    Yes.  The officer that you're highlighting

12    now is Sergeant James Murphy.

13        Q    And this person?

14        A    I still don't know the identity of that

15    individual.

16             MR. WYRSCH:  I'm going to ask a screen shot

17    to be made of Officer James Murphy where the spotlight

18    is and mark that as Exhibit 99.

19                   (Exhibit 99, Screen Shot, was marked

20                    for identification.)

21             VIDEOGRAPHER:  It's been done.

22             MR. WYRSCH:  Let me go back to the -- all

23    right.  And I'm just going to mark here again the

24    spray that we talked about previously.  Can you take a

25    screen shot of that as Exhibit 100?

CHARLES WALL  5/18/2020

```
 1                        (Exhibit 100, Screen Shot, was marked
 2                        for identification.)
 3       Q    (By Mr. Wyrsch) And it's your testimony that
 4  you do not know who the person is that spray -- that
 5  sent that spray into the crowd?
 6       A    Correct.
 7                     (The video was played.)
 8       Q    (By Mr. Wyrsch) And where my spotlight is
 9  here, is -- can you identify this officer here?
10       A    I believe that that is Officer Thacker
11  again.
12             MR. WYRSCH:  Now is that being screen
13  shotted also, Exhibit 101?
14                        (Exhibit 101, Screen Shot, was marked
15                        for identification.)
16                        (The video was played.)
17       Q    (By Mr. Wyrsch) Stopping here, do you
18  recognize either of the officers in this photo?
19       A    Specifically -- okay.  I believe the officer
20  with the white short sleeves, and maybe if the video
21  played a little bit longer, I'd -- I'd be able to
22  confirm that, but I believe that that may be
23  Lieutenant Joyner, James Joyner.
24                     (The video was played.)
25       Q    (By Mr. Wyrsch) We'll go back to that in a
```

CHARLES WALL  5/18/2020

```
 1    second, but these three officers?
 2        A    I could tell you that the officer with the
 3    white short-sleeved shirt that you're highlighting
 4    now, that's Lieutenant Scott Aubuchon.
 5        Q    Okay.  And how about the person in the --
 6            MR. WYRSCH:  Let's do a screen shot there,
 7    102.
 8                 (Exhibit 102, Screen Shot, was marked
 9                 for identification.)
10            VIDEOGRAPHER:  Good.
11        Q    (By Mr. Wyrsch) All right.  The person in
12    the middle here where my pointer is now?
13        A    I can't tell.
14        Q    All right.  I have to ask.  You're saying
15    you can't tell.  In -- in preparation for the
16    deposition, did you look at this video?
17        A    I've looked at many different videos.  I'm
18    able to identify individuals possibly on one video
19    that I can't identify on another.
20        Q    Okay.  What about this person here?
21        A    No.
22                 (The video was played.)
23        Q    (By Mr. Wyrsch) Is there anyone in this
24    video you recognize?
25        A    If you're able to go back just a few frames,
```

CHARLES WALL  5/18/2020

1    I believe the -- so there the officer with the white

2    shirt -- there, yes -- that is Lieutenant Paul

3    Piatchek.

4              MR. WYRSCH:  Screen shot, 103.

5                   (Exhibit 103, Screen Shot, was marked

6                   for identification.)

7              MR. WYRSCH:  Off the record one moment.

8              VIDEOGRAPHER:  Going off the record.  The

9    time is 9:17.

10                  (Whereupon, a short break was taken.)

11             VIDEOGRAPHER:  Going back on the record.

12   The time is 9:18.

13                  (Exhibit 85, Police Report, was marked

14                  in a previous deposition and now

15                  identified for the record.)

16        Q    (By Mr. Wyrsch) All right.  I'm going to

17   show you what we previously marked as Exhibit 85.  Do

18   you recognize this document?

19        A    I'm not seeing anything other than the four

20   attorneys.  Okay.  Yes, that's the police report.

21        Q    Okay.  Just want to bring your attention,

22   this is page 146 of the police report.  Can you read

23   this section from where you are?

24        A    I -- it's difficult to make out.  I guess I

25   could get up and get closer to the screen, but it's my

CHARLES WALL  5/18/2020

1    understanding that it appears to be Lieutenant Scott

2    Aubuchon's statement regarding his use of mace.

3        Q    Okay.  Is -- is -- perhaps I misunderstood,

4    but is -- is that not the mace that we saw that you

5    couldn't identify?

6        A    It's unclear to me.  In speaking with

7    Lieutenant Aubuchon, he indicates that he believes

8    that what he's describing here in the narrative of the

9    police report occurred previously, possibly further

10   east on Washington.  And it was captured -- or I'm

11   sorry -- not captured on the video.  We sat and

12   watched the video together and he indicated that he

13   did not believe that that was him dispensing mace at

14   that time.

15       Q    Okay.  When did -- when did that supposedly

16   occur?

17       A    When did what supposedly occur?

18       Q    Lieutenant Aubuchon -- you said it happened

19   before the incident that's in the camera.  When --

20   when was it supposed to occur?

21       A    Possibly just prior to that.  It's unclear

22   to me.  But his statement in the police report, I

23   believe, describes -- and I -- I -- I suppose I could

24   get up and read it.  I -- I don't remember exactly how

25   he described the individual that he directed his mace

CHARLES WALL  5/18/2020

1  towards, but in watching the video, he said that that

2  was not what he remembered directing mace towards and

3  he did not believe that to be him dispensing mace in

4  the video.

5      Q    And -- and -- he -- but he -- that -- that

6  is where he was standing.  I mean, we saw in the video

7  that's where Aubuchon is standing during that time;

8  right?

9      A    It appeared so.

10     Q    And he -- but he doesn't know who was the

11 person who shot that large stream?

12     A    That's what he told me.

13     Q    Okay.  From this angle, can you identify any

14 officers on screen right now?

15     A    If you go -- I believe it's three officers

16 to your right -- I believe that's Detective Steven

17 Walsh.

18              MR. WYRSCH:  Screen shot that.  104.

19                 (Exhibit 104, Screen Shot, was marked

20                  for identification.)

21     A    And then if you go to the next officer to

22 the right, that is then lieutenant, now captain,

23 Donnell Moore.

24              MR. WYRSCH:  Can we screen shot that as

25 Exhibit 105.

CHARLES WALL  5/18/2020

```
 1                      (Exhibit 105, Screen Shot, was marked
 2                      for identification.)
 3        Q    (By Mr. Wyrsch) Anyone else in this frame?
 4        A    No, not right now.
 5        Q    You don't know who this is?
 6        A    I can't -- I can't tell from -- I guess if
 7    the video plays a little bit longer, I may be able to.
 8        Q    Okay.  What -- what are you viewing it on?
 9    Are you on the TV or an iPad?
10        A    It's on a TV.
11        Q    I mean, you don't have an iPad in front of
12    you, too?
13        A    I do not.
14                  (The video was played.)
15        A    I believe that may be Lieutenant Aubuchon
16    again.
17        Q    Here?
18        A    Correct.
19             MR. WYRSCH:  Mark that as Exhibit 106.
20                  (Exhibit 106, Screen Shot, was marked
21                  for identification.)
22        Q    (By Mr. Wyrsch) Who is this right here?
23        A    That is possibly Detective Walsh again.
24        Q    Just to double check here.  Who is the
25    person I'm pointing to?
```

CHARLES WALL  5/18/2020

```
 1      A     From this angle, I don't know if that's
 2   still Thacker or not.  I know we previously identified
 3   Thacker, but I -- I can't tell from this angle if
 4   that's still him.
 5                   (The video was played.)
 6      Q     (By Mr. Wyrsch) Who is this right here?
 7      A     I believe that's Lieutenant Piatchek again.
 8                   (The video was played.)
 9            MR. WYRSCH:  I'm just going to go ahead and
10   screen shot that as Exhibit 107.
11                   (Exhibit 107, Screen Shot, was marked
12                    for identification.)
13      Q     (By Mr. Wyrsch) Anyone else in this frame
14   that you know -- you recognize?
15      A     I believe -- if you go back to the officer
16   that you just had the pointer on.  Further right.
17   Yeah.  That officer there, I believe that that's
18   Detective Rich Edwards.
19            MR. WYRSCH:  Screen shot that, please.  108.
20                   (Exhibit 108, Screen Shot, was marked
21                    for identification.)
22                   (The video was played.)
23      Q     (By Mr. Wyrsch) Is this Lieutenant Aubuchon?
24      A     Yes.
25            MR. WYRSCH:  Screen shot that as 109.
```

CHARLES WALL  5/18/2020

```
 1                      (Exhibit 109, Screen Shot, was marked
 2                      for identification.)
 3                      (The video was played.)
 4       Q     (By Mr. Wyrsch) Do you know who this person
 5   is?
 6       A     No.
 7       Q     What about either of these officers here?
 8       A     It's possibly -- may be more easy for me to
 9   identify those officers from a different camera angle,
10   but I believe that those two may be Officer Sam Rachas
11   and the officer's first name is escaping me.  It may
12   be Keith Burton.
13       Q     Okay.
14                      (The video was played.)
15       Q     (By Mr. Wyrsch) Do you know who this officer
16   is right here?
17       A     I do not.
18       Q     Any of these people?
19       A     The officer wearing the blue long-sleeved
20   shirt and the bicycle helmet -- to the right.
21       Q     This one?
22       A     There, yes.  That is Sergeant Brandt
23   Flowers.
24             MR. WYRSCH:  Screen shot that as 110.
25                      (Exhibit 110, Screen Shot, was marked
```

CHARLES WALL  5/18/2020

```
 1                    for identification.)
 2                    (The video was played.)
 3        Q     (By Mr. Wyrsch) Do you know who this person
 4   is?
 5        A     I do not.
 6        Q     Anyone else in this screen shot here?
 7        A     Just Sergeant Flowers again.
 8        Q     And that's this person?
 9        A     Correct.
10                    (The video was played.)
11        Q     (By Mr. Wyrsch) How about this officer here?
12        A     No.
13        Q     And from this angle, I mean, is that -- is
14   that Officer Flowers there?
15        A     Yes.  With the pointer, yes.  And the other
16   officer I'm still not able to identify.
17        Q     That officer is not wearing a helmet; right?
18        A     It doesn't appear so, no.
19        Q     Is there any chance -- is there any way -- I
20   guess they don't have sergeant stripes, I don't see?
21        A     No, I -- I --
22        Q     See any markings that identify what group
23   they might be in?
24        A     I believe the officer is more than likely,
25   at that time, assigned to special operations.  I've
```

CHARLES WALL  5/18/2020

1    spoken to many detectives from special operations and

2    gone over this video with them and been unable to

3    identify that officer.

4          MR. WYRSCH:  Let's go ahead and do a screen

5    shot of --

6     Q    (By Mr. Wyrsch) You said this -- where the

7    pointer is is Officer Flowers again?

8     A    Yes, Sergeant Flowers, correct.

9     Q    Sergeant Flowers.  Sorry.

10         MR. WYRSCH:  And that's Exhibit 111.

11              (Exhibit 111, Screen Shot, was marked

12              for identification.)

13    Q    (By Mr. Wyrsch) Anyone else in the screen

14    shot here that you can identify?

15    A    No.

16    Q    This person?

17    A    No.

18    Q    This person?

19    A    No.

20              (The video was played.)

21    Q    (By Mr. Wyrsch) How about this person right

22    here?  Back up.

23    A    No.  From this angle, no.

24              (The video was played.)

25    Q    (By Mr. Wyrsch) So this is Lieutenant

CHARLES WALL  5/18/2020

```
 1    Aubuchon?

 2         A    Correct.

 3         Q    Anyone else you can identify in this photo

 4    here?

 5         A    No.

 6                   (The video was played.)

 7         Q    (By Mr. Wyrsch) Do you know who that officer

 8    is?

 9         A    Detective Brett Carlson, Carlson with a C.

10              MR. WYRSCH:  You want to screen shot Exhibit

11    112.

12                   (Exhibit 112, Screen Shot, was marked

13                   for identification.)

14         Q    (By Mr. Wyrsch) And did you for Officer --

15    or Sergeant Flowers and for -- you said Detective

16    Carlson?

17         A    Correct.

18         Q    Did you confirm with them that -- that they

19    agree that that's them?

20         A    I have.

21         Q    Is there anyone else in this photo right now

22    in this screen shot right now that you know?

23         A    No.

24                   (The video was played.)

25         Q    (By Mr. Wyrsch) Do you know who this is on
```

CHARLES WALL  5/18/2020

```
 1    the other side of this person?

 2         A    No.

 3         Q    Back up a little bit.

 4                   (The video was played.)

 5         Q    (By Mr. Wyrsch) The person that's coming

 6    right here?

 7         A    No.

 8         Q    What about that person right there?

 9         A    No.

10         Q    How about this person right here?  I'll back

11    it up, you can see.

12         A    No.

13                   (The video was played.)

14         Q    (By Mr. Wyrsch) See this person over here?

15         A    Correct.  Yeah, no, I'm not able to identify

16    that person.

17         Q    Without -- that person also doesn't have a

18    helmet on.  Was it -- was that someone else on the ops

19    team?

20         A    I believe so.

21         Q    Did you ask people who that is?

22         A    I did.

23         Q    And no one could tell you?

24         A    Correct.

25         Q    How -- how many members of the special ops
```

CHARLES WALL  5/18/2020

 1   did you talk to?

 2        A    Maybe a dozen.

 3        Q    But not all of them?

 4        A    I -- I don't believe I've spoken to every

 5   single one, no.  But I've spoken to maybe a dozen or

 6   so.

 7             (The video was played.)

 8        Q    (By Mr. Wyrsch) Do you know who this is?

 9        A    No.

10        Q    How about this person?

11        A    That's Lieutenant Aubuchon again.

12             MR. WYRSCH:  Do a screen shot of 113.

13             (Exhibit 113, Screen Shot, was marked

14             for identification.)

15             (The video was played.)

16        Q    (By Mr. Wyrsch) And from this angle, that's

17   Detective Carlson?

18        A    Correct.

19        Q    And we don't know who that is?

20        A    Correct.

21        Q    And we don't know who this is?

22        A    No.

23             (The video was played.)

24        Q    (By Mr. Wyrsch) I'm sorry.  Do we know who

25   either of these two people are?

CHARLES WALL  5/18/2020

```
 1        A     The officer without a helmet appears to be

 2    SWAT Officer Seper.  His first name is escaping me.

 3        Q     S-e-p-e-r?

 4        A     I believe so, yes.

 5              MR. WYRSCH:  Go ahead and screen shot that

 6    at 114.

 7                   (Exhibit 114, Screen Shot, was marked

 8                    for identification.)

 9        Q     (By Mr. Wyrsch) Do you know this officer?

10        A     I do not.

11        Q     And I'm sorry, just to clarify, for -- who

12    are -- do you know these three people?  I kind of lost

13    track.

14        A     So the one in the middle is Detective

15    Carlson.

16        Q     Okay.

17        A     And the one on the --

18        Q     The one --

19        A     -- the one on the right is possibly

20    Detective Mickey Christ, C-h-r-i-s-t.

21              MR. WYRSCH:  Screen shot that at 115.

22                   (Exhibit 115, Screen Shot, was marked

23                    for identification.)

24        Q     (By Mr. Wyrsch) The one on the left?

25        A     That's still the same one that I haven't
```

CHARLES WALL  5/18/2020

1     been able to identify.

2                    (The video was played.)

3        Q     (By Mr. Wyrsch) And with this helmet off

4     there, we don't know?

5        A     Correct.

6              MR. WYRSCH:  Screen shot that at 116,

7     please.

8                    (Exhibit 116, Screen Shot, was marked

9                    for identification.)

10       Q     (By Mr. Wyrsch) Have you shown this

11    particular angle to people in special ops with his

12    face mask off?

13       A     I believe so, but I don't recall

14    specifically.

15       Q     You don't know for certain if you did?

16       A     Correct.

17                    (The video was played.)

18       Q     (By Mr. Wyrsch) And just, again, who's that,

19    please?

20       A     Lieutenant Aubuchon.

21             MR. WYRSCH:  Screen shot that at 117,

22    please.

23                    (Exhibit 117, Screen Shot, was marked

24                    for identification.)

25                 (The video played was played.)

```
 1              MR. WYRSCH:  We can go off the record for a
 2   moment.  Can we take a break, five minutes?
 3              VIDEOGRAPHER:  Going off the record.  The
 4   time is 9:45.
 5                  (Whereupon, a short break was taken.)
 6              VIDEOGRAPHER:  Going back on the record.
 7   The time is 9:56.
 8       A    If I could clarify one of my last answers
 9   before we went on break.
10       Q    (By Mr. Wyrsch) Sure.
11       A    When you asked if I showed the video of the
12   officer removing his mask, I know I've shown a video
13   of that officer removing their mask to several of the
14   officers from the special operations unit.  I just
15   can't specifically recall if I showed that video, the
16   Karnowski GoPro video, to those officers.
17       Q    Okay.  Thank you for clarifying.
18              All right.  I'm going to go back briefly to
19   that same exhibit, Exhibit 36.  I'm going to draw your
20   attention over here.  See where I'm pointing to the
21   person with the blue shirt and appears to be shorts or
22   a skirt?
23       A    Yes.
24                  (The video was played.)
25       Q    (By Mr. Wyrsch) This -- this officer here
```

CHARLES WALL  5/18/2020

```
 1    that comes over, do you know who that officer is?
 2        A    I do not.
 3        Q    Did you inquire about this officer at all?
 4    Or do you know who this --
 5        A    I -- I believe I've shown the arrestees
 6    photograph to several offers and inquired if they had
 7    any ac- -- inter- -- any interaction with her.
 8        Q    Okay.  You know that's Plaintiff Emily
 9    Davis?
10        A    Correct.
11        Q    Okay.
12               (The video was played.)
13        Q    (By Mr. Wyrsch) Do you -- you don't know who
14    the person is carrying out Ms. Davis right here?
15        A    I do not.
16             MR. WYRSCH:  Go ahead and screen shot that
17    as 118.
18                  (Exhibit 118, Screen Shot, was marked
19                  for identification.)
20        Q    (By Mr. Wyrsch) Okay.  We'll go back and --
21               (The video was played.)
22             MR. WYRSCH:  And just to clarify, Exhibit --
23    we'll screen shot that as Exhibit 119.
24                  (Exhibit 119, Screen Shot, was marked
25                  for identification.)
```

CHARLES WALL  5/18/2020

```
 1        Q    (By Mr. Wyrsch) And you're saying you don't
 2   know who the officer is in this photo?
 3        A    Correct.
 4                  (Exhibit 20, Video, was marked in a
 5                   previous deposition and now identified
 6                   for the record.)
 7        Q    (By Mr. Wyrsch) All right.  Okay.  I'm
 8   showing you what I marked as Exhibit Number 20
 9   previously.  I believe this is one of the Real Time
10   Crime Center cameras; is that correct?
11        A    Correct.
12        Q    Are you familiar with this angle?
13        A    I am.
14                  (The video was played.)
15        Q    (By Mr. Wyrsch) There's -- with the arrows
16   here, are you familiar with who that is?
17        A    I am.
18        Q    Who is it?
19        A    Ms. Laird.
20        Q    And do you know any of the officers who are
21   currently around her in this -- in this angle?
22        A    I believe that the -- yeah, the officer that
23   you're kind of hovering over right now, that that
24   would be Detective Carlson.
25        Q    Okay.
```

CHARLES WALL  5/18/2020

 1          MR. WYRSCH:  We'll go ahead and screen shot

 2    that as 119.

 3          VIDEOGRAPHER:  I believe it's 120; is that

 4    correct?

 5          MR. WYRSCH:  I'm sorry.

 6              (Exhibit 120, Screen Shot, was marked

 7              for identification.)

 8      Q    (By Mr. Wyrsch) Okay.  And this officer from

 9    this angle, do you know who that is?

10      A    No.

11              (The video was played.)

12      (Samuel Henderson joined the video conference.)

13      Q    (By Mr. Wyrsch) Do you know who this officer

14    is?

15      A    I do not.

16              (The video was played.)

17      Q    (By Mr. Wyrsch) Have you inquired about the

18    identity of that officer?

19      A    Again, I've shown Ms. Laird's photo to

20    several officers that I've spoken with to determine if

21    they've had any interactions with her.

22          MR. WYRSCH:  Mark that as Exhibit 121.

23    Screen shot, please.

24              (Exhibit 121, Screen Shot, was marked

25              for identification.)

CHARLES WALL  5/18/2020

```
 1        Q    (By Mr. Wyrsch) And that's an unknown
 2   officer.
 3             Now you said you've shown the picture of
 4   Ms. Laird.  Have you shown anyone on the CDT teams the
 5   photo of this officer, a video of this officer to see
 6   if they can identify themselves or someone else as
 7   that officer?
 8        A    Yeah, I've gone over the video with many of
 9   the officers, if not all, the officers that I've
10   spoken with.
11        Q    This particular shot here?
12        A    I -- I can't recall if I've gone over this
13   particular shot with every officer that I've spoken
14   with.
15        Q    When I say this particular shot, I mean,
16   have you -- have you asked these officers specifically
17   to identify this officer right here who's seizing
18   Ms. Laird?
19        A    Some of the officers that I've spoken with,
20   yes.
21        Q    Who?
22        A    Detective Carlson.  I believe -- I -- I
23   can't recall specifically who, but several of the
24   officers that I've spoken with.  Detective Carlson for
25   sure.
```

CHARLES WALL  5/18/2020

1      Q    So Detective Carlson is the only one you can

2  remember actually asking the question to?

3      A    He's the only one that I can specifically

4  bring up by name at this time, yes.

5      Q    All right.  Have you inquired -- I mean,

6  this person's wearing a helmet; correct?

7      A    This person appears to be wearing

8  standard-issued CDT gear, correct.

9      Q    All right.  So is it likely that this person

10 is either a member of a squad or an arrest team?

11     A    It's likely that that member is a member of

12 a CDT team.  Which CDT team, I'm not certain.

13     Q    Have you communicated with the members of

14 the CDT teams to identify whether or not they know who

15 this person is?

16     A    Correct.  I've communicated with several

17 members and supervisors of the various CDT teams.

18     Q    And shown them this photo or a similar photo

19 of this person?

20     A    Again, I can't recall if I've shown every

21 single individual from every CDT team that I've

22 shown -- that I've -- that I've spoken with that I've

23 shown them this video.  But many of them, yes, I have.

24     Q    But the only person you can specifically

25 recall talking to is Detective Carlson?

CHARLES WALL  5/18/2020

1      A    He's the only one that as I sit here right

2  now that I can bring up by name as being certain as

3  looking at this footage and inquiring into the

4  identity of that officer, correct.

5      Q    And who -- who were -- do we know who these

6  two people are?  And I'm sorry if you've already told

7  me that, but...

8      A    Yeah, the one on the right, that is

9  Detective Carlson.

10      Q    Okay.  And who's on the left?

11      A    On the left is an officer that I've yet to

12  been able to identify.  I believe it may be Jason

13  Brandhorst who's currently a sergeant, was a detective

14  then.

15           MR. WYRSCH:  Okay.  So I'm going to screen

16  shot that as Exhibit 122.

17                (Exhibit 122, Screen Shot, was marked

18                for identification.)

19      A    But when I --

20      Q    (By Mr. Wyrsch) Can you give me the

21  spelling?

22      A    Brand- -- I believe it's

23  B-r-a-n-d-h-o-r-s-t.

24      Q    Have you shown this video to Detective

25  Brandhorst?

CHARLES WALL  5/18/2020

```
 1        A     I have.

 2        Q     Okay.  And he cannot identify the -- could

 3   he identify himself there?

 4        A     He does not believe that that is him.

 5        Q     But you do?

 6        A     Correct.

 7        Q     And did you show him -- ask him to identify

 8   the arresting officer there?

 9        A     I believe so.

10        Q     You don't remember for sure?

11        A     I -- I don't recall specifically if I asked

12   him to -- the identity of that CDT officer, but I

13   believe we went over all the circumstances surrounding

14   Ms. Laird there and I believe that that was brought

15   up.  I just can't specifically recall from memory.

16        Q     Okay.

17                    (The video was played.)

18                    (Exhibit 21, Video, was marked in a

19                     previous deposition and now identified

20                     for the record.)

21        Q     (By Mr. Wyrsch) I'm going to show you what

22   we marked as Exhibit 21.

23                    (The video was played.)

24        Q     (By Mr. Wyrsch) Ask you here -- showing this

25   person here, do you recognize -- do you know any of
```

CHARLES WALL  5/18/2020

1    the officers who are around him right here?

2         A    No.

3         Q    Have you inquired with officers about who

4    these two officers might be?

5         A    Yes.

6         Q    Do you recognize who this is?

7         A    Yes, it's Alex Nelson.

8         Q    Okay.  And you've not been able to identify

9    the identity of these two officers?

10        A    From this angle -- if you go back -- it's

11   difficult for me to tell from this angle, but I

12   believe the officer that is on Mr. Nelson's left --

13   that would be his right.

14        Q    Oh, his -- okay.

15        A    Yeah, the officer that's now walking away --

16   okay.

17        Q    This person right here?

18        A    Correct.  I believe that that may be

19   Sergeant Joe Lankford.

20        Q    So that person right there?

21        A    Correct.

22             MR. WYRSCH:  Screen shot, 123, Sergeant

23   Lankford.

24                  (Exhibit 123, Screen Shot, was marked

25                  for identification.)

CHARLES WALL  5/18/2020

```
 1      Q    (By Mr. Wyrsch) But we don't know who this

 2   person is with the baton?

 3      A    Correct.

 4      Q    Is there any markings on him to suggest what

 5   team he -- he might be on?

 6      A    Not that I can see.

 7              (The video was played.)

 8            MR. WYRSCH:  Can we go off the record for a

 9   second?  Patience with this.  This is just new and

10   trying to get a handle on it.

11            THE WITNESS:  Sure.

12            VIDEOGRAPHER:  Going off the record.  The

13   time is 10:12.

14              (Whereupon, a short break was taken.)

15            VIDEOGRAPHER:  Going back on the record.

16   The time is 10:15.

17      Q    (By Mr. Wyrsch) What I'm showing you again

18   was marked as Exhibit 21.  I want to direct you to

19   another spot here.  If I can find my -- oh, I'm not

20   sharing it.

21              (The video was played.)

22      Q    (By Mr. Wyrsch) So right about here, do you

23   see this person right here?

24      A    I possibly see someone in a group of several

25   other officers.
```

CHARLES WALL  5/18/2020

1      Q     An African-American gentleman, I'll
2  represent to you it's Plaintiff Roberts.
3      A     Okay.
4      Q     Do you know who any of the officers are that
5  are surrounding Mr. Roberts?
6      A     I know that Officer Gregory Schaffer was
7  escorting Mr. Roberts.  And he's indicated to me that
8  before he walked past the line there, that he was
9  stopped by two, he knows to be SWAT officers, but
10  unidentified SWAT officers that stopped him and
11  conducted a search of Mr. Roberts at that time.
12      Q     Okay.  So he -- he knows they were SWAT
13  officers, but he doesn't know who they were?
14      A     Correct.
15      Q     Do you know why a search was conducted?
16      A     It was my understanding that they were doing
17  cursory pat-down searches, if you will, prior to
18  taking people outside of that immediate area.
19      Q     Do you think this is him being patted down
20  right there?
21      A     I -- I'm not clear on exactly what's
22  happening.  That's what's been relayed to me.
23      Q     Is this Officer Schaffer here?
24      A     I -- it's possible Officer Schaffer would
25  just be wearing standard CDT gear.  The officer that

CHARLES WALL  5/18/2020

 1    you're highlighting may be a SWAT officer.  It's

 2    difficult for me to tell from here.

 3         Q    Okay.  There are a couple -- seems like a

 4    couple officers who are bringing him to the north side

 5    of Washington and Tucker?

 6              (The video was played.)

 7         Q    (By Mr. Wyrsch) They're standing him up

 8    right there.  There are a couple -- at least a couple

 9    officers around him.  You say one of them is Officer

10    Schaffer, but you don't know which one?

11         A    Perhaps if I got a little closer to the

12    television.

13         Q    I'll rewind.

14              (The video was played.)

15         A    Perhaps the officer on the right there.

16         Q    (By Mr. Wyrsch) Right there with a hel- --

17    with a visor?

18         A    Correct.

19              MR. WYRSCH:  Screen shot that as -- what are

20    we on -- 125?

21              VIDEOGRAPHER:  124, I believe.

22              MR. WYRSCH:  Okay.  124.

23              (Exhibit 124, Screen Shot, was marked

24              for identification.)

25         Q    (By Mr. Wyrsch) And are you aware of anyone

CHARLES WALL  5/18/2020

Page 47

```
 1    else in that group of people who are around Officer
 2    Rob- -- or Mr. Roberts?
 3         A    No.
 4         Q    All right.  I want to show you what --
 5              MR. WYRSCH:  Well, actually let me go off
 6    the record again real quick.  Brandon?
 7              MR. LAIRD:  Yeah.
 8              MR. WYRSCH:  Once we're off the record.
 9              VIDEOGRAPHER:  Going off the record.  The
10    time is 10:21.
11                   (Whereupon, a short break was taken.)
12              VIDEOGRAPHER:  Going back on the record.
13    The time is 10:22.
14                   (Exhibit 125, Interrogatories, were
15                    marked for identification.)
16         Q    (By Mr. Wyrsch) I'm going to show you what
17    we've marked as -- we're going to mark it as Exhibit
18    125, which are in the -- in the matter of Lindsey
19    Laird versus City of St. Louis, Defendant City of St.
20    Louis' Responses and Objections to Plaintiff's First
21    Set of Interrogatories.
22              Have you -- have you seen this document
23    before?
24         A    I can't see anything other than myself.
25         Q    Oh, well, probably because I need to share
```

CHARLES WALL  5/18/2020

 1   it with you.

 2          Now do you see it?

 3     A    Yes.

 4     Q    Were you involved in helping find the

 5   answers to some of these interrogatories?

 6     A    I was.

 7     Q    So going down to number 3 here, this one is

 8   about Officer Roberts.  We've already talked about

 9   Schaffer.  I guess on number 4, it says, "Identify the

10   SLMPD officers depicted in the video that is marked as

11   Deposition Exhibit 36, including but not limited to

12   two SLMPD employees at the start of the video who

13   deploy pepper spray."

14          And your -- in the interrogatory answers,

15   the City wrote that it was Sergeant Karnowski and

16   Lieutenant Aubuchon who deployed the pepper spray

17   identified in the video.

18          And your testimony today is contrary to

19   that.  You said that you do not know who the second

20   spray is.

21     A    Correct.

22     Q    Can you help me understand what -- what

23   happened here?

24     A    I believe that I spoke with Lieutenant

25   Aubuchon after these answers were provided and in

CHARLES WALL 5/18/2020

1   speaking with Lieutenant Aubuchon was when he

2   indicated that he -- he did not believe that that was

3   him deploying pepper spray.

4       Q   Okay.  So what was your basis of -- of --

5   you -- you understand that though you guys did not

6   provide verifications, that typically interrogatories

7   are verified by someone and that -- and that you --

8   you have been identified by the City that you should

9   have verified them?

10      A   Correct.

11      Q   All right.  You know the verification is

12  under oath?

13      A   Yes.

14      Q   Okay.  So tell me the basis in which you

15  stated on behalf of the City that Lieutenant Aubuchon

16  deployed pepper spray and that you hadn't talked to

17  Lieutenant Aubuchon.

18      A   His statements in the police report, along

19  with his location in the video that I did review, they

20  appeared to me to be one in the same.

21      Q   So -- so you base that statement on the

22  police report and your view of the video is -- is how

23  you got the statement here on number 4?

24      A   Correct.

25      Q   And subsequently in serving these

CHARLES WALL  5/18/2020

1    interrogatory responses, you actually spoke with

2    Lieutenant Aubuchon?

3         A    Correct.  I actually spoke with Lieutenant

4    Aubuchon and it's possible that prior to these

5    answers, I had spoken with him on the phone but not

6    gone over the video with him.  But when I actually met

7    with him face to face and went over the video with him

8    was when he clarified with me that he did not believe

9    what -- what was described in the police report was

10   what was seen on the video.

11        Q    Okay.  And since -- when -- when did you

12   have that conversation with Lieutenant Aubuchon?

13        A    I don't recall specifically.  It may have

14   been just prior to all of the coronavirus concerns.

15        Q    Okay.  So sometime in February/March time

16   period?

17        A    Possibly March.

18        Q    So in the last two months, what have you

19   done to identify who that -- the person is who

20   deployed that pepper spray?

21        A    In the last two months, I -- I haven't done

22   anything.

23        Q    Okay.  So going back to the 30(b)(6) notice,

24   which was Exhibit -- was that 97?  Trying to keep a

25   log.  I believe that was Exhibit 97.

CHARLES WALL  5/18/2020

```
 1              In the -- did you -- did you review --
 2    there -- there are numerous videos, the Real Time
 3    Crime Center has two videos; correct?
 4         A    Correct.
 5         Q    The -- there were two documentation teams?
 6         A    Correct.
 7         Q    And all four of those videos, especially the
 8    Real Time Crime Center, captures many hours before the
 9    arrests; correct?
10         A    Correct.
11         Q    So did you review those videos to determine
12    whether or not you could identify when Lieutenant
13    Aubuchon supposedly deployed his pepper spray?
14         A    I attempted to, yes.
15         Q    And you were unable to find anything?
16         A    Again, as I stated in the interrogatories,
17    it's my belief that the video depicts Lieutenant
18    Aubuchon dispensing mace consistently with what's
19    documented in the police report.
20              However, I have to qualify that with when I
21    sat down and met with him and showed the video to him,
22    he indicated to me that he did not believe that was
23    the case.
24         Q    Okay.  So based on your review of
25    everything, you -- you do believe that that is
```

CHARLES WALL  5/18/2020

Page 52

```
 1    Lieutenant Aubuchon who's spraying there?

 2         A    Correct.

 3         Q    But Lieutenant Aubuchon is denying it?

 4         A    I don't know if denying would be the --

 5    the -- the term that I would use, but he indicates

 6    that he does not believe that that's the case.

 7         Q    Thank you.  All right.  In responding to

 8    interrogatory number 5, the -- I wish I could show

 9    both interrogatories at the same time -- but

10    interrogatory 5 asks you to identify who is in -- let

11    me back that up -- attachment 4 and it says that

12    the -- asks you to depict the officers who were in

13    that.

14              So going back to Exhibit -- I'm going to

15    show you what was attached as attachment 4 to the

16    interrogatories.  You said Officer Walsh.  Which --

17    which is -- is -- sorry, Detective Walsh?

18         A    Correct.

19         Q    Which is Detective Walsh?

20         A    The gentleman in the standard uniform with

21    the black outer vest, the bald gentleman.

22         Q    Where my pointer is right now?

23         A    Correct.

24         Q    Okay.

25              MR. WYRSCH:  Go ahead and screen shot that
```

1   as Exhibit 126.

2                      (Exhibit 126, Screen Shot, was marked

3                      for identification.)

4      Q    (By Mr. Wyrsch) You -- you don't know --

5   do -- do you know the identity of this person?

6      A    I do not.

7      Q    And then in the interrogatories, it says

8   you're still investigating whether Officer Walsh

9   physically interacted with plaintiff beyond attachment

10  4.  Do you -- have you talked to Officer Walsh?

11     A    I have.

12     Q    And has Officer Walsh given you an

13  indication as to his involvement with the arrest of

14  Ms. Laird?

15     A    I don't believe he has any other

16  involvement.

17     Q    You don't believe he has involvement or he

18  just denies it or what --

19     A    He doesn't -- he doesn't remember having

20  interaction her.  I don't see him on video having any

21  interaction with her.

22     Q    Okay.  And then the next part of that,

23  interrogatory number 5 references an attachment 5.

24  The person I have here, is that Officer Schaffer?

25     A    It is.

```
 1              MR. WYRSCH:  Go ahead and screen shot that
 2    as Exhibit 127.
 3                   (Exhibit 127, Screen Shot, was marked
 4                   for identification.)
 5       Q    (By Mr. Wyrsch) All right.  And you state in
 6    the interrogatories that Officer Schaffer did not
 7    seize or secure plaintiff in zip cuffs; is that
 8    correct?
 9       A    It is.
10       Q    And after plaintiff was zip cuffed, he was
11    handed off to Officer Schaffer who then walked
12    plaintiff back to the documentation area --
13       A    Correct.
14       Q    -- is that correct?
15       A    Yes.
16       Q    Did -- have you talked to Officer Schaffer?
17       A    I have.
18       Q    Did he recall who handed Mr. Roberts off to
19    him?
20       A    The way he described it to me was that he
21    physically picked Mr. Roberts up, possibly at the
22    direction of someone who he could not recall.  So he
23    wasn't, I guess, physically handed off, but he was
24    already secured in zip -- zip ties or flex cuffs and
25    that Officer Schaffer was given some direction by
```

CHARLES WALL  5/18/2020

1    someone who he can't remember to escort him to the

2    documentation area.

3        Q    Do you know if that was before or after we

4    see Mr. Roberts near the streetlight?  I think -- do

5    you know if -- if Schaffer was -- escorted him to that

6    point?

7        A    Yes.  It's my understanding that Schaffer

8    escorted him to that point and then was stopped by

9    those SWAT officers before proceeding any further.

10       Q    Okay.  So prior to where we saw him in that

11   video, he -- he had -- he had picked him up off the

12   ground and brought him to that point where the SWAT

13   officers pat him down?

14       A    Correct.

15       Q    And then it's our understanding that he then

16   continued to bring him to the north side of the line?

17       A    Correct.

18       Q    Thank you.  Are you aware of anyone else who

19   had -- who was involved in the seizure or -- or laid

20   hands on at any point of Ms. Laird or Mr. Roberts,

21   other -- other than those identified in the

22   interrogatories?

23       A    I believe in one of the Real Time camera

24   angles, it appears that possibly retired SWAT Officer

25   Lance Coats may be the individual -- and I haven't

CHARLES WALL  5/18/2020

1   spoken with Lance Coats because he's no longer with

2   the department -- but from reviewing the video, it --

3   it's my estimation that he's the officer that

4   physically places Mr. Roberts into flex cuffs or zip

5   ties.

6          MR. WYRSCH:  Okay.  Let's take a break while

7   we cue that up.  Thank you.

8      Q    (By Mr. Wyrsch) Before I ask that, anyone

9   else besides who we've already talked about?

10     A    I'll have to go over the video again when we

11  do it, but it's possible that Detective Matthew Burle

12  may have some type of physical contact with

13  Mr. Roberts in assisting Officer Coats.

14         Q    Okay.

15     A    But I'll have a better understanding of that

16  once I'm looking at the video live.

17         Q    Okay.

18         MR. WYRSCH:  We will cue it up in a second.

19  Thank you.

20             Off the record, please.

21             VIDEOGRAPHER:  Going off the record.  The

22  time is 10:37.

23                 (Whereupon, a short break was taken.)

24             VIDEOGRAPHER:  Back on the record.  The time

25  is 10:42.

CHARLES WALL  5/18/2020

```
 1                      (Exhibit 4, Video, was marked in a

 2                      previous deposition and now identified

 3                      for the record.)

 4        Q    (By Mr. Wyrsch) I'm showing you what we

 5   marked as Exhibit Number 4.  This is one of the Real

 6   Time Crime Center cameras.

 7        A    Okay.

 8        Q    Is that correct?

 9        A    Yes.

10                 (The video was played.)

11        Q    (By Mr. Wyrsch) Just to give us some

12   context, this is at the -- the beginning of the

13   arrests.  I think we see Mr. Roberts over here?

14        A    Correct.

15                 (The video was played.)

16        Q    (By Mr. Wyrsch) And as we see the bike team

17   approaching here, is that Lieutenant Aubuchon right

18   there?

19        A    It is.

20             MR. WYRSCH:  Can we screen shot that as 128?

21                      (Exhibit 128, Screen Shot, was marked

22                      for identification.)

23        Q    (By Mr. Wyrsch) And I think I asked you

24   this, but just so I make sure I do, did you talk to

25   Officer Schaffer and ask if he recognized or
```

CHARLES WALL  5/18/2020

1    remembered anyone else involved in the hands on or

2    seizure of Mr. Roberts or Laird?

3         A    I did.

4         Q    And did he recall anyone?

5         A    He did not.

6                   (The video was played.)

7         Q    (By Mr. Wyrsch) Right here, do you recognize

8    anyone in this photo?

9         A    I believe who you're hovering over right now

10   --

11        Q    I'll start over here -- I'll start here.  Do

12   you know who that is?

13        A    From that angle, I can't say for certain,

14   but I believe it may be SWAT Officer Lance Coats,

15   retired.

16        Q    Okay.

17             MR. WYRSCH:  We'll mark that as Exhibit 129.

18                  (Exhibit 129, Screen Shot, was marked

19                  for identification.)

20        Q    (By Mr. Wyrsch) I'll move it over to this

21   person with the red stripe.

22        A    No.

23        Q    Move it to this person with the white shirt.

24        A    That would be, again, now captain, then

25   lieutenant, Donnell Moore.

```
 1                  MR. WYRSCH:  Screen shot 130.
 2                      (Exhibit 130, Screen Shot, was marked
 3                      for identification.)
 4        Q    (By Mr. Wyrsch) And then this person?
 5        A    I believe that is retired Sergeant Brian
 6   Rossomanno.
 7        Q    You mean that -- this person here?
 8        A    No.
 9        Q    Oh, this person is Rossomanno?  Sorry.
10        A    Correct.
11        Q    Okay.
12             MR. WYRSCH:  Let's screen shot that as 131.
13                      (Exhibit 131, Screen Shot, was marked
14                      for identification.)
15        Q    (By Mr. Wyrsch) And how about the person
16   behind?
17        A    I believe that's Detective Steven Walsh.
18        Q    Okay.
19             MR. WYRSCH:  Screen shot that at 132.
20                      (Exhibit 132, Screen Shot, was marked
21                      for identification.)
22                      (The video was played.)
23        Q    (By Mr. Wyrsch) This is Mr. Roberts here?
24        A    Correct.
25        Q    So that's -- that's the -- is that the point
```

CHARLES WALL  5/18/2020

 1   where you think that -- sorry, was it Sergeant Walsh?

 2        A    Detective Steven Walsh.  Yeah, I don't know

 3   how much physical contact he has with Mr. Roberts

 4   there.  I believe he may just be simply telling him to

 5   get on the ground as you can see similarly happening

 6   at other points in the footage.

 7        Q    Okay.

 8             MR. WYRSCH:  We'll go ahead and mark that as

 9   Exhibit 133.  The red light's on Detective Walsh.

10                  (Exhibit 133, Screen Shot, was marked

11                   for identification.)

12                  (The video was played.)

13        Q    (By Mr. Wyrsch) You said you thought that --

14   Lieutenant Coats?

15        A    It -- he was retired SWAT officer.  I

16   believe at some point later on here in the video that

17   he -- he's the one that comes over and physically puts

18   Roberts in zip ties, I believe.

19        Q    Okay.

20                  (The video was played.)

21        Q    (By Mr. Wyrsch) Do you know any -- any of

22   the other officers who are around Mr. Roberts at this

23   point?

24        A    I believe next to Detective Walsh there is,

25   again, now captain, then lieutenant, Donnell Moore.

CHARLES WALL  5/18/2020

```
 1        Q     I've lost where -- hold on a second.

 2              So just -- just to -- and I'm sorry, I had

 3     to jump to a different program here -- but this person

 4     right here, that's Detective Walsh?

 5        A     Correct.

 6        Q     All right.  And do we know who this person

 7     is?

 8        A     I do not.

 9        Q     And the person who's bent over right here,

10     do we know who that is?

11        A     Not at this time in the video, no.

12              (The video was played.)

13        A     No.

14              (The video was played.)

15        Q     (By Mr. Wyrsch) Is this -- is this where Mr.

16     Roberts is being zip cuffed?

17        A     I believe it may be shortly after this.

18              (The video was played.)

19        Q     (By Mr. Wyrsch) Right there?

20        A     Yeah.  And I may have been confusing --

21     earlier when I said Coats and Burle, I may have been

22     confusing Mr. Roberts with another -- the

23     circumstances of another plaintiff.

24              So in this frame, if you look just to the

25     right of where the pointer is --
```

CHARLES WALL  5/18/2020

```
 1        Q     Mm-hmm.

 2        A     -- so that is Officer Samuel Rachas.

 3        Q     Okay.

 4              MR. WYRSCH:  Can we get a screen shot?  133.

 5              VIDEOGRAPHER:  134, I believe.

 6              MR. WYRSCH:  Sorry.

 7                    (Exhibit 134, Screen Shot, was marked

 8                    for identification.)

 9        A     And then to his left is Officer Burton.

10        Q     (By Mr. Wyrsch) Right here?

11        A     Correct.

12        Q     So do you know who the person right here

13   that's actually doing the zip ties?

14        A     No.

15        Q     Here, this is --

16        A     I believe that's Rachas.

17        Q     All right.  So Rachas is down over him, too?

18        A     Correct.

19        Q     This change your ability to identify this

20   person here?

21        A     That may be the same officer that I

22   previously identified that I believe to be now

23   sergeant, then detective, Brandhorst.

24              MR. WYRSCH:  Screen shot that at 136.

25                    (Exhibit 136A, Screen Shot, was marked
```

CHARLES WALL  5/18/2020

```
 1                    for identification.)
 2        Q    (By Mr. Wyrsch) Is he the person who denied
 3   being there?
 4        A    He didn't deny being there, but he said
 5   looking at the video that he did not believe that to
 6   be him.
 7                 (The video was played.)
 8        Q    (By Mr. Wyrsch) When did you speak with --
 9   do you know who that person is right there?
10        A    I do not.
11                 (The video was played.)
12        Q    (By Mr. Wyrsch) How long ago did you speak
13   with Sergeant Brandhorst?
14        A    Possibly in February.
15        Q    And you showed him this video?
16        A    Correct.
17        Q    What leads you to believe that it is
18   Sergeant Brandhorst?
19        A    My familiarity with the members of the
20   special operations team, the appearance that I see on
21   the video there, just my experience on the police
22   department and my experience with that unit.
23        Q    Okay.  Do you know any of these three
24   persons here?
25        A    They appear to be members of the SWAT team,
```

CHARLES WALL  5/18/2020

1    but I could not tell you specifically who.

2         Q    This person?

3         A    No, I'm sorry.  Not the -- not the officer

4    in the -- the white shirt, but the two to his right.

5         Q    Yeah.  White shirt, is that --

6         A    It may be, just in this still, it -- it's

7    possibly Donnell Moore, but I can't say definitively

8    without letting it play a little bit more.

9                   (The video was played.)

10        A    Yeah, I would say that that's Donnell Moore.

11        Q    Okay.

12             MR. WYRSCH:  Do 136, screen shot, please.

13                   (Exhibit 136B, Screen Shot, was marked

14                   for identification.)

15                   (The video was played.)

16        Q    (By Mr. Wyrsch) Do you know who that is

17    right there?

18        A    No.

19        Q    Do you recognize that person?

20        A    No.  It appears to be an officer assigned to

21    the SWAT team, but I don't know the identity.

22                   (The video was played.)

23        Q    (By Mr. Wyrsch) Do you know who this person

24    is right here?

25        A    No.

CHARLES WALL  5/18/2020

```
 1                    (The video was played.)

 2        Q    (By Mr. Wyrsch) Right there, is that

 3   Lieutenant Aubuchon?

 4        A    Yes.

 5             MR. WYRSCH:  Screen shot 137.

 6                  (Exhibit 137, Screen Shot, was marked

 7                  for identification.)

 8                  (The video was played.)

 9        Q    (By Mr. Wyrsch) Was that -- is that Schaffer

10   right there?

11        A    Yes.

12             MR. WYRSCH:  Screen shot 138.

13                  (Exhibit 138, Screen Shot, was marked

14                  for identification.)

15                  (The video was played.)

16        Q    (By Mr. Wyrsch) And as far as this group of

17   people, do you know any officers involved in that

18   besides Schaffer?

19        A    I do not.

20                    (The video was played.)

21        Q    (By Mr. Wyrsch) And focusing your attention

22   back to Ms. Laird, do you know who's involved in the

23   zip ties here?

24        A    Correct.

25        Q    Sorry.  Do -- other than -- I believe you
```

CHARLES WALL  5/18/2020

```
 1    identified --

 2          A     Detective Carlson and then --

 3          Q     Yeah.

 4          A     -- who I believe to be detective -- now

 5    sergeant, but then detective, Jason Brandhorst.

 6          Q     Okay.  Anyone else that you recognize in

 7    that group?

 8          A     No.

 9          Q     Here's three people.

10          A     Yeah, the -- the --

11          Q     Carlson -- sorry?

12          A     No, go ahead.

13          Q     This is Carlson right here?

14          A     Correct.

15          Q     And that you think is Brandhorst?

16          A     Correct.

17          Q     All right.

18                MR. WYRSCH:  So Carlson is screen shot 139.

19                    (Exhibit 139, Screen Shot, was marked

20                    for identification.)

21                MR. WYRSCH:  Brandhorst, 140.

22                    (Exhibit 140, Screen Shot, was marked

23                    for identification.)

24          Q     (By Mr. Wyrsch) And then this third person,

25    you do not know who that is?
```

CHARLES WALL  5/18/2020

 1        **A     Correct.**

 2        **Q     And you asked Carlson and Brandhorst if they**

 3   **know who that is?**

 4        **A     Correct.**

 5        **Q     And they do not?**

 6        **A     Correct.**

 7               **(The video was played.)**

 8               MR. WYRSCH:  We go off the record for a

 9   second.

10               VIDEOGRAPHER:  Going off the record.  The

11   time is 11:01.

12               (Whereupon, a short break was taken.)

13               VIDEOGRAPHER:  Going back on the record.

14   The time is 11:19.

15        **Q     (By Mr. Wyrsch) I did want to ask one more**

16   **thing on Ms. Laird.  The arresting officer in the**

17   **police report is listed as Jeremiah Koerper; is that**

18   **correct?**

19        **A     Correct.**

20        **Q     Did you -- I noticed that he's absent from**

21   **the interrogatories.  Did you have an occasion to talk**

22   **to Officer Koerper?**

23        **A     I have -- I've spoken to him briefly on the**

24   **phone.  He was out injured for a time.  And then with**

25   **all of this coronavirus stuff, I haven't had a chance**

CHARLES WALL  5/18/2020

1    to sit down with him and go over the video.

2        Q    Okay.  So you don't know what role, if any,

3    he had?

4        A    Correct.

5                (Exhibit 15, Video, was marked in a

6                previous deposition and now identified

7                for the record.)

8        Q    (By Mr. Wyrsch) Showing you what we've

9    previously marked as Exhibit 15.  We're going to do a

10   couple of things here.

11               (The video was played.)

12       Q    (By Mr. Wyrsch) Right there, do you see the

13   person with a pepper spray?

14       A    Okay.

15       Q    A quick burst there.  Oh, sorry.  Is that

16   Detective Burle?

17       A    It is.

18           MR. WYRSCH:  We'll go ahead and screen shot

19   at 141; correct?

20           VIDEOGRAPHER:  Okay.

21               (Exhibit 141, Screen Shot, was marked

22               for identification.)

23       Q    (By Mr. Wyrsch) And then just behind

24   Detective Burle, is there a person in white?  See

25   that?

CHARLES WALL  5/18/2020

```
 1        A    Yes.

 2        Q    Do you know who that is?

 3        A    I believe it's retired Lieutenant Paul

 4   Piatchek.

 5        Q    Okay.  That is Lieutenant Piatchek?

 6        A    Yes.

 7                  (Exhibit 142, Interrogatories, were

 8                  marked for identification.)

 9        Q    (By Mr. Wyrsch) Thank you.

10             And then I'm showing you now what is marked

11   as Exhibit 142, which are the interrogatory responses

12   to Emily Davis' interrogatories.  Are you familiar

13   with those -- that document?

14        A    Yes.

15        Q    The verification on page 9, is that your

16   signature?

17        A    It is.

18        Q    Did you help prepare these responses?

19        A    I did.

20        Q    On interrogatory number 5, they refer to a

21   number of issues.  I'm going to show you now, these

22   are the attachments to the interrogatories.  This one

23   is Davis 1.  And the interrogatory responses said you

24   could not identify anyone.  Is that still true?

25        A    I guess at the time we responded to the
```

CHARLES WALL  5/18/2020

```
 1    interrogatories, there was some confusion because
 2    Ms. Davis is circled.  So I wasn't sure if we were
 3    focusing on the circled area and trying to determine
 4    if there was officers in that mix with her or just
 5    simply identify anyone.
 6            If I think you wanted me to identify
 7    officers in this screen shot, it would be similar to
 8    the video that we just went over.  Kind of in the
 9    center of the screen would be now captain, then
10    lieutenant, Donnell Moore.  And the officer to the
11    right without a helmet would be Detective Walsh.
12            MR. WYRSCH:  Let's go ahead and screen
13    shot -- this is Donnell Moore.  143?
14                 (Exhibit 143, Screen Shot, was marked
15                  for identification.)
16            MR. WYRSCH:  And you got that?
17            VIDEOGRAPHER:  I got them.
18            MR. WYRSCH:  All right.  And this is 144.
19    Walsh.
20                 (Exhibit 144, Screen Shot, was marked
21                  for identification.)
22        Q    (By Mr. Wyrsch) I'm going to show you
23    attachment number 2.  This one is Davis.  And then
24    three listed Paul Piatchek.  And that's this person
25    here?
```

CHARLES WALL  5/18/2020

```
 1        A     Correct.

 2              MR. WYRSCH:  All right.  So screen shot that

 3     at 145.

 4                   (Exhibit 145, Screen Shot, was marked

 5                   for identification.)

 6        Q     (By Mr. Wyrsch) Anyone else in the circle

 7     that you recognize?

 8        A     No.

 9        Q     And then four, that again is Piatchek?

10        A     Correct.

11        Q     This you identified as Michael -- is it

12     Miller or Mueller?

13        A     I believe it's pronounced Mueller.

14        Q     This person here?

15        A     Correct.

16        Q     Do you recognize this person with the bag?

17        A     I do not.

18        Q     And then this -- this is attachment 6 to

19     Exhibit 142.  You don't recognize this person?

20        A     No.  And contextually, I'm not even sure

21     exactly where that's taken from.  I mean, I -- I'm

22     assuming it's maybe Real Time camera footage, but I --

23     because it's so isolated there, I can't contextually

24     put it into place.

25        Q     And then here is -- this is attachment 7 to
```

CHARLES WALL  5/18/2020

```
 1    Exhibit 142.  And you have Rachas and Burton.  Is that
 2    left to right, Rachas here?
 3         A     Correct.
 4         Q     Burton here?
 5         A     Correct.
 6                    (Exhibit 6, Video, was marked in a
 7                     previous deposition and now identified
 8                     for the record.)
 9         Q    (By Mr. Wyrsch) All right.  I'm showing you
10    what's previously been marked as Exhibit 6.
11                    (The video was played.)
12         Q    (By Mr. Wyrsch) Similar to a question we had
13    before, is this Lieutenant Aubuchon over here?
14         A     No.
15         Q     Is that him here?
16         A     Correct.
17         Q     Do you know who this is here?
18         A     I do not.
19                    (The video was played.)
20         Q    (By Mr. Wyrsch) Do you know the identity of
21    any of these officers here?
22         A     No.
23         Q     Have you attempted to ask the identity of
24    any of these officers?
25         A     I have.  And I guess I believe in speaking
```

CHARLES WALL  5/18/2020

Page 73

```
 1    to some of the officers, the tallest officer that
 2    you're kind of highlighting right now may be an
 3    officer that's no longer with the department.  But at
 4    that time, it was officer -- I believe it's Nicholas
 5    Henderson.
 6         Q    Okay.
 7              MR. WYRSCH:  I'll screen shot that as 146;
 8    is that right?
 9              VIDEOGRAPHER:  46, yeah.
10                   (Exhibit 146, Screen Shot, was marked
11                    for identification.)
12         Q    (By Mr. Wyrsch) Do you know -- do you know
13    what team Henderson is on?
14         A    As I sit here right now, I can't recall.
15    But I'm -- I'm sure it's outlined on the operations
16    plan or -- or what we call the detail.  I know that he
17    was assigned to one of the North Patrol CDT teams, but
18    I couldn't tell you if it was team 1 or team 2 and
19    which element.
20         Q    Okay.  Did you go --
21                   (The video was played.)
22         Q    (By Mr. Wyrsch) Do you know who that officer
23    is?
24         A    No.
25                   (The video was played.)
```

CHARLES WALL  5/18/2020

1      Q      (By Mr. Wyrsch) How about this officer right
2   here?
3      A      I believe it's retired Sergeant Brian
4   Rossomanno.
5      Q      And do you know who --
6             MR. WYRSCH:  I'll go ahead and screen shot
7   that as 147.
8                     (Exhibit 147, Screen Shot, was marked
9                     for identification.)
10     Q      (By Mr. Wyrsch) And do you know who this
11  officer is right here?
12     A      No.
13     Q      This officer here?
14     A      I believe Detective Jesse Dyson.
15            MR. WYRSCH:  Screen shot that as 148.
16                    (Exhibit 148, Screen Shot, was marked
17                    for identification.)
18     Q      (By Mr. Wyrsch) And this?
19     A      I don't know.
20     Q      You don't know who this person is?
21     A      I -- I can't tell the coloration of that
22  shirt, if it's white or blue.  If it's white, and
23  basing it off my understanding of other video, it's
24  possible it's Donnell Moore.  But from this video, I
25  can't clearly say.

CHARLES WALL  5/18/2020

```
 1        Q     How about this person?

 2        A     I believe that to be Detective Burle.

 3        Q     All right.

 4              MR. WYRSCH:  Screen shot that at 149.

 5                   (Exhibit 149, Screen Shot, was marked

 6                   for identification.)

 7        Q     (By Mr. Wyrsch) And then this?

 8        A     It's difficult for me to say from this

 9   angle, but based on my understanding of kind of where

10   we are time and space, it's possibly SWAT Officer Joe

11   Busso or Joseph Busso.

12        Q     Okay.  How about this person here?

13        A     I don't know.

14                   (The video was played.)

15        Q     (By Mr. Wyrsch) Do you know who that officer

16   is right here?

17        A     No.

18        Q     How about this person here?

19        A     No.

20        Q     This officer?

21        A     No.

22        Q     Who is that?

23        A     Retired Lieutenant William Kiphart.

24              MR. WYRSCH:  Screen shot, please.  151.

25                   (Exhibit 151, Screen Shot, was marked
```

CHARLES WALL  5/18/2020

```
 1                    for identification.)
 2       Q     (By Mr. Wyrsch) Do we know who's behind him?
 3       A     No.
 4       Q     Recognize anyone else in this section over
 5  here?
 6       A     I do not.
 7       Q     Have you spoken with Lieutenant Kiphart,
 8  retired Lieutenant Kiphart?
 9       A     I have not.
10       Q     Recognize anybody over here?
11       A     I do not.
12       Q     Do you know who this person is?
13       A     No.
14             (The video was played.)
15       Q     (By Mr. Wyrsch) I'm going to show you what
16  we're going to mark as Exhibit 152, Keith Rose
17  interrogatory responses.
18             (Exhibit 152, Interrogatories, were
19             marked for identification.)
20       Q     (By Mr. Wyrsch) Not verified, but did you --
21  were you involved in responding to these?
22       A     I believe so, yes.
23       Q     Were you involved in responding to all the
24  interrogatories?
25       A     Yes.
```

CHARLES WALL  5/18/2020

1     Q    All right.  So the interrogatory --

2    interrogatory 2 asks to identify the person in the

3    arrest photo, which is this attachment 2.  And you

4    identified that person as Officer Gaddis?

5         A    Correct.

6         Q    And then he's the arresting officer.  You

7    state in the response that he interacted with

8    plaintiff as he was in the photograph, but you're

9    currently not aware as to whether Officer Gaddis had

10   any further interaction with plaintiff.

11             Have you spoken with Officer Gaddis?

12        A    I have.

13        Q    Has he indicated what interaction he had

14   with Mr. Rose?

15        A    It's my understanding that essentially he

16   was documented as the arresting officer and had his

17   photograph taken with him and that was the extent.

18        Q    Do you know how he came to be documented as

19   the arresting officer?

20        A    I do not.

21        Q    Did he ever lay hands on Mr. Rose?

22        A    I don't believe so, no.

23        Q    Did he zip tie him?

24        A    No.

25        Q    Does he -- does Officer Gaddis or does

CHARLES WALL  5/18/2020

Page 78

```
 1    anyone else know who did zip tie Mr. Rose?
 2        A    Not to my knowledge.
 3        Q    So on number 5, you said SLMPD officers who
 4    deployed pepper spray at or near plaintiff on
 5    September 17th and you identified Lieutenant Kiphart
 6    and Detective Burle?
 7        A    Correct.
 8        Q    I believe we've just seen Lieutenant Kiphart
 9    on the Exhibit 6.  Is that what you're referring to?
10        A    I'm sorry?
11        Q    We were just looking at -- we were just
12    looking at Exhibit 6, which was the RebZ video.
13        A    Correct.
14        Q    You identified Lieutenant Kiphart in that
15    video as deploying pepper spray?
16        A    Correct.
17        Q    Is that what you're referring to here in
18    interrogatory number 5?
19        A    Yeah, I guess just my understanding of those
20    events from that video, as well as other video.
21        Q    Okay.  But -- but when we saw Lieutenant
22    Kiphart deploying pepper spray, that's what you're
23    identifying here in -- in your response to inter- --
24    interrogatory number 5?
25        A    Yes, as well as the previous video where you
```

CHARLES WALL  5/18/2020

1    had me identify Detective Burle.

2        Q    Okay.  So that -- that was my next question

3    was, when we previously saw Detective Burle deploy

4    pepper spray, was that what you're referring to here

5    in interrogatory 5?

6        A    Yes.

7        Q    On number 6, you say that Officer Gaddis had

8    physical contact with plaintiff.  Can you describe

9    what physical contact that was?

10       A    I believe at some point, Rose was kind of

11   handed off to Officer Gaddis and he may have like

12   physically taken hold of Rose at that point.  But that

13   Gaddis didn't take part in the securing, zip tieing,

14   or flex cuffing of Rose.

15       Q    Who -- who -- who did you speak with in

16   order to ascertain who was involved in zip tieing or

17   securing Mr. Rose?

18       A    I spoke with Officer Gaddis and I've also

19   spoken with other officers from various CDT teams and

20   to this point been unable to identify which officers

21   were involved in the securing of Mr. Rose.

22       Q    Do you remember which specific officers you

23   talked to about Mr. Rose?

24       A    I don't recall specifically which officers,

25   but just as I've spoken to various officers, I've

CHARLES WALL  5/18/2020

Page 80

```
 1    asked them about numerous plaintiffs.

 2        Q    And then looking at exhibit -- or number --

 3    interrogatory number 1 on Plaintiff's Exhibit 152, we

 4    ask you to look at a photograph labeled as attachment

 5    1.  And you state that the officers could not be

 6    identified.  I'm going to show you that attachment.

 7            I have no idea what this is looking like on

 8    your screen, but any of these officers here do you

 9    recognize?

10        A    No.

11        Q    The person with the orange gun, you don't

12    know who that is?

13        A    No.  It appears to be -- and, again, it's --

14    it's a very dark image -- but it appears to be an

15    officer from our SWAT team, but I -- I don't know who.

16                (Exhibit 153, Interrogatories, were

17                 marked for identification.)

18        Q    (By Mr. Wyrsch) Showing you what's going to

19    be marked as Exhibit 153, which are the responses to

20    the interrogatories of Alex and Iris Nelson, the

21    second set.

22            Based on your earlier answers, I'm assuming

23    you were involved in responding to these?

24        A    Correct.

25        Q    So the first question -- we're going to have
```

CHARLES WALL  5/18/2020

Page 81

1     to go back and forth here a bit.  I'm sorry.  If you

2     trust me, I'll -- I'll read to you -- I'm going to

3     show you the other picture and I'll read to you what

4     the responses were.

5          A     Okay.

6          Q     All right.  So in the interrogatory

7     responses, we asked you identify each of those

8     officers.  Officer 1 right here we previously

9     identified as Lieutenant Piatchek; is that correct?

10         A     Correct.

11         Q     All right.  And then officer 2, that's Joe

12    Busso?

13         A     Correct.

14         Q     Three is officer -- or Detective Burle?

15         A     Correct.

16         Q     Officer 4 is Sergeant Rossomanno?

17         A     Correct.

18         Q     And then officers 5, 6, 7, and 8 you stated

19    that you do not know their identities.  Is that still

20    true?

21         A     Yeah, from this angle, that's correct.

22         Q     Is there another angle that would be more

23    helpful?

24         A     Well, I guess from the RebZ footage here,

25    just because I -- I'm not sure exactly -- I mean, I

CHARLES WALL  5/18/2020

Page 82

1    know that the -- the approximate time and space, but

2    comparing that to other video, I can't tell you who

3    those officers are.

4        Q    Okay.  I mean, did you -- did you look at

5    these while looking at other video to --

6        A    Correct.  I tried to look at video from

7    various different angles in an attempt to identify

8    officers.

9        Q    And you weren't able to do that with these

10   four?

11       A    Correct.

12       Q    And then this is attachment 2 to Exhibit

13   153.  And officer 1 here you said you did not know the

14   identity of that person.  Is that still correct?

15       A    Correct.

16       Q    And then officer 2 you say you were not --

17   not able to identify them other than they appear to be

18   a sergeant?

19       A    Yeah, and that was correct at the time.  But

20   now I believe that that is Sergeant Joe Lankford.

21       Q    Okay.  Which you previously -- previously

22   pointed out in another video?

23       A    Correct.

24       Q    And then attachment 3, you were unable to

25   identify the person circled there.  Is that still

CHARLES WALL  5/18/2020

1    correct?

2         A     Correct.

3         Q     And here?  Any of the -- either of the

4    circled officers, no?

5         A     No.

6         Q     And then attachment 4, is that Lankford?

7         A     Yes.

8         Q     Previously you weren't able to identify them

9    but now you are?

10        A     Correct.

11        Q     All right.  Okay.  So -- all right.  In

12   response to -- this is still Exhibit 153 -- response

13   to interrogatory 3, you state that Officers Rachas,

14   Burton, Detective Walsh, and Officer Davis had

15   physical contact with Alex or Iris Nelson on the

16   evening of September 17, 2017.

17              Can you talk to me about that?

18        A     Yeah.

19        Q     Starting with Rachas.

20        A     I'm sorry?

21        Q     Let's start with Rachas.

22        A     Yeah.  Rachas and Burton, I observed them

23   on -- I believe it's the Real Time Crime Center

24   footage.  They appeared to go into the direction of

25   where I observed Alex and/or Iris Nelson and it

CHARLES WALL  5/18/2020

1    appeared to me that they had the initial contact with

2    both.

3        Q    Anything else you remember about that?

4        A    I've spoken with both Rachas and Burton and

5    they identified themself on the video and had some

6    recollection of, I believe, placing Alex Nelson in zip

7    ties or flex cuffs.

8        Q    They both recalled that?

9        A    I believe so.  I know -- yes, I believe so.

10       Q    Anything else that they said about their

11   interactions with Alex or Iris Nelson?

12       A    Not that I recall.

13       Q    What about Detective Walsh?

14       A    I believe Detective Walsh had ahold of Iris

15   Nelson and then may have -- on video it looked like he

16   let go of her to address something else that may have

17   been -- some type of incident occurring with Alex

18   Nelson.

19       Q    What incident with Alex?

20       A    I guess his being placed into flex cuffs or

21   zip ties.

22       Q    Okay.  Was there -- was there something that

23   happened when you refer to an incident, other than

24   being placed in zip cuff?

25       A    I don't know that he -- he may have somehow

CHARLES WALL  5/18/2020

```
 1    resisted in some way or not been completely compliant

 2    is my understanding in speaking with the officers.

 3         Q    Okay.  Officer Davis?

 4         A    Officer Davis has his photograph taken with

 5    Alex Nelson and I guess was the last officer to be --

 6    it's my understanding that Alex Nelson was kind of

 7    handed off from officer to officer on several

 8    occasions before he wound up in Officer Davis'

 9    custody.

10         Q    Anything else with Detective Walsh and

11    Officer Davis on the contact with Alex or Iris Nelson?

12         A    I don't believe so.

13         Q    And they don't recall anyone else being

14    involved in the hands on or having physical contact

15    with or zip tieing either Alex or Iris Nelson?

16         A    Correct.

17         Q    On the police report, Jeremy Davis is listed

18    as the arresting officer for Alex Nelson.

19         A    Correct.

20         Q    For Iris McLain Nelson, it's listed as James

21    Harris; is that right?

22         A    I believe so.

23         Q    Did you talk to James Harris?

24         A    I believe I have, yes.

25         Q    Do you recall what, if any, contact James
```

CHARLES WALL  5/18/2020

```
 1   Harris had with Iris Nelson?
 2       A    I believe that he indicated similarly, as
 3   Officer Davis indicated to me, that at some point,
 4   Iris Nelson was handed off to him and he was
 5   documented as the arresting officer.
 6       Q    So he did have custody of her for at least
 7   part of the time?
 8       A    Correct.
 9       Q    Okay.  All right.  So I'm showing you --
10            MR. WYRSCH:  Are we on 154?  Is that right
11   exhibit-wise?
12            VIDEOGRAPHER:  Yes.
13               (Exhibit 154, Interrogatories, was
14                marked for identification.)
15       Q    (By Mr. Wyrsch) We're going to mark as
16   Exhibit 154, which is -- share my screen -- your
17   responses to the interrogatories for Mario Ortega.
18   Looking to interrogatory 6, the question asked -- I'm
19   sorry.  Do you recognize the responses to the Ortega
20   interrogatories?
21       A    Yes.
22       Q    You were involved with their drafting?
23       A    I was.
24       Q    Going down to interrogatory 5, your response
25   is that Jarred Thacker zip cuffed plaintiff.  What is
```

CHARLES WALL  5/18/2020

1    the basis for that?

2        A    I believe, based on my reviewing of the

3    video, that was my understanding of the circumstances.

4        Q    Did you talk to Officer Thacker about it?

5        A    I may have spoken with him briefly on the

6    phone.  I don't believe I had the opportunity to meet

7    with him in person.

8        Q    What prevented you from meeting with him in

9    person?

10       A    I don't recall specifically if he was one of

11   the officers that may have been on vacation or

12   otherwise out when I initially attempted to reach him.

13   And then just within the last couple months, there's

14   really been no face-to-face contact due to the

15   coronavirus pandemic.

16       Q    Okay.  Did you, I mean, attempt to do a Zoom

17   call or something to show him videos and walk through

18   them?

19       A    No, I haven't.  We -- we don't utilize Zoom

20   as a department, and that hasn't been something that

21   I've been able to do with him.

22       Q    So have you talked to anyone in the last two

23   months to prepare for this deposition --

24       A    By phone.

25       Q    -- other than the attorneys?

CHARLES WALL  5/18/2020

 1      A    I've -- I've spoken to -- the vast majority

 2    of people that I've spoken with have been long before

 3    this.  This deposition was originally scheduled to

 4    occur kind of as it coincided with the beginning of

 5    all of this.  So by and large, I was mostly prepared

 6    before.  But since the time of, you know, late

 7    February, early March, I haven't had any face-to-face

 8    meetings with anyone.

 9      Q    Okay.  But you've had notice of this

10    deposition for a couple weeks; right?

11      A    Long before that because, again, it was

12    originally scheduled to occur, I think, in -- I -- I

13    know it kept getting pushed back, but I think

14    originally it was supposed to occur sometime in maybe

15    as early as March or late February.

16      Q    Okay.  So I'm -- I'm -- I'm -- you certainly

17    have the ability, if you wanted to, to use something

18    to be able to review things remotely?

19      A    I guess in theory.  We don't have Zoom.  I

20    know some of our administrative staff utilizes

21    Microsoft Teams.  I don't know if all of our officers

22    have access to that.  But, yeah, I guess in theory.

23          I know many of the videos that I have are

24    far too large to share, you know, through e-mail or

25    anything like that.  I suppose it's possible that I

CHARLES WALL  5/18/2020

Page 89

```
 1   could try to share that video over some type of, you
 2   know -- possibly over the Microsoft Teams application.
 3   I don't know if that's doable or not.  I've never
 4   utilized Microsoft Teams that way.
 5        Q    It's fair to say you haven't tried to do it
 6   one way or the other?
 7        A    Correct.  Remotely meet with someone to go
 8   over the video, no.  In the last month and a half, two
 9   months, no.
10        Q    So I guess it -- just -- just while we're on
11   the topic -- other than in preparing for this
12   deposition, in your -- in your duties, have you --
13   have you made an attempt to investigate, determine who
14   was involved, or was it all just in response to
15   interrogatories and our 30(b)(6)?
16        A    I guess I'm confused by the question.
17        Q    Well, like how -- how long have you -- how
18   long have you been attached to the City Counselor's
19   Office in this role?
20        A    Approximately since November of 2018, I
21   believe.
22        Q    Okay.  So about a year and a half?
23        A    Correct.
24        Q    And you've been aware of the identity of the
25   plaintiffs for that year and a half?
```

CHARLES WALL  5/18/2020

Page 90

```
 1        A     Approximately, yeah.

 2        Q     So I'm just -- you know, is everything

 3   you've done to investigate the identities of the

 4   persons involved, has that been in response to

 5   discovery requests or are you conducting your own

 6   independent investigation?

 7        A     Both.

 8        Q     So going back to Exhibit 154 and Jarred

 9   Thacker; so you -- you believe based on your view of

10   the video that that's Jarred Thacker zip cuffing

11   Mr. Ortega?

12        A     I believe so, yes.

13        Q     Okay.  And while Officer Thacker hasn't

14   viewed the video, he -- he's not -- you know you're

15   not aware that he's contesting that he zip cuffed the

16   plaintiff?

17        A     Not to my knowledge, no.

18        Q     Okay.  So then on the next one,

19   interrogatory 6, we asked -- we sent some screen shots

20   over.  I'm going to turn to those now.  You see the

21   screen shots we sent over?

22        A     Yes.

23        Q     So going to number 2, in the interrogatory

24   responses you identified Brian Rossomanno.  Is that --

25   where -- where is Rossomanno in this?
```

CHARLES WALL  5/18/2020

```
 1      A     Correct.

 2      Q     This?

 3      A     Yes.

 4      Q     Okay.

 5            MR. WYRSCH:  Screen shot that as 155.

 6                 (Exhibit 155, Screen Shot, was marked

 7                  for identification.)

 8      Q     (By Mr. Wyrsch) And then you also identified

 9   Michael Mueller?

10      A     Yeah, I believe he's the individual with the

11   white shirt and the black outer vest kind of in the

12   bottom left.  Yeah.

13            MR. WYRSCH:  Okay.  So screen shot that as

14   156.

15                 (Exhibit 156, Screen Shot, was marked

16                  for identification.)

17      Q     (By Mr. Wyrsch) And either of the other two

18   officers in the box do you recognize?

19      A     I believe where the pointer is right now,

20   I -- I believe that to be Detective Steven Walsh.

21            MR. WYRSCH:  Screen that -- screen shot that

22   as 157.

23                 (Exhibit 157, Screen Shot, was marked

24                  for identification.)

25      A     And without seeing the entire -- like it's
```

CHARLES WALL  5/18/2020

1   my understanding that that's kind of a -- a piece of

2   the overall screen at that point.

3        Q    (By Mr. Wyrsch) Okay.

4        A    If I could see the full screen, I may be

5   able to say with absolute certainty.  But that may

6   be -- who you were just highlighting may be Officer

7   Burton.

8             MR. WYRSCH:  Screen shot that as 158.

9                  (Exhibit 158, Screen Shot, was marked

10                      for identification.)

11        Q    (By Mr. Wyrsch) Here in -- this is

12   attachment 3 to Exhibit 154.  You've identified

13   Michael Mueller?

14        A    Correct.

15        Q    And Samuel Rachas?

16        A    Further to the right.

17        Q    This one?

18        A    Correct.

19        Q    And then Keith Burton?

20        A    Correct.

21        Q    Okay.

22             MR. WYRSCH:  So I guess we should -- just

23   to -- for the record, 159 will be Mueller.

24                  (Exhibit 159, Screen Shot, was marked

25                      for identification.)

CHARLES WALL  5/18/2020

```
 1        Q      (By Mr. Wyrsch) Correct?

 2        A      Correct.

 3               MR. WYRSCH:  And we'll make this one as

 4    Rachas and that's 160.

 5                    (Exhibit 160, Screen Shot, was marked

 6                    for identification.)

 7        Q      (By Mr. Wyrsch) And then this is Burton?

 8        A      Correct.

 9               MR. WYRSCH:  And that's 150- -- 161.

10                    (Exhibit 161, Screen Shot, was marked

11                    for identification.)

12        Q      (By Mr. Wyrsch) Any other officers over here

13    that you recognize?

14        A      No.

15        Q      This officer?

16        A      Can you move the cursor down a little?  I

17    believe that that's Sergeant Rossomanno.

18               MR. WYRSCH:  Mark that as 162.  Sergeant

19    Rossomanno.

20                    (Exhibit 162, Screen Shot, was marked

21                    for identification.)

22        Q      (By Mr. Wyrsch) All right.  Now we're going

23    to go to attachment 4 to Exhibit 154.  Joseph Busso is

24    identified in the responses.  Is that that person?

25        A      Correct.
```

CHARLES WALL  5/18/2020

```
 1              MR. WYRSCH:  Screen shot that as 163.

 2                    (Exhibit 163, Screen Shot, was marked

 3                    for identification.)

 4         Q    (By Mr. Wyrsch) There are others over here.

 5    Who is that here?

 6         A    Detective Burle.

 7         Q    Okay.

 8              MR. WYRSCH:  Screen shot that as 164.

 9                    (Exhibit 164, Screen Shot, was marked

10                    for identification.)

11         Q    (By Mr. Wyrsch) And then are these the two

12    we talked about before?

13         A    Yeah, I -- I believe that that's, on the

14    right there, now captain and retired -- or I'm sorry,

15    then lieutenant, Mike Mueller.  And then to the left,

16    that, I believe, is Officer Rachas.

17         Q    Okay.  Anyone in this group that you

18    recognize?

19         A    I believe kind of closest to us -- yeah,

20    right there -- I believe that that would be Burton.

21         Q    And then attachment 5 to Exhibit 154, you

22    identify Jarred Thacker?

23         A    Correct.

24         Q    Where?  Is that --

25         A    Correct.
```

CHARLES WALL  5/18/2020

```
 1        Q     Okay.

 2              MR. WYRSCH:  Screen shot that as number 165.

 3                   (Exhibit 165, Screen Shot, was marked

 4                   for identification.)

 5        Q    (By Mr. Wyrsch) And then this is attachment

 6   6 to Exhibit 154.  That's Thacker there?

 7        A    Correct.

 8              MR. WYRSCH:  We'll do that as Exhibit 166,

 9   screen shot.

10                   (Exhibit 166, Screen Shot, was marked

11                   for identification.)

12        Q    (By Mr. Wyrsch) And then attachment 7 to

13   Exhibit 154, and, again, that's Thacker?

14        A    Correct.

15        Q    And this -- is this right around the time

16   that he's getting zip tied?

17        A    I believe so.

18              MR. WYRSCH:  Mark that as Exhibit 167.

19                   (Exhibit 167, Screen Shot, was marked

20                   for identification.)

21        Q    (By Mr. Wyrsch) And then eight, your -- are

22   you able to identify who this officer is?

23        A    It may be Donnell Moore.

24        Q    Okay.  Anyone else here?

25        A    No.
```

CHARLES WALL  5/18/2020

```
 1      Q     All right.
 2            MR. WYRSCH:  Why don't we go ahead and break
 3      for lunch.
 4            VIDEOGRAPHER:  Going off the record.  The
 5      time is 12:10.
 6                  (Whereupon, a short lunch break was
 7                   taken.)
 8            VIDEOGRAPHER:  Going back on the record.
 9      The time is 12:47.
10      Q     (By Mr. Wyrsch) Anything you need to update
11      or change or correct from the morning session?
12      A     No.
13                  (Exhibit 29, Video, was marked in a
14                   previous deposition and now identified
15                   for the record.)
16      Q     (By Mr. Wyrsch) I'm going to show you what's
17      been previously marked as Exhibit 29.
18                  (The video was played.)
19                  (Exhibit 30, Video, was marked in a
20                   previous deposition and now identified
21                   for the record.)
22      Q     (By Mr. Wyrsch) I'm showing you what's been
23      marked as Exhibit 30.
24                  (The video was played.)
25      Q     (By Mr. Wyrsch) And have you seen this clip
```

CHARLES WALL  5/18/2020

1   before?

2       A    Yeah, I believe that's one of the

3   documentation footages.

4                (The video was played.)

5       Q    (By Mr. Wyrsch) And all of this area, the --

6   this is where I'll represent to you that Plaintiffs

7   Rose and Ziegler, I think there's McLain.  So let's --

8   let's start here.  Were -- were all arrested.  Do --

9   do you know who this person is?

10      A    No.

11      Q    Have you attempted to ascertain the identity

12  of that person?

13      A    Yes.

14      Q    How did you go about trying to do that?

15      A    Just in going over the various videos with

16  the various officers that I met with.

17      Q    Okay.  Did -- how -- how many people did you

18  think you met -- you met with?

19      A    I don't know that I could put an accurate

20  number on it.  Dozens and dozens.

21      Q    Did you -- did you keep a list?

22      A    I'm sure at the time I may have.  But, I

23  mean, as I've checked off those lists, I simply

24  disposed of those lists.

25      Q    So -- so I'm sorry.  You -- you said "at the

CHARLES WALL  5/18/2020

1    time."  When was at the time?

2        A    I don't know.  I've been meeting with

3    officers probably for the better part of a year.

4        Q    Okay.  While this litigation is pending?

5        A    Correct.

6        Q    Okay.  And did you -- did you take notes of

7    those conversations?

8        A    I -- I did at the time, yes.

9        Q    At the time of the interview?

10       A    Yes.

11       Q    All right.  And so you -- you -- you kept a

12   list and you had notes and -- and where are those

13   notes now?

14       A    I would have to go through my office to

15   determine if I retained any of them.  It's possible

16   that I've disposed of some of them as well.  I -- I

17   don't know.

18       Q    So you took notes in interviews of police

19   officers in connection with this case and you may have

20   destroyed them?

21       A    I -- I would have to check my office.

22       Q    And all these interviews occurred after you

23   became placed with the City Counselor's Office?

24       A    Correct.

25       Q    So that was after November 18th?

CHARLES WALL  5/18/2020

1      **A      Correct.**

2      **Q      After litigation was already on file?**

3      **A      Yes.**

4      **Q      Well, I would ask you to please -- please do**

5      **that and -- and let us know if you have -- you can**

6      **confirm you destroyed a list of who you've**

7      **interviewed?**

8      **A      No.**

9      **Q      Okay.  You don't know?**

10     **A      I would have to check my office.**

11     **Q      Okay.  Please do.**

12          MR. LAIRD:  At this point, I'm going to

13     object to any -- probably premature to do it this way,

14     but object to any discovery requests for notes for any

15     interviews that were done outside of the context of

16     obtaining information for interrogatories of a

17     corporate rep deposition as those would be covered by

18     the work product doctrine and/or attorney-client

19     privilege.

20          MR. WYRSCH:  Potentially, but you'd have to

21     identify those.  And if they're destroyed, that's a

22     totally different matter.  So I -- I -- you know --

23          MR. LAIRD:  How is it a totally different

24     matter?  We were getting the information to respond.

25     You don't just get to go through all of the notes.

CHARLES WALL  5/18/2020

 1          MR. WYRSCH:  Well, we -- we can talk about

 2    that offline.

 3          MR. LAIRD:  I know.

 4          MR. WYRSCH:  Give me one second.  Sorry.

 5          MR. KHAZAELI:  I leave for two minutes and I

 6    miss the fun stuff.

 7      Q    (By Mr. Wyrsch) So I guess I'm just trying

 8    to understand.  So, I mean, is there any record you

 9    kept, you know, in order to prepare for this

10    deposition of -- of, you know, for example,

11    Ms. McLain, who you talked to and who you showed the

12    video in order to ascertain who that officer was?

13      A    I'm sorry.  Could you repeat or rephrase the

14    question?

15      Q    All right.  So for -- for example, for

16    identifying -- we'll get to her in a second, I guess.

17              (The video was played.)

18      Q    (By Mr. Wyrsch) So right here, this person

19    here, you know that that's Iris Nelson?

20      A    Correct.

21      Q    Okay.  So what steps did you take to try to

22    identify who that person is?

23      A    I don't know how to easily describe it.  I

24    mean, for the most part, I've met with officers, both

25    individually, as well as when attorneys from the City

CHARLES WALL  5/18/2020

```
 1    Counselor's Office was present.  In many of those
 2    meetings, it's not solely as it relates to one
 3    singular plaintiff.  Many of these events are
 4    overlapping.  So several plaintiffs would be discussed
 5    at the same setting.
 6              In some of those -- I guess as it relates to
 7    solely trying to identify officers, meetings that I
 8    would conduct on my own, I would -- I haven't
 9    destroyed anything, but I also haven't taken notes on
10    every single thing.  I would have to look at, you
11    know, internal correspondence to try and determine the
12    officers that I've talked to and when I talked to
13    them.
14              I don't have like a spreadsheet I can refer
15    to or anything like a -- I don't know how best to
16    answer who I met with, when I met with them.  In some
17    instances, meetings were scheduled.  But in some of
18    those instances, those were meetings that were
19    scheduled for the City Counselor's Office, not
20    necessarily for myself.
21        Q    Okay.  And I appreciate that.  And -- and,
22    you know, we -- we sent over a number of exhibits,
23    including these video clips that we're looking at
24    here, and we asked you to identify the persons who
25    were involved in arrests hands on of the officers
```

CHARLES WALL  5/18/2020

Page 102

```
 1    involved in these -- in these things and who

 2    interacted with our clients.

 3              So I -- putting aside the conversations you

 4    had, what notes you took and whatnot, I'm just trying

 5    to understand the process you underwent to try to

 6    ascertain these names.  And, you know, when you --

 7    when you have a picture of someone like this where

 8    there's someone standing next to her with cameras

 9    directly on the person, you say -- you tell us you

10    haven't had -- you haven't figured out who it is.

11              I mean, what steps have you taken to try to

12    do that?  You know, who have you talked to and if that

13    wasn't successful, why didn't you talk to more people

14    until you found out who it was?

15       A    I guess the best way to answer that would be

16    that there were literally hundreds of people that were

17    assigned to the civil disobedience teams.  I've done

18    everything I could think to do in an attempt to

19    identify those individuals short of bringing every

20    single one individually in to go over all of the

21    video, which would be, in my estimation, a nearly

22    impossible task.

23       Q    I mean, it's -- it's a finite number of

24    people; correct?

25       A    A finite number of people in the hundreds,
```

CHARLES WALL  5/18/2020

1    yes.

2        Q    Okay.  So you haven't talked to everyone who

3    was there that night; is that right?

4        A    Correct.

5        Q    So the person who may be depicted here just

6    might be someone you didn't talk to?

7        A    Conceivably.

8            MR. WYRSCH:  Can we screen shot this at --

9    is this 168?

10            VIDEOGRAPHER:  168, yeah.

11                (Exhibit 168, Video, was marked for

12                identification.)

13        Q    (By Mr. Wyrsch) And sitting here today, you

14    can't tell me which officers you showed this to in

15    order to try to identify who that is?

16        A    Correct.

17                (The video was played.)

18                (Exhibit 37, Video, was marked in a

19                previous deposition and now identified

20                for the record.)

21        Q    (By Mr. Wyrsch) I'm going to show you what

22    we've marked as -- what we've marked as Exhibit 37.

23    I'll first bring your attention to this person.  Do

24    you recognize that as Plaintiff Alex Nelson?

25        A    Correct.

CHARLES WALL  5/18/2020

1      Q    Okay.  And, again, I just -- same question

2 for -- for that.  You have not been able to identify

3 the person with the stick; correct?

4      A    Correct.

5      Q    Or baton.  And do you have a record as -- do

6 you know which officers specifically you talked to to

7 find out who this person might be?

8      A    Specifically, no.

9               (The video was played.)

10     Q    (By Mr. Wyrsch) All right.  And this person

11 right here, do you recognize that person?

12     A    Not from this angle, not currently, no.

13     Q    Okay.

14               (The video was played.)

15     Q    (By Mr. Wyrsch) I'll represent to you that

16 that's Plaintiff Ortega?

17     A    Okay.

18     Q    And aside from what we've talked about

19 before, you're not able to identify who's in that

20 video with him?

21     A    It appears to be a CDT officer at that

22 point, but, no, I'm not.

23               (Exhibit 23, Video, was marked in a

24                previous deposition and now identified

25                for the record.)

CHARLES WALL  5/18/2020

```
 1        Q     (By Mr. Wyrsch) Okay.  And this is another
 2   angle we've previously marked as Exhibit 23.  Have you
 3   seen this video before?
 4        A     It appears to be the -- one of the
 5   documentation videos.
 6        Q     You say the documentation.  Have you looked
 7   at these actual clips, though, that we made?
 8        A     Yes, I've -- I've looked at the clips you
 9   made, as well as the videos that they've originated
10   from.
11        Q     Okay.
12                    (The video was played.)
13        Q     (By Mr. Wyrsch) So right in here, we can see
14   Alex Nelson.  There's a whole bunch of people around
15   him.  Other than those you've identified in the
16   interrogatory responses, is there anyone else that
17   you're -- the identity of any of those people you
18   talked to?
19        A     Could you bring up the interrogatory
20   responses and show who was identified in those?
21        Q     Sure.  This is what we previously marked as
22   Exhibit 153.  And you mentioned in interrogatory
23   number 3 that Rachas, Burton, Walsh, and Davis had
24   physical contact with either Alex or Iris Nelson.
25        A     Correct.
```

CHARLES WALL  5/18/2020

1      Q    Anyone else beside that out of all these
2   people?
3      A    I don't believe so.
4      Q    And when you spoke to these officers, did
5   you -- did you speak with specific teams of people or
6   sergeants of teams and try to, you know, get the
7   vicinity of where...
8      A    Yes.
9      Q    Okay.  So do you remember -- do you remember
10  what teams you spoke to about the Nelsons?
11     A    Specifically about the Nelsons, no.  But at
12  various points in time, I've spoken with nearly all
13  the teams from, I believe, Central Patrol.  I've --
14  I've spoken to countless individuals and -- and
15  numerous teams in their entirety.
16     Q    Okay.  And in -- I mean, I guess, what -- I
17  guess I'm trying to understand, did you -- did you try
18  to like connect, you know, where certain groups were
19  or arrest teams and try to narrow in on specific
20  plaintiffs, either based on the arrest report or
21  something else?
22     A    All of the above.  I -- I reviewed all the
23  various video footages.  I attempted to make whatever
24  identifications I could personally.  And then from
25  there branched out to potentially the teams that those

CHARLES WALL  5/18/2020

1   individuals were a part of.  The supervisors of those

2   teams.  You know, if -- if I believed it to be an

3   arrest team, try to discern which arrest team and

4   speak to arrest teams from various teams.  I've done

5   all of the above.

6       Q    Is it fair to say that most of the people

7   that you've identified you identified on your own

8   through your own video review?

9       A    I don't know if I would say most.  There

10  certainly have been identifications that were made

11  with the assistance of other officers that I spoke

12  with.  But I have made identifications on my own

13  that -- that the majority of which were then confirmed

14  in speaking with those individuals, with the exception

15  of, I think, Jason Brandhorst would be an example.

16      Q    Okay.  And -- and on him, is he -- did --

17  did he like -- I'm trying to understand what -- what

18  his dispute was, that -- that he just thinks he was in

19  a different place, he had a different outfit on?

20  What -- what made him think to your -- that -- when he

21  expressed to you that he was not the person depicted?

22      A    I don't recall all of the specifics.  But, I

23  think, for instance, he indicated that the individual

24  in the video was wearing a wristwatch on his left

25  wrist and that it's his recollection at that time he

CHARLES WALL  5/18/2020

 1   was not wearing a wristwatch.  There may have been

 2   other examples that he gave me, but that -- that's one

 3   that sticks out as I sit here.

 4        Q    Okay.  Sorry.  I -- I -- sorry about that.

 5             I'm showing you again Exhibit 23.  And I

 6   want you to pay attention over here in this area here.

 7   You see Alex -- or Iris Nelson right there?

 8        A    Okay.

 9        Q    You see her?

10        A    Yes.

11        Q    Okay.

12             (The video was played.)

13        Q    (By Mr. Wyrsch) So the person who gets kind

14   of right -- right down there, it's this person who's

15   kind of rolling down to the ground right here.  Do you

16   see where --

17        A    Yes.

18        Q    Is that -- that's Alex Nelson; right?

19        A    I believe so.

20        Q    And do you know who was involved in that

21   altercation right there, who has their hands on him at

22   that point?

23        A    I believe it to be Rachas and Burton.

24        Q    Right here?

25        A    I don't know if -- if that officer there is

CHARLES WALL  5/18/2020

1    Rachas or Burton or possibly if that was Walsh.

2         Q    Okay.  Did you talk to them about whether

3    they were -- they had -- did you show them that part

4    of the video and ask them to confirm if they were

5    involved with it?

6         A    I -- I showed them several different videos.

7    But, yes, it's my understanding that Rachas and Burton

8    were the ones to initially make contact with Nelson,

9    and that at some point, Walsh became involved as well.

10        Q    Okay.  All right.  I'll show you what we're

11   marking as Exhibit 169.

12                  (Exhibit 169, Interrogatories, were

13                   marked for identification.)

14        Q    (By Mr. Wyrsch) These are the responses to

15   the Newbold interrogatories.  Is this your signature?

16        A    Yes.

17        Q    So for number 3, you state that identify the

18   SLMPD officer responsible for zip cuffing Mr. Newbold

19   and you stated that was Lance Coats?

20        A    Correct.

21        Q    Is that who you were referring to before --

22        A    I -- I believe so, yes.

23        Q    And then we will -- this interrogatory 6

24   refers to a number of attachments.  I'm going to show

25   you what are the attachments to Exhibit 169.  Starting

CHARLES WALL  5/18/2020

```
 1    at Exhibit 2, you identify Busso and Burle?

 2        A     Yes.

 3        Q     And you -- is that Busso here?

 4        A     Correct.

 5        Q     And then Burle here?

 6        A     Correct.

 7        Q     Okay.  So any -- any other officers in this

 8    photo that you recognize now?

 9        A     I believe if we're looking at kind of the

10    bottom of the box, I believe all the -- like the

11    officer in the blue uniformed shirt with the black

12    outer vest to the left there.

13        Q     Mm-hmm.  This?

14        A     Yeah, that may be Burton.

15        Q     Okay.

16        A     And then the officer in the -- the blue

17    uniformed shirt with no outer vest would be Rachas.

18    And then the individual in the white shirt kind of

19    raising his arm I believe may be Mueller.

20              REPORTER:  Who?

21              THE WITNESS:  Mueller.

22        Q     (By Mr. Wyrsch) Okay.  Mueller.  Okay.  So

23    just -- okay.  So we're -- is it -- I'm sorry.  Let's

24    go briefly off the record.

25              VIDEOGRAPHER:  Going off the record.  The
```

CHARLES WALL  5/18/2020

1    time is 1:22.

2             (Whereupon, a short break was taken.)

3             VIDEOGRAPHER:  Going back on the record.

4    The time is 1:22.

5        Q    (By Mr. Wyrsch) I'm showing you now

6    attachment 3 to Exhibit 169.  There's a circle and

7    that person's been identified as Joseph Busso; is that

8    correct?

9        A    Yes.

10       Q    And then attachment 4 to Exhibit 169, the

11   person with this brown pack, that's Lance Coats?

12       A    Correct.

13            MR. WYRSCH:  I guess go ahead and screen

14   shot that one as 170.

15            (Exhibit 170, Screen Shot, was marked

16            for identification.)

17       Q    (By Mr. Wyrsch) Okay.  Five, I believe, the

18   box is there to show you Mr. Newbold.

19            All right.  In Newbold 7, the

20   interrogatories identify Busso, Mueller, Rachas, and

21   Burton again.  And we can see Busso here?

22       A    Correct.

23       Q    Mueller?

24       A    No, I believe Mueller is to the left.  I

25   believe that's Rachas.

CHARLES WALL  5/18/2020

Page 112

```
 1        Q     Okay.  Rachas.  Then?
 2        A     Burton.  And then so above Burton -- yeah,
 3   in the white shirt would be Mueller.  And directly
 4   between them -- I -- I can't say.
 5        Q     And this person here?
 6        A     I don't know.
 7        Q     And then Newbold 8 is a person here, says
 8   you're unable to identify --
 9        A     Yeah, the way that that's so zoomed in and
10   the rest of the imagery is -- is gone, I can't.
11        Q     Here you had Busso and -- this is, sorry,
12   attachment 9 to Exhibit 169.  You list Busso and
13   Coats?
14        A     Correct.
15        Q     So is this Coats?
16        A     Yes.
17        Q     And that's Busso?
18        A     Correct.
19        Q     All right.  Attachment 10 to Exhibit 169,
20   Coats?
21        A     Correct.
22        Q     Burle?
23        A     Yes.
24        Q     Attachment 11 to Exhibit 169, Mueller?
25        A     Yes.
```

CHARLES WALL  5/18/2020

```
 1        Q     Burle?

 2        A     Yes.

 3        Q     And then you say Coats.  I'm not sure --

 4        A     I believe -- I -- it's difficult to make out

 5   here, but I thought between Mueller and Burle, Coats

 6   was visible.

 7        Q     Okay.

 8        A     But it's difficult to see here.

 9        Q     Do you -- do you not have a -- I guess you

10   said you don't have an iPad and there's no device for

11   you to --

12        A     Correct.  I have no device in front of me.

13   Just a large screen television at the end of the room.

14        Q     Okay.  You were supposed to have a device;

15   so I apologize.

16              All right.  So on to 12, this is attachment

17   12 to Exhibit 169.  You're unable to ascertain which

18   identities being requested.  Do -- do you recognize

19   any in this grouping starting here?

20        A     Yeah, that -- that would be Burton.  I can't

21   say.

22        Q     Mueller?

23        A     That may be Mueller and then kind of out of

24   the box but down on the bottom right, Rachas.

25        Q     Okay.  Do you know we know who this is?
```

CHARLES WALL  5/18/2020

```
 1        A     No.

 2        Q     And then 13, the officer taking Mr. Newbold

 3   out, do you recognize that person?

 4        A     No.

 5        Q     Similar as to the Nelsons, do you have -- I

 6   mean, can you -- can you sit -- sit here and tell us

 7   today who you talked to to try to ascertain who that

 8   was?

 9        A     Specifically, no.

10                   (Exhibit 27, Video, was marked in a

11                    previous deposition and now identified

12                    for the record.)

13        Q     (By Mr. Wyrsch) All right.  Let me show you

14   what's been marked as -- already marked as Exhibit 27.

15   Another angle here.  Right here.

16                   (The video was played.)

17        Q     (By Mr. Wyrsch) The person here, do you

18   know -- are you able to identify who that is?

19        A     No.

20        Q     Is there any markings on him or her so

21   that -- give you any clue as to what team they might

22   be on or what...

23        A     No, not that I can see.

24                   (The video was played.)

25                   (Exhibit 171, Interrogatories, was
```

CHARLES WALL  5/18/2020

 1                   marked for identification.)

 2         Q    (By Mr. Wyrsch) All right.  We'll go ahead

 3    and mark as Exhibit 171 -- showing you what's been

 4    provided as the supplemental responses and objections

 5    to plaintiff's first set of interrogatories for

 6    Jonathan Ziegler.  Are you familiar with Mr. Ziegler?

 7         A    Yes.

 8         Q    Do you -- I assume you're aware that he's

 9    the creator of what we refer to as the RebZ video?

10         A    Yes.

11         Q    So in response to interrogatory number 1,

12    there's reference to identify officers depicted in the

13    photograph as labeled attachment 1.  And we can -- I

14    will bring up attachment 1 now.

15              This is attachment 1 to Exhibit 171, Ziegler

16    interrogatories.  The response says identify all SLMPD

17    officers depicted in the photographs.  And the answer

18    is limited to Kiphart and Burle.  Is that even

19    correct?

20         A    Can I read the question again?

21         Q    Yeah, I wish I could show you both at the

22    same time.

23         A    Yeah.  Because I thought the question said

24    something about deploying mace.

25         Q    So this one's --

CHARLES WALL  5/18/2020

1      A     And I think that's why Burle was included in

2   the answer.

3      Q     Yeah, this is -- so it says please identify

4   all SLMPD officers depicted in this photograph as

5   labeled attachment 1.  And then for each one, whether

6   they -- they deployed pepper spray.

7      A     Well, I think -- I think what happened was

8   if you look at B.

9      Q     Mm-hmm.

10     A     Whether any of the identified employees

11  deployed pepper spray or responded to the -- or

12  reported -- I'm sorry -- the deployment of pepper

13  spray, I think that's why Burle shows up in A.  So

14  that's an error, I guess.  In -- in the photograph, I

15  think the only identification that can be made is

16  Lieutenant Kiphart.

17     Q     Okay.  So let me go back to that.  And you

18  think this is Kiphart?

19     A     Correct.

20     Q     All right.  And is there anyone else in this

21  photo?

22     A     No.  And I guess contextually, just looking

23  at the video, or that -- that picture, just looking at

24  it, I can't -- I guess had I not had a better

25  understanding of other video and all the circumstances

CHARLES WALL  5/18/2020

1   surrounding when this picture was taken, I wouldn't be

2   able to identify Kiphart based solely on this picture.

3   But because --

4       Q    Sure.

5       A    -- I contextually have a better

6   understanding of what's happening, I can tell you that

7   right there front and center is Lieutenant Kiphart.

8       Q    Okay.  And this is a sergeant?  The three

9   stripes --

10      A    It -- yeah, it has chevrons, I would assume

11  it would be a sergeant.  But I can't tell you which

12  sergeant.

13      Q    But Burle is not in this photo?

14      A    Correct, Burle is not in that photo.  Burle

15  also deployed mace and I think that's where the -- the

16  confusion came in in the response.

17      Q    Understood.  And that -- to be clear, we --

18  I think we -- in the first morning, we went through a

19  spray that Burle did?

20      A    Correct.

21      Q    Is that the -- is that the only instance of

22  pepper spray you're aware of that Burle deployed, the

23  one that we saw earlier, or are there multiple ones

24  with Burle?

25      A    I believe that the mace directed at Ziegler

CHARLES WALL  5/18/2020

```
 1    is the only mace that I've observed Burle deploying.

 2         Q    Your understanding is it was directed at

 3    Ziegler?

 4         A    That's my understanding, yes.

 5         Q    And did you get that understanding from

 6    Mr. Burle?

 7         A    Yes.

 8         Q    So going back to interrogatories, asking for

 9    everyone in number 2, which is that picture.  And the

10    question is identify all officers depicted in the

11    photograph.  And the response is the two officers are

12    Timothy Bockskopf on the left and Burle on the right

13    holding the card?

14         A    Correct.

15         Q    So -- so I'm clear for our record here,

16    that's Burle there?

17         A    Correct.

18              MR. WYRSCH:  We'll do a screen shot of that

19    at 172.

20                   (Exhibit 172, Screen Shot, was marked

21                   for identification.)

22         Q    (By Mr. Wyrsch) And this is Bockskopf?

23         A    Bockskopf, yes, correct.

24         Q    And here pictured Bockskopf on the second

25    page?
```

CHARLES WALL  5/18/2020

1      A     Correct.

2      Q     All right.  So -- and Burle is listed as --

3   well, sorry.  Scratch that.

4          In -- in response to request number 2, sub

5   part B, it was asked whether the identified individual

6   seized, zip cuffed or physically interacted with

7   Mr. Ziegler while he was on the sidewalk.  And the

8   response is Officer Burle did deploy a pepper spray at

9   or near plaintiff.  He's also in the photo as the

10  arresting officer; is that correct?

11     A     Correct.

12     Q     Did Officer Burle -- was he involved in the

13  zip tie and the seizure?

14     A     Not to my knowledge.

15     Q     You do not know who is -- who was?

16     A     Correct.

17     Q     Did you speak with Officer Burle about that

18  interaction?

19     A     I did.

20     Q     And ask him whether or not he knew who zip

21  tied him?

22     A     I did.

23     Q     He did not know?

24     A     Correct.

25     Q     And then also -- also Detective Burle in

CHARLES WALL  5/18/2020

1  response to interrogatory 5 was the person who picked

2  up Plaintiff Ziegler's camera and placed it into

3  plaintiff's bag; is that correct?

4      A    Yeah.  And that was, I guess, believed to be

5  correct at the time of the interrogatory.  I think in

6  a subsequent conversation I had with Detective Burle,

7  it's not clear if he physically picked the camera up

8  or simply informed Mr. Ziegler where the camera was

9  located in his bag.

10      Q    And when did you have that conversation?

11      A    Maybe in February.

12      Q    Okay.  Were you aware that these responses

13  were supplemented on Friday, May 8, 2020?

14      A    I don't recall.

15      Q    Okay.

16          MR. WYRSCH:  We can go off the record for a

17  couple minutes.  Five minutes.

18          VIDEOGRAPHER:  Going off the record.  The

19  time is 1:39.

20              (Whereupon, a short break was taken.)

21          VIDEOGRAPHER:  All right.  Going back on the

22  record.  The time is 1:45.

23      Q    (By Mr. Wyrsch) Okay.  I'm going to show

24  you -- going back to Exhibit 24.  This is, I'll

25  represent, two videos spliced together.  Pay attention

CHARLES WALL  5/18/2020

1    over in this area.

2                    (The video was played.)

3         Q    (By Mr. Wyrsch) There's a person being --

4    it's kind of hard to see, but sort of -- right here,

5    grabbed this person here, taken from -- do -- are

6    you -- do you see what I'm talking about?

7         A    No.

8         Q    Okay.  Follow the person.

9         A    Okay.

10        Q    I'm sorry.  Totally wrong person.  This

11   person.  Right here.  This right here.

12        A    Okay.

13        Q    Grabs someone and kind of tosses them.

14   Right here.  Let's try it from a different angle

15   perhaps.

16                    (The video was played.)

17        Q    (By Mr. Wyrsch) That person right there.

18        A    Yes.

19        Q    Is that -- is that Plaintiff Newbold?

20        A    I believe so.

21        Q    And is the person grabbing him and throwing

22   him like that, at least one of those, Busso?

23        A    No.

24        Q    What?

25        A    No.

CHARLES WALL  5/18/2020

```
 1        Q    Okay.  Who -- who -- who has -- who has
 2   their hands on Newbold there?
 3        A    I believe at that point it's Officer Lance
 4   Coats and possibly Detective Burle as well.
 5        Q    Oh, because of the backpack?
 6        A    Correct.
 7        Q    All right.  Is that Burle right there?
 8        A    Correct.
 9        Q    Okay.  Okay.  So I'm going to go back a
10   second.  All right.  So this person right here is
11   Coats?
12        A    Correct.  Busso, for reference, is to his
13   right.
14        Q    This person?
15        A    Correct.
16        Q    Okay.
17             MR. WYRSCH:  So I'm going to go ahead and
18   screen shot that at 173.
19                  (Exhibit 173, Screen Shot, was marked
20                   for identification.)
21        Q    (By Mr. Wyrsch) And at that point, that's --
22   this is -- this is Coats right here?
23        A    Yes.
24        Q    And this is Burle?
25        A    Correct.
```

CHARLES WALL  5/18/2020

1      Q     All right.

2            MR. WYRSCH:  We'll screen shot Burle at 174.

3                 (Exhibit 174, Screen Shot, was marked

4                 for identification.)

5      Q   (By Mr. Wyrsch) Thank you for that

6   clarification.

7            All right.  I'm sorry.  Between this

8   point -- this is back on Exhibit 26.

9                 (The video was played.)

10     Q   (By Mr. Wyrsch) Between this point when he's

11   walked out, do you know which officers interacted with

12   him, Mr. Newbold?

13     A     No.

14     Q     Anyone else besides Coats and Burle?

15     A     Not to my knowledge.

16                 (Exhibit 175, Interrogatories, were

17                 marked for identification.)

18     Q   (By Mr. Wyrsch) All right.  So I'm showing

19   you what we've marked -- produced as -- this will be

20   Exhibit 175.  The interrogatory responses to

21   Christopher Robinson -- Robertson.

22            The interrogatory 3 request is all SLMPD

23   officers who made physical contact with Mr. Robertson.

24   And the response is that Officer Daniel Chamblin was

25   the officer listed as the arresting officer and that

CHARLES WALL  5/18/2020

 1   defendant is still investigating who else had any

 2   physical contact with plaintiff.

 3           So do you know what role Chamblin had in

 4   Robertson's arrest?

 5       A    No.

 6       Q    Did you talk to Officer Chamblin?

 7       A    I don't believe so.  Officer Chamblin is no

 8   longer with the police department.

 9       Q    When did he leave the department?

10       A    I don't know an exact date.  I believe maybe

11   in 2018.

12       Q    Do you know where he ended up?

13       A    I believe he's with another law enforcement

14   agency, but I don't know -- I don't know where.

15       Q    Did you make any attempt to contact him?

16       A    I don't recall.

17       Q    Since this deposition was noticed, did you

18   make any attempt to contact him?

19       A    I don't believe so.

20       Q    Why not?

21       A    He's not currently employed with the police

22   department.  I don't -- I don't recall specifically if

23   I didn't have a good contact number for him or -- or

24   what the reasoning was.

25       Q    Okay.  I mean, there are databases that show

CHARLES WALL  5/18/2020

1    where police officers are employed; correct?

2        A    I don't know.

3        Q    Did you attempt to contact department of

4    human resources to find out if they had a last known

5    phone number or forwarding address?

6        A    I may have.  I don't recall.

7                    (Exhibit 28, Video, was marked in a

8                     previous deposition and now identified

9                     for the record.)

10       Q    (By Mr. Wyrsch) Okay.  Let me show you

11   what's been marked as Exhibit 28.

12                    (The video was played.)

13       Q    (By Mr. Wyrsch) All right.  In the top right

14   corner over here, a couple officers come in, in the

15   white shirt and then this person here.  Do you know

16   who those officers are?

17       A    I believe -- if you go back again, I believe

18   the white shirt is Lieutenant Paul Piatchek.

19       Q    This person?

20       A    Correct.

21           MR. WYRSCH:  Screen shot that as 176.

22                    (Exhibit 176, Screen Shot, was marked

23                     for identification.)

24       Q    (By Mr. Wyrsch) And then this officer right

25   here?

CHARLES WALL  5/18/2020

```
 1        A     Detective Richard Edwards.

 2        Q     Richard?

 3        A     It's either Edward or Edwards.

 4        Q     Okay.  I forgot to ask you.  I'm going to

 5   show you back Exhibit 154, the Ortega interrogatories.

 6   The -- do you remember officers listed on this --

 7   especially in -- in number 6, but the arresting

 8   officer for Ortega was Steven Walsh.  Are you aware of

 9   that?

10        A     Possibly.  I -- I mean, if I saw the arrest

11   photo or the arrest in the report, yes.

12        Q     I'll show you right here.

13        A     Yeah, I see it.

14        Q     Did you -- have you talked to Detective

15   Walsh about what interaction he had with Ortega?

16        A     I may have.  I can't -- I can't recall as I

17   sit here.  I know I've spoken with Officer Walsh.  I

18   believe we discussed his interaction with Ortega.  But

19   I can't -- I can't definitively say that at this time.

20                     (Exhibit 47, Photograph, was marked in

21                      a previous deposition and now

22                      identified for the record.)

23        Q     (By Mr. Wyrsch) I'm showing you what's been

24   marked as Exhibit 47, which is a picture, arrest photo

25   of -- of Plaintiff Ortega.  Is -- is that Walsh in the
```

CHARLES WALL  5/18/2020

1    photo?

2         A    It is.

3         Q    You said you may have talked to him, but you

4    don't know what -- you don't remember his response?

5         A    I know I've spoken with Detective Walsh as

6    it relates to several different matters.  As I sit

7    here right now, I believe we discussed Mr. Ortega, but

8    I -- I can't specifically recall that.

9         Q    Sitting here now, you don't know what role,

10   if any, Walsh had other than being named as the

11   arresting officer in Mr. Ortega's arrest?

12        A    Correct.

13        Q    All right.  So I'm showing you what are

14   going to be -- am I on 177 or 178?

15             VIDEOGRAPHER:  I'm sorry to interrupt.

16   There was a disruption.  I forgot to hit the resume

17   for the recording.

18             MR. WYRSCH:  Which part?

19             VIDEOGRAPHER:  So it would have been from

20   the last coming back on.

21             MR. WYRSCH:  The last hour?

22             VIDEOGRAPHER:  No, just the last 10 minutes

23   or so.

24             MR. WYRSCH:  Okay.

25             VIDEOGRAPHER:  I apologize for that.

CHARLES WALL  5/18/2020

1          MR. WYRSCH:  Is there audio or...

2          VIDEOGRAPHER:  There would not be any audio,

3     no.  Unless the court reporter has something set up

4     in -- for herself.

5          MR. WYRSCH:  Can you -- Rebecca, can you

6     tell me what -- where we started?  I guess we can go

7     off the record now.

8          VIDEOGRAPHER:  Yeah.

9          (Whereupon, a short break was taken.)

10         VIDEOGRAPHER:  All right.  Going back on the

11    record.  The time is 2:05.

12    **Q    (By Mr. Wyrsch) All right.  So we're going**

13    **to go back to Exhibit 24.  We first asked you about**

14    **24, from this angle, I know it's a little harder to**

15    **see, but we see right in here where Mr. Gullet is**

16    **taken.**

17    **A    Mr. Gullet?**

18    **Q    Sorry.  Newbold.**

19    **A    Yes.**

20    **Q    That's him right in here.  I'm going to go**

21    **to Exhibit 26.  And so now we're on Exhibit 26.  I'm**

22    **starting right here.  This is Lance Coats; is that**

23    **correct?**

24    **A    Correct.**

25    **Q    And is that Burle here?**

CHARLES WALL  5/18/2020

1      **A      Correct.**

2             MR. WYRSCH:  So go ahead, we'll do one

3      more -- a cleaner screen shot there of number 178 of

4      Coats.  And 179 of Burle.  179 here.

5                    (Exhibit 178, Screen Shot, was marked

6                    for identification.)

7                    (Exhibit 179, Screen Shot, was marked

8                    for identification.)

9      **Q      (By Mr. Wyrsch) Hard to see this angle, but**

10     **right here Burle is -- this is where Burle just**

11     **deploys pepper spray; correct?**

12     **A      Yes.**

13                   **(The video was played.)**

14     **Q      (By Mr. Wyrsch) And then at this point,**

15     **Coats appears to be dragging someone.  That's**

16     **Plaintiff Newbold; correct?**

17     **A      I believe so, yes.**

18     **Q      And with him to the left now is Burle?**

19     **A      Correct.**

20     **Q      I asked you this before, but just to**

21     **clarify.  So between this point and the time that**

22     **Newbold is brought out of the scrum, you're not aware**

23     **of anyone else who had interactions with him?**

24     **A      No.**

25                   **(The video was played.)**

CHARLES WALL  5/18/2020

```
 1        Q    (By Mr. Wyrsch) All right.  All right.  So
 2   going back to -- I think we marked this.  This is
 3   going to be Exhibit 1- -- oh, I'm sorry.  We still
 4   have to do one more video.  This is one we covered
 5   before but was not videotaped.
 6             So this is what's been previously marked as
 7   Exhibit 4 -- 28.  Here I asked you to identify two
 8   officers, one right here.  You identified that as
 9   Officer Piatchek?
10        A    Correct.
11        Q    Or lieutenant.  Sorry.
12        A    Yes.
13             MR. WYRSCH:  I'll do a screen shot there
14   at -- we'll call that 180.
15                  (Exhibit 180, Screen Shot, was marked
16                  for identification.)
17        Q    (By Mr. Wyrsch) And then this officer here,
18   Richard Edwards?
19        A    Correct.
20             MR. WYRSCH:  Screen shot that at 181.
21                  (Exhibit 181, Screen Shot, was marked
22                  for identification.)
23                  (Exhibit 182, Interrogatories, were
24                  marked for identification.)
25        Q    (By Mr. Wyrsch) Okay.  All right.  Now we're
```

CHARLES WALL  5/18/2020

Page 131

```
 1    back to what is now 182, the interrogatory responses
 2    of the City to Plaintiff Brian Baude.  And that is
 3    your signature there; correct?
 4        A    Yes.
 5        Q    In response to four, identifying all SLMPD
 6    officers who made physical contact with Mr. Baude,
 7    there's a series of screen shots.  On these -- on the
 8    first screen shot, attachment 1 to Plaintiff's Exhibit
 9    182, person identified is Joseph Busso.  Is that this
10    person here?
11        A    I believe so, yes.
12        Q    And Baude 2, no one's identified.  Baude 3,
13    this person's identified as Jarred Thacker?
14        A    Correct.
15        Q    Do -- do you know what, if any, physical
16    contact Busso and Thacker had with Baude?
17        A    I do not.
18        Q    Did you ask them if they had any physical
19    contact with him?
20        A    I don't recall.
21        Q    Okay.  Four, you were unable to identify
22    anyone in this.  Is that still the case?
23        A    I guess if the focus was on the circled
24    area, yes.
25        Q    Five, also states you were unable to
```

CHARLES WALL  5/18/2020

 1    identify this person?

 2         A    Correct.

 3         Q    Six, this person's identified as Michael

 4    Mueller?

 5         A    Correct.

 6         Q    Are you aware of any physical contact that

 7    Mueller had with Plaintiff Baude?

 8         A    I am not.

 9         Q    Did you ask him if he had any physical

10    contact with Baude?

11         A    I don't recall.

12         Q    Seven stated unable to identify; is that

13    correct?

14         A    Correct.

15         Q    And nine, also unable to identify?

16         A    Yeah.  With the small pixilated frame, no,

17    I -- I can't identify anybody with any accuracy there.

18         Q    Okay.

19              MR. WYRSCH:  Let's go off the record for a

20    second.

21              VIDEOGRAPHER:  Going off the record.  The

22    time is 2:15 -- or 2:16.  I'm sorry.

23                   (Whereupon, a short break was taken.)

24              VIDEOGRAPHER:  Going back on the record.

25    The time is 10:27 -- 2:27.  I'm sorry.

CHARLES WALL  5/18/2020

```
 1             MR. WYRSCH:  You ready?

 2             THE WITNESS:  Yes.

 3             MR. LAIRD:  We're ready.

 4             VIDEOGRAPHER:  We're already back on the

 5   record.

 6             MR. WYRSCH:  What's that?

 7             VIDEOGRAPHER:  Already back on.

 8             MR. WYRSCH:  Oh, sorry.  Must have the

 9   volume down.  My apologies.

10        Q    (By Mr. Wyrsch) I did want to ask you about

11   a couple back -- the arresting officer for Dillan

12   Newbold is listed as Terrence Ruffin.  Did you have

13   any contact with Officer Ruffin about Mr. Newbold?

14        A    I believe I spoke with him possibly over the

15   phone.

16        Q    Okay.  Do you recall what, if anything, he

17   said about his interaction with...

18        A    That at some point in time, Mr. Newbold was

19   handed off to him and he was documented as the

20   arresting officer.

21        Q    So Officer Ruffin is admitting that he at

22   one point seized Mr. Newbold, but someone else zip

23   tied him?

24        A    Yeah, I don't know if I would say that

25   Officer Ruffin seized Mr. Newbold.  But at some point
```

CHARLES WALL  5/18/2020

 1    after Mr. Newbold was seized, he was, I guess,

 2    relinquished to Officer Ruffin's control.

 3         Q    Officer Ruffin had custody of him?

 4         A    At -- at some point for some brief period of

 5    time, yes.

 6         Q    And -- well, we don't know who the officer

 7    was who zip tied -- well, you -- you think it might be

 8    Coats and --

 9         A    I believe it's Officer Coats, correct.  I

10    believe, yes, Officer Coats and Detective Burle are

11    seen, I guess, removing Mr. Newbold from the sidewalk.

12    And then later Officer Coats is seen placing

13    Mr. Newbold in zip ties or flex cuffs.

14         Q    All right.  And then for Plaintiff Baude,

15    the arresting officer is listed as Bockskopf.  Did you

16    have any discussions with -- with him about Mr. Baude?

17         A    Yeah.  Essentially, I believe that he said

18    something to the effect of he was told to take a

19    photograph with Mr. Baude and later learned that he

20    was documented as the arresting officer for Mr. Baude.

21         Q    Did he put zip ties on Mr. Baude?

22         A    No.

23         Q    And do you know who did?

24         A    No.

25         Q    What -- any other conversations you had with

CHARLES WALL  5/18/2020

1  anyone about trying to identify who arrested

2  Mr. Baude?

3      A    None that I specifically remember.  Just,

4  again, kind of generally when I would meet with

5  officers, I would present them with photographs of

6  many, if not all, of the plaintiffs and ask them if

7  they recalled having any type of interaction with the

8  plaintiffs.

9      Q    Beyond photographs, I mean, did you show

10  videos to them of the individual plaintiffs?

11      A    I mean, I showed videos to many of the

12  officers that I met with.  I can't, as I sit here,

13  specifically tell you which officers I presented which

14  videos to.  But generally, yes.

15      Q    Oh, just so you know, on the break, we

16  ascertained via Google that Officer Chamblin works in

17  Hazelwood, if you need to contact him in the future.

18          Okay.  Showing you what we're going to mark

19  as -- I believe we're on 183.

20              (Exhibit 183, Interrogatories, were

21               marked for identification.)

22      Q    (By Mr. Wyrsch) These are not verified as

23  well, but my understanding is you were involved in

24  responding to these?

25      A    Correct.

CHARLES WALL  5/18/2020

1      Q     These are the interrogatory responses to
2   Plaintiff Mark Gullet; correct?
3      A     Yes.
4      Q     In response to interrogatory 1 about
5   deploying pepper spray on or near plaintiff's person,
6   the response is Lieutenant Kiphart and Detective
7   Burle; correct?
8      A     Correct.
9      Q     I'm assuming those are the same two pepper
10  sprays we've seen earlier today in video?
11     A     Correct.
12               (Exhibit 45, Photograph, was marked in
13                a previous deposition and now
14                identified for the record.)
15     Q     (By Mr. Wyrsch) Showing you what's been
16  marked as Exhibit 45.  That's -- does that depict
17  Officer Koerper?
18     A     Yes.
19     Q     He's listed as the arresting officer --
20     A     He is.
21     Q     -- of Gullet?  On interrogatory number 2 --
22  excuse me -- you state that Defendant City does not
23  believe that Officer Koerper actually seized or zip
24  cuffed Plaintiff Gullet; however, Officer Koerper did
25  interact with plaintiff and involved in securing

CHARLES WALL  5/18/2020

1    plaintiff on the night of September 17, 2017.

2             What is the basis for that statement?

3        A    I believe just the fact that he's documented

4    as the arresting officer, he's photographed with him.

5    And I know I wasn't able to meet with Officer Koerper

6    in person.  I believe I may have spoken with him by

7    phone, but I can't recall specifically.

8        Q    Do you know what he was doing the night of

9    the incident, what his role was?

10       A    I can't recall specifically which element he

11   was assigned to, if he was -- I know he was on the

12   North Patrol CDT team, but as to which element of that

13   team, I don't recall.

14       Q    In part C it says, Defendant City states

15   that Officer Koerper was handed plaintiff for

16   documenting purposes and when the documentation

17   photograph was taken, Officer Koerper was securing

18   plaintiff.

19       A    Correct.

20       Q    And you asked Officer Koerper who handed

21   Mr. Gullet to him?

22       A    I believe so, yes.

23       Q    And he doesn't know?

24       A    Correct.

25       Q    Since these responses were made, has there

CHARLES WALL  5/18/2020

```
 1    been any additional information about Mr. Gullet?
 2         A    No.
 3         Q    I'm showing you what we're going to mark as
 4    Exhibit 184.
 5                   (Exhibit 184, Interrogatories, were
 6                    marked for identification.)
 7         Q    (By Mr. Wyrsch) These are the City's
 8    responses to the interrogatories of Fareed Alston.
 9    Did you prepare that document?
10         A    The document's not up on my screen.
11         Q    I apologize.  Do you see it now?
12         A    Yes.
13         Q    And in interrogatory number 1, it references
14    an attachment 1, and we'll view that in a second, but
15    it states that Sergeant Long deployed the pepper spray
16    depicted in attachment 1?
17         A    Yes.
18         Q    So just to clarify, we're talking this area
19    here, you see a mist right there; is that right?
20         A    Correct.
21         Q    How did you ascertain that Sergeant Long was
22    the one who deployed that spray?
23         A    Based on the statements of his use of mace
24    and the police report, as well as a conversation that
25    I had with him regarding it and looking at the video,
```

CHARLES WALL  5/18/2020

 1    essentially that's my belief.  He states that he was

 2    in that general area, that he deployed mace at an

 3    individual under similar circumstances, but he can't

 4    definitively state whether or not that was him at that

 5    point in time in the video.

 6         Q    Okay.  When did that conversation take

 7    place?

 8         A    Maybe January or February.

 9         Q    Okay.  Just to be clear, the response here

10    doesn't qualify this statement at all.

11         A    Well, it's a belief.  It's not presented

12    as -- it's presented as a belief.

13         Q    Okay.  Did he offer -- did -- did you review

14    the video with him to see if there was another place

15    where he was shown deploying the pepper spray?

16         A    That's the only location consistent with his

17    statement that I've observed any mace being deployed

18    in that manner.

19         Q    So he wasn't able to identify another point

20    where he deployed mace?

21         A    Correct.

22         Q    Do -- do you have any reason not to think

23    that that's Sergeant Long?

24         A    No.

25         Q    So showing two -- attachment 2 to Exhibit

CHARLES WALL  5/18/2020

```
 1    184, that is Officer -- Mr. Myers; correct?

 2        A    Correct.

 3        Q    Do you know what, if any, interaction

 4    Officer Myers had with Mr. Alston?

 5        A    I do not.

 6        Q    Were you able to talk to Officer Myers?

 7        A    I have not.

 8        Q    Why have you not talked to Officer Myers?

 9        A    It's my understanding that he's retained

10    private counsel and it was also my understanding that

11    he would not be willing to speak with me.

12        Q    So you know it's because of the pending

13    criminal case?

14        A    I'm not sure exactly why.  That's just my

15    understanding, that he has private counsel and he

16    would not speak with me.

17        Q    Okay.  Thank you.

18             Interrogatory 6 states that Officer Chris

19    Myers made physical contact with plaintiff.  What is

20    the basis for that statement?

21        A    His presence and proximity in the photograph

22    previously displayed.

23        Q    Any -- any other video evidence?

24        A    Not to my knowledge, no.

25        Q    Okay.  And since these responses were given,
```

CHARLES WALL  5/18/2020

1    have you -- have you learned anything else about

2    anyone else involved in Plaintiff Alston's arrest?

3         A    No.

4              MR. WYRSCH:  Can we go off the record for a

5    minute?

6              VIDEOGRAPHER:  Going off the record.  The

7    time is 2:47.

8                   (Whereupon, a short break was taken.)

9              VIDEOGRAPHER:  All right.  We are back on

10   the record.  The time is 2:49.

11                   (Exhibit 11, Video, was marked in a

12                    previous deposition and now identified

13                    for the record.)

14        Q    (By Mr. Wyrsch) I'm going to show you what

15   was marked as Exhibit 11 previously.  I'm going to

16   direct your attention to this area around here.

17                   (The video was played.)

18        Q    (By Mr. Wyrsch) Right here.  Do you see this

19   person here?

20        A    Yes.

21        Q    Do you recognize that as Plaintiff Alston?

22        A    I do.

23        Q    Do you know who is holding him at that

24   point?

25        A    I do not.

CHARLES WALL  5/18/2020

1      Q     And prior to that, he was on the ground?

2      A     Correct.

3      Q     He was lifted up to get to that point, did

4   you see that in the video?

5      A     I -- I recall seeing it other times I've

6   watched this video.  I don't -- I didn't see it just

7   now.

8      Q     Okay.  Do you know anyone who was --

9   interacted with him on the ground?

10      A     I do not.

11      Q     And you don't know the identity of the

12   person who's carrying him now?

13      A     Correct.

14      Q     And I'll ask you the same questions.  What

15   steps did you take to try to ascertain who that was?

16      A     And, again, generally, many of the officers

17   that I spoke with talked about all of the plaintiffs,

18   if they remembered any interactions with any of those

19   individuals, went over various video.  And till this

20   time, I've been unable to identify the officer

21   depicted or any officers interacting with Mr. Alston.

22      Q     Okay.  And -- and like, for instance, in

23   this one, I mean, we know that this is right at the

24   north line; correct?

25      A     Correct.

CHARLES WALL  5/18/2020

Page 143

```
 1        Q     These are CDT, generally people on the north

 2   team?

 3        A     One would assume, yes.

 4        Q     Did you make an extra effort to talk to

 5   people on the north teams to see if you could identify

 6   who -- who it was?

 7        A     I did.

 8        Q     And do you remember who you talked to on the

 9   north teams?

10        A     Specifically, no.  But I know several of the

11   elements of the North Patrol team to include the

12   arrest teams for certain.  I -- as I sit here right

13   now, I don't recall specifically which elements I

14   spoke with, but I know I spoke with multiple elements

15   of the North Patrol teams.

16        Q     Did you attempt to talk to every member of

17   the arrest teams?

18        A     Specifically the North Patrol arrest teams,

19   I can't recall.

20        Q     No, I mean all arrest team members.

21        A     I may have.

22        Q     Did -- did you, in fact, talk to all the

23   members of the arrest teams?

24        A     I know I -- certainly the Central Patrol

25   team.  I don't know if I -- I believe so.
```

CHARLES WALL  5/18/2020

1      Q     You think you spoke to every member of the

2   arrest teams?

3      A     The vast majority, certainly.  As I sit

4   here, I can't tell you if I have spoke with every

5   single member of all arrest teams.  But I have spoken

6   with -- I think it would be accurate to say the

7   majority of the members of the arrest teams.

8      Q     What did the -- why did the central team

9   jump out at you?

10      A     Another matter that I've previously been

11   deposed in.

12      Q     The Faulk matter?

13      A     Correct.

14      Q     You mentioned earlier that you -- you talked

15   to most of the special ops people, but not all of

16   them; is that correct?  Or did you talk to all the

17   special ops teams members?

18      A     No, I believe that's correct.  Most, but not

19   all.

20      Q     Why -- why did you not speak with all of

21   them?

22      A     I guess it was just my belief in reviewing

23   the video that there were some of them that I had no

24   need to speak with.

25      Q     Even for elimination purposes?

CHARLES WALL  5/18/2020

1      A      I suppose.

2      Q      Following up on Officer Myers here, just --

3  just so we're clear on the record, Officer Myers is

4  represented by the City in this particular case.  Is

5  it your pos- -- is it still your position that he

6  refused to speak with you?

7      A      That was my understanding at the time that I

8  was conducting interviews for this.

9      Q      Okay.  And as far as Defendant [sic] Alston

10  goes, you're not aware of any person -- any person who

11  zip tied him -- you're not -- you're not aware of the

12  person who zip tied Plaintiff Alston; correct?

13      A      Correct.

14      Q      You're not aware of any person who may have

15  struck Plaintiff Alston with their hands or feet?

16      A      Correct.

17      Q      Show you what we marked as 185.

18             (Exhibit 185, Interrogatories, were

19             marked for identification.)

20      Q      (By Mr. Wyrsch) I think I said this, but do

21  you know who zip cuffed Alston?

22      A      No.

23      Q      All right.  Showing you what's been marked

24  as 185.  These are supplemental responses to first

25  request for production of documents, but -- and then

CHARLES WALL  5/18/2020

1    it says interrogatories.  So we'll go ahead and

2    represent that they're interrogatories.

3              Okay.  So these, in turn, reference the

4    attachments.  Well, first is attachment 2 to the

5    person that is appearing on the screen to Exhibit 185.

6    And the response states that the officer visible in

7    attachment 2 is Elijah Simpson and Marilyn Johnson; is

8    that correct?

9        A    Correct.

10       Q    The -- now the arresting officer is listed

11   as Lee?

12       A    Correct.

13       Q    Neither of the two people that are in that

14   photograph?

15       A    Correct.

16       Q    And so is this Officer Simpson here?

17       A    Yes.

18       Q    And that's Johnson?

19       A    Correct.

20       Q    And in the response you state that Detective

21   Simpson was not involved in the zip tieing, seizing of

22   plaintiff.  And Detective Simpson was part of a

23   hand-off team that would have escorted plaintiff to

24   the hand-off team member -- or sorry -- a member of

25   the CDT or arrest team would have escorted plaintiff

CHARLES WALL  5/18/2020

1      to the hand-off team member, in this case, Detective

2      Simpson, who would have secured plaintiff when this

3      picture was taken; correct?

4          A     Correct.

5          Q     What -- what is the basis for making that

6      statement?

7          A     Conversation that I had with Detective

8      Simpson.

9          Q     And did you ask Detective Simpson who handed

10     off Plaintiff Thomas to him?

11         A     I did.

12         Q     And who did he say?

13         A     He could not recall.

14         Q     Turning to attachment 1 of the first

15     interrogatories to -- for Mr. Thomas, which is Exhibit

16     185, that is now showing on the screen, do you

17     recognize anyone in this picture?

18         A     I do not.

19         Q     And what steps did you attempt to take to

20     identify these four people?

21         A     Just generally the same steps I took in all

22     the matters.

23         Q     Did you ever go back and try to look at the

24     videos to try to match these up?

25         A     Yes.

CHARLES WALL  5/18/2020

1      Q    You know, like nametags down here,

2   couldn't -- still couldn't figure it out?

3      A    No.  The video was not of high enough

4   quality to make out nametags.

5      Q    No one could identify these four officers?

6      A    Not that I spoke with, no.

7      Q    Is there -- is there a way -- is there any

8   markings that suggest that they're an arrest team

9   versus squad, an Alpha, Bravo, Charlie, Delta squad?

10      A    No, there is not.

11      Q    In your responses to the interrogatories, we

12   can go back to them, see number 3, it says identify

13   all SLMPD officers who made physical contact with

14   plaintiff.  And you list Officer Simpson and Officer

15   Lee.  And then later you state that Officer Trenton

16   Lee was involved in the seizure of plaintiff in some

17   way.  And there were three unknown CDT officers

18   involved in the arrest and seizure of plaintiff.

19          So what is the basis for stating that?

20      A    I believe someone else from the City

21   Counselor's Office may have had a conversation with

22   Officer Lee.  I did not.

23      Q    Okay.  And to your knowledge, did Officer

24   Lee -- is he one of the four people in attachment 1?

25      A    I believe he is, but I don't know which one

CHARLES WALL  5/18/2020

1    of those individuals.  I couldn't clearly make him out

2    and I don't have any knowledge of which of those

3    individuals is Officer Trenton Lee.

4        Q    Okay.  Upon learning about this, did you

5    follow up with Officer Lee to get more detail?

6        A    I personally did not, no.  Officer Trenton

7    Lee is no longer with the department.  I believe he

8    may be currently in some type of federal law

9    enforcement capacity and I'm not sure where he works

10   out of.

11       Q    Okay.  But the -- obviously someone at the

12   City Counselor's Office was able to talk to him?

13       A    I believe so, yes.  That's my understanding.

14       Q    Do you know when this conversation with

15   lieutenant -- or with Trenton Lee happened?

16       A    I do not.

17       Q    Was it in the last week or two?  Months ago?

18       A    I believe it was several months ago.

19       Q    So in those several months, after this

20   deposition was noticed, you did not take it upon

21   yourself to interview Trenton Lee yourself?

22       A    No.

23       Q    Do -- do you understand that as a 30(b)(6)

24   designee, you have a duty to educate yourself on the

25   topics?

CHARLES WALL  5/18/2020

1          A     I do.

2          Q     Are you still in the -- in your role as --

3     working with the city counselor as a -- as a -- would

4     you say a liaison or...

5          A     That's one of my duties, yes.

6          Q     Is that your full-time role?

7          A     I wouldn't say it's my full-time role at

8     this time, no.

9          Q     What -- what are your -- what are your other

10    duties now?

11         A     I'm assigned to the Police Commissioner's

12    Office and I have other administrative tasks and

13    duties.

14         Q     When did -- when -- when did that happen?

15         A     November of last year.

16         Q     So you're -- you're no longer detailed with

17    the City Counselor's Office?

18         A     I still work with the City Counselor's

19    Office.  It's one of my duties.  But it's not my sole

20    duty at this time, no.

21                     (Exhibit 31, Video, was marked in a

22                      previous deposition and now identified

23                      for the record.)

24         Q     (By Mr. Wyrsch) So now I'm going to turn to

25    Exhibit 31, and just to preface that by noting the

CHARLES WALL  5/18/2020

1    response to interrogatory number 4, the defendant can

2    identify Lieutenant Allen who appears at the end of

3    the video with the pepper spray can, which he did not

4    deploy any pepper spray.

5             So with that in mind, let's -- you see

6    what's been marked as Exhibit 31?

7        A    Yes.

8                (The video was played.)

9        Q    (By Mr. Wyrsch) Stop when you see Lieutenant

10   Allen.

11       A    You can stop it.  I lost her, but she was in

12   the middle of the screen a second ago.

13                (The video was played.)

14       A    If you pause it there.  Move your pointer up

15   and to the left.  Further right, the officer with

16   the -- right there, yes.  That's Lieutenant Allen.

17            MR. WYRSCH:  Okay.  So we'll screen shot

18   that as Exhibit 186.

19                (Exhibit 186, Screen Shot, was marked

20                for identification.)

21                (The video was played.)

22       Q    (By Mr. Wyrsch) And you're saying that's

23   where she gets it out?

24       A    Yeah, you can see that she has it in her

25   hand.

CHARLES WALL  5/18/2020

```
 1        Q    And your position is that she didn't
 2   actually deploy any?
 3        A    Yes.  That's also her statement to me.
 4        Q    And just so we're clear, here is Plaintiff
 5   Thomas; correct?
 6        A    Correct.
 7        Q    And you still don't have any one of these
 8   people involved except for you think Lee might have
 9   been involved?
10        A    I'm sorry?
11        Q    You said you think -- based on a
12   conversation with the City Counselor's Office, you
13   think Lee might have been one of these four?
14        A    Yeah, it's my belief is that Lee is one of
15   those four, but I can't tell you which one.
16                  (The video was played.)
17                  (Exhibit 2, List of Officer Teams, was
18                   marked in a previous deposition and now
19                   identified for the record.)
20        Q    (By Mr. Wyrsch) And if I go to exhibit --
21   what we previously marked as Exhibit 2, we see Trenton
22   Lee is listed as a member of the South Patrol Team 1
23   Arrest Team; is that correct?
24        A    I can't see the exhibit, but that sounds
25   correct.
```

CHARLES WALL  5/18/2020

1      Q    Oh.  Am I off the exhibit now?  Sorry.  Let

2  me switch to Exhibit 2.  South Patrol Team 1, Lee?

3      A    Correct.

4      Q    So did you speak with the other members of

5  the South Patrol team -- arrest team to ascertain

6  whether they were -- also had their hands on Defendant

7  [sic] Thomas?

8      A    I did.

9      Q    And what was the response?

10      A    None of them could recall specifically if

11  they had any interaction with Mr. Thomas.

12      Q    So they don't admit or deny it, they just

13  don't recall it?

14      A    Correct.  It was my understanding in

15  speaking with them that they interacted with multiple

16  individuals and they couldn't recall specifically

17  interacting with Mr. Thomas.

18      Q    And did you present to them this video?

19      A    Yes.

20      Q    And still after seeing that video, they were

21  unable to tell you whether or not they were present in

22  that video?

23      A    Correct.

24           (The video was played.)

25           (Exhibit 32, Video, was marked in a

CHARLES WALL  5/18/2020

```
 1                    previous deposition and now identified

 2                    for the record.)

 3       Q    (By Mr. Wyrsch) Looking at Exhibit 32.

 4                    (The video was played.)

 5       Q    (By Mr. Wyrsch) Just -- just going back

 6   to -- do I understand correctly that the idea of the

 7   arrest teams was to send multiple, two or four people

 8   in together to effectuate an arrest?

 9       A    That's typically the way it functions, yes.

10       Q    So this behavior of having four people

11   around one person, is that consistent with an arrest

12   team?

13       A    The way CDT normally operates, yes.

14       Q    And would it be a logical inference that

15   Officer Lee was a member of the South Patrol arrest

16   team, the other people with him would be members of

17   the South Patrol arrest team?

18       A    It would be.

19       Q    Another way to say that, is that consistent

20   with the training for arrest teams, having the four

21   officers surrounding?

22            MR. LAIRD:  I'm going to object that asking

23   about the training to this corporate representative is

24   outside the scope of the topics that have been

25   propounded.
```

CHARLES WALL  5/18/2020

1              MR. WYRSCH:  I'm just trying to help

2      identify those people.

3              MR. LAIRD:  Subject to the objection, you

4      can answer.

5          **A    I'm sorry.  Could you repeat the question?**

6          **Q    (By Mr. Wyrsch) Having the four people**

7      **around the arrestee, is that consistent with the**

8      **training for arrest teams, to your knowledge?**

9              MR. LAIRD:  Same objection.

10         **A    Yes.**

11         **Q    (By Mr. Wyrsch) All right.  So switching**

12     **to --**

13             MR. WYRSCH:  You want to take a break now?

14     We're going to kind of switch topics a little bit.

15             MR. LAIRD:  I think that's probably a good

16     idea.

17             MR. WYRSCH:  All right.

18             VIDEOGRAPHER:  Off the record.  The time is

19     3:15.

20                 (Whereupon, a short break was taken.)

21             VIDEOGRAPHER:  Going back on the record.

22     The time is 3:31.

23         **Q    (By Mr. Wyrsch) Yeah.  Just a few follow-up**

24     **questions, what we just talked about.  With Officer**

25     **Ruffin who was the arresting officer listed for**

CHARLES WALL  5/18/2020

 1    Newbold.

 2         A    I believe so, yes.

 3         Q    I just want to clarify, did -- was he -- I

 4    mean, I believe you said he was -- he was just -- he

 5    was the hand-off to him.  So -- so was he not the

 6    person who was shown the video carrying Newbold out?

 7         A    I don't believe -- in going over the video

 8    with him, I don't believe that he could say whether or

 9    not that was him.

10         Q    He doesn't know one way or the other?

11         A    Correct.

12         Q    So on Bockskopf, as it relates to Baude,

13    he's not only listed as the arresting officer, he's

14    also listed as having recovered a weapon from him.

15    Are you aware of that?

16         A    I may have read that in the report at some

17    point, yeah.

18         Q    Do -- do you know how -- maybe listed on

19    the -- my understanding of your earlier testimony was

20    that Bockskopf was only a hand-off person for Baude.

21    He didn't seize him or zip tie him; correct?

22         A    Correct.  That's the understanding I have

23    from the conversation I had with him.

24         Q    Do you know if he searched Baude or how he

25    came to be listed as the -- do you know how Bockskopf

CHARLES WALL  5/18/2020

1    came -- came to be listed as, not only the arresting

2    officer, but also the one who seized a weapon from

3    him?

4        A    I do not.

5                (Exhibit 38, Video, was marked in a

6                previous deposition and now identified

7                for the record.)

8        Q    (By Mr. Wyrsch) All right.  Then I want to

9    direct your attention to Exhibit 38.  Do you recognize

10   Exhibit 38?

11       A    I do.

12       Q    All right.  So directing your attention

13   here, right in here.

14                (The video was played.)

15       Q    (By Mr. Wyrsch) And the officer that lifts,

16   that's Mr. Ortega?

17       A    Correct.

18       Q    Do you know who the officer is who lifted

19   him up from the ground?

20       A    I do not.

21       Q    Do you know whether that -- I believe you

22   listed Thacker as the one responsible for zip cuffing

23   him; correct?

24       A    Correct.

25       Q    Do you know whether or not that is Thacker?

CHARLES WALL  5/18/2020

```
 1      A    It doesn't appear to be, no.

 2      Q    Did you ask Thacker who that might be?

 3      A    I don't recall if I specifically asked him

 4  that, no.

 5      Q    Is there marking on the back of that helmet?

 6  Do you know what marking that belongs to?

 7      A    No.

 8      Q    Did you investigate --

 9      A    Yes.

10      Q    -- what marking that -- and you couldn't

11  figure it out?

12      A    Correct.

13              (The video was played.)

14      Q    (By Mr. Wyrsch) So I'm going to show you

15  what we marked as exhibit -- it's Exhibit 1 to the

16  deposition notice, which itself was exhibit -- the

17  first exhibit of the day which was 86?  Or 90?

18          MR. WYRSCH:  Could the court reporter remind

19  me?

20          REPORTER:  Sure.  97, I believe.

21      Q    (By Mr. Wyrsch) So this is the exhibit to

22  Exhibit 97.  And this is -- I'll represent to you

23  that -- as I'm sure you're aware, we've deposed a

24  number of sergeants and ascertained the location of

25  various teams throughout the night.  So I had
```

CHARLES WALL  5/18/2020

1    requested as part of this deposition notice to

2    understand where various teams were located the

3    evening September 17th.  Do you -- are you familiar

4    with that?

5         A    Yes.

6                   (Exhibit 1, Photograph, was marked in a

7                   previous deposition and now identified

8                   for the record.)

9         Q    (By Mr. Wyrsch) So maybe it would be

10   helpful.

11             All right.  I'm going to show you what --

12   I'm going to show you Exhibit 1, which is an aerial

13   photo of the incident.  Are you able today to tell me,

14   starting with North 1 Alpha, where North 1 Alpha was

15   located on the 17th?

16        A    Generally where my understanding of them to

17   be is, not -- you know, like I can't point to, say,

18   eight officers and say this is North 1 Alpha.  But I

19   can generally tell you that if you look at the team --

20   if, you know -- if you're oriented with this picture,

21   and you've done other depositions, you should be

22   familiar that North Patrol is the team on the north of

23   the intersection that goes from Escape St. Louis to

24   314.  And so if you kind of orient yourself to

25   understand that Escape is left, 314 is right, it's my

CHARLES WALL  5/18/2020

1    general understanding that North 1 Alpha is the

2    right-most team of that line.

3        Q    Okay.  Are you basing that on -- so -- so I

4    will tell you that I -- I have understood from

5    Officers Rossomanno and -- and a number of others that

6    that is how it was designed.  But in deposing those

7    other witnesses, it became evident that that's not how

8    it was actually implemented.  We found that various

9    teams were at different places that were -- was not in

10   line with the Alpha, Bravo, Charlie, Delta model.

11           So are you testifying about how it should

12   have been or how it actually was?

13       A    I guess, generally, correct, that's how it

14   should have been.  And I have spoken to officers that

15   were assigned to one of the North Patrol Alpha teams.

16   As I sit here right now, like, for instance, Officer

17   Henderson, who identified earlier in this deposition.

18   I spoke with him.  He identified himself.  He was a

19   member of the Alpha team and he was one of the

20   officers that was nearly up against the windows of the

21   314 building.

22           So I base that both on my general

23   understanding of how CDT normally operates, as well as

24   some of the statements that I've received from at

25   least some of the officers assigned to those teams.

CHARLES WALL  5/18/2020

1     Q    Okay.  So just -- just to understand then,

2   since we sent this list over a few weeks ago, have you

3   followed up with these folks to ask specifically where

4   they were or -- or are you basing it on your general

5   knowledge of it?  Like with the conversation you had

6   with Henderson, was that a few weeks or was that a

7   conversation a few months ago?

8     A    The conversation with Henderson is a

9   conversation I had several months ago.  I would say in

10  the last several weeks, I've read other depositions to

11  try and get a better understanding of it.  But it is

12  accurate to say that there is conflicting information.

13  In some instances, even within members of the same

14  element of the same team.

15    Q    Okay.  So -- so I'm going to show you what's

16  marked as Exhibit 2.  So, for example, Nick Henderson

17  was written in as a member of North Patrol Team 2

18  Alpha; is that right?

19    A    Correct.

20    Q    All right.  All right.  So going back to our

21  exhibit to deposition 97, deposition notice, the first

22  one was North Patrol Team 1 Alpha.  Do you know where

23  they were located on the night of -- not where they

24  should have been but where they were located?

25    A    Could you reference the roll call sheet

CHARLES WALL  5/18/2020

1    again?  Yeah.  So at the time that I did a lot of

2    these interviews, Sergeant Scott Weidler was out on

3    paternity leave.

4         Q    Okay.

5         A    It's my understanding that he has since

6    returned, but I haven't spoke with him because I

7    believe he returned -- it's my understanding that he

8    returned around the same time -- you know, like a

9    month and a half, two months ago, when we basically

10   weren't doing any face-to-face meetings anymore.

11             So I -- I have not personally met or spoken

12   with Sergeant Weidler other than to be informed that

13   he was on paternity leave.

14        Q    Okay.  So since we sent the list over of

15   Exhibit 1 to the 30(b)(6) with all the teams that we

16   were seeking information about, have you spoken with

17   anyone about where those teams were located the night

18   of the 17th?

19        A    Yes, I spoke with numerous people, again,

20   from all teams --

21        Q    In the last three weeks?

22        A    Oh, in the last three weeks?  I'm sorry, no.

23        Q    Yeah.  Okay.  So this is all conversations

24   you had months ago?

25        A    Correct.

CHARLES WALL 5/18/2020

1     Q    All right.  So I just want to go back here

2  and note that one of the topics in which you were

3  designated to testify were team assignments and

4  positioning -- this is topic 7 of Exhibit 97 -- team

5  assignments and positioning of SLMPD officers at or

6  after 10:30 p.m. on September 17, 2017, including, but

7  not limited to:

8          Where (as precisely is practical), in or

9  nearby the intersection of Tucker and Washington the

10 teams of SLMPD officers identified in Exhibit 1 were

11 stationed from 10:30 until those arrested and

12 transport.

13         And that was sent over to the City the end

14 of April and you have not made any extra effort to

15 contact any of those teams; is that correct?

16     A    Again, I've -- since that time, I've gone

17 over some other depositions that have occurred in the

18 interim.  But I myself have not -- I've spoken with a

19 handful of individuals assigned to different units.

20 I've spoken with all kinds of people as it relates to

21 this; so --

22     Q    But not in the last few weeks?

23     A    No.  I -- I -- in the last few weeks as

24 well.  Like, for instance, I can tell you that the

25 bicycle response team was primarily on the east side

CHARLES WALL  5/18/2020

Page 164

1   of the intersection; however, there was an element of

2   Sergeant Marks' squad, along with Lieutenant Boyer,

3   that wound up behind the North Patrol line on the

4   north side.

5           And, again, generally, I have a general or

6   practical understanding of where the teams were.  But,

7   again, in all the conversations that I've had with

8   individuals, and even in going over some of the

9   depositions, as you've conducted them, I think it's

10  clear that there is conflicting information even

11  within those teams.

12      Q    Right.  And -- and I appreciate that.  The

13  problem with going through the depositions is we --

14  these are the people we didn't depose.  And -- and so

15  that's why we were designating you to be able to talk

16  about those people because that was the agreement that

17  was struck.

18      A    So, I mean, if we want to go down this list,

19  if you feel that that would be helpful, I was not able

20  to speak with Sergeant Weidler due to his paternity

21  leave.

22      Q    Okay.

23      A    I spoke with Sergeant Neal --

24      Q    All right.

25      A    -- who, just speaking bluntly, is an older

CHARLES WALL  5/18/2020

1    gentleman who works on night watch.  It was his

2    recollection that this whole event was one big blur

3    and he couldn't get into any specifics as it related

4    to any one incident because it was all a big blur to

5    him.

6              I've gone over the conversation that I had

7    with Sergeant Long.  It's my understanding that his

8    squad was on the North Patrol line closer to the 314

9    building, maybe not directly up against the building,

10   but a team or two, I guess if you want to describe it,

11   west of that.

12        Q    All right.  Well -- well, talk -- let's go

13   on Neal.  Hold on.  On Neal, did you -- did you -- did

14   you speak with anyone else on North 1 Bravo just to

15   try to get a better memory?

16        A    I believe I did, but as I -- I mean, if --

17   if you want to reference the roll call sheet, I can

18   tell you if there's any officers' names that I

19   specifically recall speaking with.

20        Q    We're -- North 1 Bravo.  Are you able to

21   read that?

22        A    Yes, I am.  In looking at those names, I

23   can't specifically recall if I spoke with any of those

24   officers.

25        Q    Okay.  And you certainly haven't spoken with

CHARLES WALL  5/18/2020

1     any of them in the last few weeks?

2         A     Correct.

3         Q     All right.  You were talking about Long and

4     North 2 Bravo.  What -- what were you telling me?

5         A     What my understanding where that team was

6     positioned.  So I...

7         Q     Go ahead.

8         A     Just that they were on the North Patrol line

9     close to the 314 building, maybe approximately where

10    the sidewalk ends and the street begins.

11        Q     Okay.  So -- so where they were supposed to

12    be?

13        A     That's my understanding, yes.

14        Q     Okay.  Now --

15              MR. LAIRD:  Can we take like a five-minute

16    break?

17              MR. WYRSCH:  Sure.

18              VIDEOGRAPHER:  Going off the record.  The

19    time is 3:50.

20                  (Whereupon, a short break was taken.)

21              VIDEOGRAPHER:  All right.  Going back on the

22    record.  The time is 3:59.

23        Q     (By Mr. Wyrsch) Okay.  Anything you need to

24    clarify or change?

25        A     Just to clarify that, I guess, you know, I

CHARLES WALL 5/18/2020

```
 1    had done a lot of the trying to locate where the teams

 2    were within the intersection.  All that work had been

 3    done prior to three weeks ago.  I can approximately

 4    tell you where those teams were.  But, again, you

 5    know, I'm getting some of the same information that

 6    you've gotten in depositions that is kind of

 7    conflicting, and what we're not able to do is -- is

 8    precisely pinpoint who was exactly where.

 9         Q    Okay.  I hear that, but, I guess, you

10    know -- what you've also told me, though, correct,

11    that you haven't done anything in the last few weeks

12    when you got my specific list to make sure that you

13    had the information you needed; correct?

14         A    I didn't believe that much had changed.  The

15    information was largely the same.  I did speak with

16    some individuals via the phone, but in the past three

17    weeks, I haven't been able to meet with anyone or go

18    over video with anyone.  But, again, this is all

19    things that largely was done beforehand.  Again, this

20    deposition was originally scheduled to go, I think, in

21    March.

22         Q    Okay.  Well, let's just go back to the list.

23    Officer -- or South Patrol 1 Alpha.  This is one I'll

24    tell you, which I'm sure you read the deposition, was

25    one where the sergeant in charge couldn't tell me
```

CHARLES WALL  5/18/2020

Page 168

1    where his men were and that's why it's on this list.

2         A    And is that Sergeant Mandle?

3         Q    Yeah.

4         A    Okay.

5         Q    So do you know what happened to his men?

6         A    Can you reference the roll call sheet again

7    for his team?

8         Q    Sure.  I'll go back to Exhibit 2.  South 1

9    Alpha.  Have you been able to look at it?

10        A    It's not showing on my screen.

11        Q    Sorry.

12        A    So my recollection in having conversations

13   with several of the officers on that list is that they

14   were generally where you would expect them to be based

15   on the way CDT orients itself, that they would be on

16   the south side of the intersection there closer to the

17   west side or that fenced-in parking lot on the west

18   side.

19        Q    Okay.  Okay.  And next on South 2 Bravo,

20   Sergeant Lankford?

21        A    Yeah.  So, again, approximately they would

22   have been, it's my understanding, kind of in the -- on

23   the south side with the South Patrol team, but kind of

24   in the middle of Tucker, if you will.

25        Q    Okay.  North 2 Charlie, Clark?

CHARLES WALL  5/18/2020

1      A    I know Sergeant Clark has been on extended

2  military leave.  I wasn't able to speak with him.  And

3  I can't recall -- I mean, a couple of those names jump

4  out at me, but I can't recall specifically if they

5  were able to tell me where -- where they were

6  physically located.

7           I believe that in speaking with Sergeant

8  Haug and his squad, that he indicated that he was

9  closest to the Escape -- St. Louis Escape there on the

10  west side of the intersection.  And I believe in

11  speaking to them, they -- they thought that it was

12  elements of the Charlie team that were immediately,

13  from their perspective, to their left.

14      Q    Okay.  South 2 Charlie?

15      A    And is that Sergeant Carretero's squad?

16      Q    Yes.

17      A    So I believe that they were -- and it's --

18  it's an approximation -- but kind of in the middle of

19  the northbound lanes, if that makes sense, of Tucker.

20      Q    And what are you basing that on?

21      A    Just from conversations that I remember

22  having with possibly Officer Bramley and maybe -- I

23  know Bramley for sure.  I can't recall any other names

24  at this point.

25      Q    Okay.  You, South 2 Delta?

CHARLES WALL  5/18/2020

 1      **A**    So I believe we were the furthest right

 2   squad.  I -- I specifically remember -- if you

 3   reference that overhead view, you'll see that silver

 4   sedan.

 5      **Q**    Okay.

 6      **A**    I remember that silver sedan being either

 7   directly or very closely directly in front of my team,

 8   and I don't remember having another element to our

 9   right, but if we did -- I'm sorry?

10      **Q**    You're referring to this car here?

11      **A**    Correct.  So I guess prior to when we moved

12   further into the intersection, I -- I guess before

13   that car comes to a stop, I specifically remember it

14   kind of being directly in front of us.

15      **Q**    You were over here?

16      **A**    Correct.  And so I -- I don't believe -- I

17   don't believe there was another element to our right.

18   I believe we were the right-most element.

19      **Q**    Did any members of your team go in to make

20   arrests?

21      **A**    No.

22      **Q**    Of -- of all the people you've spoken about

23   thus far, North 1 Alpha, North 1 Bravo, North 2 Bravo,

24   South 1 Alpha, South 2 Bravo, all the ones that you've

25   discussed to this point, did any of them become arrest

CHARLES WALL  5/18/2020

```
 1    teams?

 2         A    Not to my knowledge, no.

 3         Q    Central 1 Alpha has --

 4         A    Is that Sergeant Nizick's squad?

 5         Q    Yes.

 6         A    It's my understanding that they were on

 7    Washington.  If they weren't the left-most team, there

 8    was maybe only one team to their left, but they were

 9    very close to the Escape St. Louis as they came down.

10         Q    Do you know if any of those team members

11    were involved in making arrests?

12         A    Not to my knowledge, no.

13         Q    Central 1 Bravo, Roy?

14         A    I'm sorry?

15         Q    Sergeant Roy, Central 1 Bravo?

16         A    I can't recall where that team may have been

17    positioned.

18         Q    Central 1 Charlie, Laschober?

19         A    So it's my understanding in speaking with --

20    and I can't -- I'm only seeing the overhead view right

21    now.  I can't see which squads are on the sheet or on

22    the -- the supplement that you had -- but it's my

23    understanding that Laschober, there's also Wiener and

24    Binz, kind of all recall their teams kind of being in

25    the middle of that Central Patrol line.  And I know
```

CHARLES WALL 5/18/2020

1    that they come from different Central Patrol teams,

2    but that was their recollection.

3         Q    I'm sorry.  Binz and who?  Who are they

4    with?

5         A    So the Sergeants Laschober, Carolyn Wiener,

6    and Michael Binz --

7         Q    Okay.

8         A    -- I believe also maybe Sergeant Kelly

9    Fischer --

10        Q    So Wiener is Central 2 Alpha; Binz is

11   Central 2 Charlie?

12        A    Yeah.  And Fischer, Central 2 Bravo.

13        Q    Okay.

14        A    That they all kind of recall being in close

15   proximity of one another and -- and approximately in

16   kind of what you would classify as the central -- like

17   the center of that line.

18        Q    Okay.  Do you know if any of them were

19   involved in making arrests?

20        A    I don't believe so, no.  Not to my

21   knowledge.

22        Q    So we covered Bergmann, Central 1 Delta?

23        A    I believe -- no, I can't recall.  I know

24   that -- as you can see there, a lot of his team was

25   missing that day.  I -- I can't specifically recall

CHARLES WALL  5/18/2020

 1   if -- I can't recall where his team may have been or

 2   if he even had a team or if his team was kind of

 3   absorbed into another element.  I -- I -- I can't

 4   recall.

 5        Q    Okay.  So I want to go back to the -- your

 6   mention of Mandle.  One of -- you -- you testified

 7   earlier that where Mandle, he was, and mentioned that

 8   you didn't think they were part of the arrest team.

 9   One thing that struck me about Mandle was if you look

10   at the police report, the Officer Claus who's written

11   in there over Whitworth?

12        A    Correct.

13        Q    Davis, Fanz, McDonnell, Rogers, are all

14   listed as arresting officers in the police report?

15        A    Yes.

16        Q    Do you know why they happen to have so many

17   members of their team listed as arresting officers?

18        A    It's my understanding that because there

19   wasn't really anything occurring where they were

20   positioned, for one reason or another that I -- I -- I

21   can't explain why, but arrestees were handed off to

22   them to be conveyed back to the hand-off and the

23   documentation teams.

24        Q    Okay.  And then similar, North Patrol 2

25   Bravo, which was Long.  They've got Officers --

CHARLES WALL  5/18/2020

 1    Officers EerNisse, E-e-r-i -- sorry --

 2    E-e-r-N-i-s-s-e, Matthew, Officer Gaddis, who we

 3    previously talked about, Officer Patton, Officer

 4    Simon, and Sergeant Long -- or not Long -- Hines,

 5    EerNisse, Gaddis, Patton, and Simon were all listed as

 6    arresting officers.  Do you know why so many members

 7    of that team?

 8         A    I -- I don't specifically know, but just

 9    based on my understanding of where they were

10    positioned, because they were kind of closer to that

11    314 building, it's my estimation that because of where

12    they were in proximity, people being taken to the

13    north were just handed off to them because of

14    approximately where they were located.

15         Q    All right.  So we got Bergmann, Walters with

16    Central 1 arrest.  I'm assuming they were involved

17    with arrests?

18         A    I believe eventually they became involved

19    with arrests.  In speaking with Sergeant Walters,

20    essentially he allowed Sergeant Wozniak's arrest team

21    to go in first and make arrests.  And then once it was

22    evident that there were far more people that needed to

23    be arrested, and I guess Sergeant Wozniak's team had

24    become, I guess, preoccupied with those arrests, at

25    some point eventually, Sergeant Walters brought his

CHARLES WALL  5/18/2020

1    team in.  But he seemed to indicate to me that his

2    team only made very few arrests.  I think he

3    categorized it as maybe as few as two.

4        Q    Okay.  Why -- why would they have held them

5    back?

6        A    I -- I don't know why Sergeant Walters

7    elected to do that with his team.  He -- he indicated

8    that he told his team to stand back until they were

9    needed.  And then at some point, he elected to send

10   them in.

11       Q    Okay.  And then we already talked about

12   Wiener, Fischer, and Binz.  How about Central 2 Delta,

13   McQuillen.  Looks like McQuillen was scratched out.

14   Do you know who was leading Delta that night?

15       A    That -- that may clarify things.  That may

16   have been Sergeant Bergmann.  Their two squads may

17   have been put together because Sergeant McQuillen was

18   injured.  And I believe they may be an element of the

19   Central Patrol line that's kind of curving at the

20   bottom, for lack of a better term there.

21       Q    Okay.  And then Central 2 arrest, Wozniak?

22       A    Yeah.  They were the first arrest team from

23   Central Patrol to go in.  And I -- I think that they

24   were involved in the majority of the arrests that were

25   conducted by the Central Patrol teams.

CHARLES WALL  5/18/2020

1      Q    Okay.  The -- what -- what were the duties

2  of these other teams?  We've got documentation team 1

3  and 2.  I mean, I -- I think some of those are pretty

4  plain that they were involved in documentation.

5      A    Correct.  So both documentation teams wound

6  up advancing with the South Patrol and Central Patrol

7  teams.  And so they were both positioned to the south

8  of the intersection and that's why both documentation

9  videos appear from a very similar angle.

10     Q    Okay.  And then you mentioned the BRT team.

11  I -- I call it north, or the sort of second team led

12  by Officer...

13     A    It would have been Sergeant Michael Marks'

14  squad.

15     Q    And do you know why they end up on the north

16  side?

17     A    I believe Lieutenant Boyer explained it that

18  he wanted to make sure there wasn't anybody behind

19  them and he wanted to, you know, offer any assistance

20  that they needed with the arrests that were going that

21  way, as well as ensure that no one came from behind

22  their position.

23     Q    Okay.  And did they -- did they end up

24  getting involved in arrests?

25     A    It's my understanding that that element of

CHARLES WALL  5/18/2020

1   the BRT didn't -- they weren't involved in, I guess,

2   the initial arrest, if you want to refer it to that

3   way, but they did become involved in kind of the --

4   the handing off or the daisy chaining of arrestees.

5        Q    Okay.  And then what -- what was the role of

6   all of the mobile reserve SWAT team members that

7   night?

8        A    So you'll see they're the officers in the

9   middle of the intersection that -- you'll see some of

10  them with the orange shotguns and some of them

11  actually have lethal long guns.  It's my understanding

12  that their role was kind of perimeter security to

13  address any -- any situations that may arise requiring

14  the use of either less lethal or lethal force.

15       Q    But they didn't actually -- I mean, a lot --

16  I mean, we have a lot of testimony about, for example,

17  Officer Busso and -- and Officer Coats.  I mean, if

18  they're supposed to be perimeter, why were they in the

19  middle of things?

20       A    You would have to ask those officers.

21       Q    And then the special ops unit, what was

22  their role that night?

23       A    I believe generally their role was kind of

24  like an exterior perimeter security and like a quick

25  reaction unit.  How they came to be involved in the

CHARLES WALL  5/18/2020

1   arrest that evening, it's my understanding in speaking

2   to some of those commanders that, I guess, the -- it

3   was evident that there was going to be more arrests

4   taking place than the arrest teams could facilitate

5   themselves and the special operations units then kind

6   of went in to assist with the arrests.

7        Q    Okay.  Do you know who made that decision?

8        A    I do not.  I've spoken with several of the

9   lieutenants, but they couldn't specifically say if --

10   if that was a directive that was given to them and who

11   it was given from.  But it was something that trickled

12   down through their chain of command.

13        Q    And -- and you -- earlier when I asked you

14   about Officer Busso, you -- you said I would have to

15   ask them about Officer Busso and Officer...

16        A    Well, for instance, I know Officer Busso was

17   addressing what he's observed to be a primary safety

18   concern.  But I -- I have not spoken with Officer

19   Coats.

20        Q    Okay.  Okay.  You've never spoken with

21   Officer Coats?

22        A    I have not.  He's no longer with the

23   department.  I have not spoken with him.

24        Q    And did you -- did you speak to anyone who's

25   no longer with the department?

CHARLES WALL  5/18/2020

```
 1      A    I believe I spoke with a handful of officers
 2  that are no longer on the department.
 3      Q    I'm a little -- help me understand why them
 4  not being with the department means that you don't
 5  talk to them?
 6      A    Specifically in the case of Officer Coats, I
 7  can't recall if I didn't have good contact information
 8  or if -- I can't recall specifically why I spoke with
 9  some officers who are no longer with the department
10  and why I didn't speak with others.  I can't say.
11      Q    There have been a number of officers that we
12  know either had hands on, like Officer Coats, or were
13  listed as arresting officers that today you've said
14  that you simply didn't talk to because they no longer
15  were in the -- on the department.
16           I'm not trying to be glib, but you guys are
17  a police department.  One of the things you guys are
18  really good at is finding people.  So I'm trying to
19  understand why you didn't make an effort in all this
20  time to talk to those people?
21           MR. LAIRD:  I'm going to object to this and
22  argue -- this question is outside the scope and
23  argumentative.
24      Q    (By Mr. Wyrsch) Go ahead and answer.
25      A    I think in the case of Officer Coats, his
```

CHARLES WALL  5/18/2020

 1   identity wasn't in question.  I guess in my

 2   estimation, I wasn't sure what would be gained in

 3   speaking to him.  I was -- for the purposes of

 4   identifying him, he was identified.

 5       Q    But your role in this is not just to

 6   conduct, you know -- identify people, but also to

 7   conduct an investigation; correct?

 8            MR. LAIRD:  Objection.  I'm going to --

 9   objection to that question as it's outside the scope

10   of the topics that are presented.  This is a

11   deposition under the John Doe identification portion

12   of the discovery.  No need, Sergeant Wall, to answer

13   that question.  He said he could make an

14   identification.

15       Q    (By Mr. Wyrsch) Would you agree with me that

16   Officer Coats potentially could have identified other

17   people who were involved in arrests?

18            MR. LAIRD:  I'm going to object as it calls

19   for speculation.

20       Q    (By Mr. Wyrsch) Well, we've seen the video.

21   You know where Officer Coats is in the middle of -- of

22   the arrests; correct?

23       A    Of which arrests?

24       Q    The mass of arrests that were going on at

25   the corner of Washington and Tucker.  I mean, the

CHARLES WALL  5/18/2020

1    video that we saw with Officer Coats zip tieing one of

2    our clients, I mean, he's -- he's right in the middle

3    of the scrum; right?

4        A    Yes.

5        Q    Okay.  So wouldn't it be reasonable to -- to

6    ask him whether or not he knew of other people or

7    could identify other people?

8            MR. LAIRD:  I'm going to object to the

9    question as argumentative and calls for speculation.

10       Q    (By Mr. Wyrsch) Please answer.

11       A    I don't know what Officer Coats would have

12   been able to add.

13       Q    Right.  But if you had talked to him, you

14   could have found that out; right?

15       A    Possibly.

16       Q    So every -- every officer that you have

17   identified, have you -- I think you confirmed that you

18   didn't personally speak with all those officers; is

19   that correct?

20       A    Correct.

21       Q    Would you -- could you give me a percentage

22   to how many of the officers that you specifically

23   identified today that you did speak with?

24       A    If I was to speculate, 90.

25       Q    All right.  Besides Officer Lee and Officer

CHARLES WALL  5/18/2020

```
 1    Coats, which officers that we've discussed today have

 2    you not talked to?

 3         A    Officers that I've identified today?

 4         Q    Yes.

 5         A    That I have not spoken with?  Those are the

 6    only two that come to mind.

 7         Q    Well, I think we also mentioned Officer

 8    Chamblin today was an arresting officer that you

 9    didn't speak with?

10         A    Right.  But did I identify him in any video?

11    I -- I guess I was understanding your question to mean

12    officers that I identified in some exhibits today.

13         Q    That's fair.  So -- so of the -- of the

14    people that you identified in exhibits, whether video

15    or interrogatories, the only two that you have not

16    spoken to are Coats and -- my mind is blanking.

17    Sorry, it's late.  Who was the other -- who was the

18    second one?

19         A    Did you say Chamblin?

20         Q    No, Coats and Lee.  Lee.

21         A    Lee.  Oh, yes.  I guess if you're going to

22    include the interrogatories, then you could throw

23    Chamblin into that mix.

24         Q    Okay.  Anyone -- any other arresting

25    officers that you did not interview personally?
```

CHARLES WALL  5/18/2020

Page 183

 1      A    Not that I can recall, no.

 2      Q    Which supervisors did you speak with in

 3   preparing for the deposition?

 4      A    Nearly all of them.  With this list, I think

 5   the only supervisors that I didn't personally speak

 6   with were Weidler, Neal, Clark, and Carretero.  And

 7   maybe McQuillen because he was injured.

 8      Q    So earlier I thought you said you spoke with

 9   Neal but that he was --

10      A    I'm sorry, yes.  I didn't meet personally

11   with Neal.  I did speak very briefly on the phone and

12   I guess you could include Weidler in that.  I spoke

13   with him.  He advised me that he was on paternity

14   leave and not -- would not be available to speak or

15   meet with me until he returned to regular duty.  I did

16   have a brief phone conversation with Neal.

17           So the only individuals that I haven't

18   spoken with in any capacity would be Clark, Carretero,

19   and I believe McQuillen.

20      Q    Okay.  And does that go for the other

21   sergeants on the roll call?

22      A    I mean, we can go down the list and I can

23   tell you if anybody else jumps out that I -- I haven't

24   personally spoken to.  I believe I've spoken to all

25   the sergeants there.  Yes.  I haven't spoken with

CHARLES WALL  5/18/2020

1    Sergeant Roy.  I believe I've spoken with all the

2    others on that sheet.

3            I -- again, Sergeant Weidler and Sergeant

4    Neal appear there, but I've spoken with Sergeant

5    Caruso, Sergeant Nijkamp, Sergeant Mack, Sergeant

6    Lammert, Lankford.  I haven't spoken with Carretero.

7            I have spoken with Sergeant Valentine,

8    Sergeant Wiener, Sergeant Fischer, Sergeant Binz.

9    Again, Sergeant McQuillen isn't present.  Sergeant

10   Wozniak.  I haven't spoken with Sergeant Clark.  I

11   didn't speak with Sergeant Hill because as indicated

12   on the sheet, he wasn't present that day.

13           And then getting into the -- the booking and

14   the hand-off teams, I've spoken with Sergeant

15   Hellmeier.  I've spoken with Sergeant Johnson.  I have

16   not spoken with Hickman or McLaughlin.

17       Q    That's fine.

18       A    Okay.

19       Q    What about lieutenants?

20       A    Yes, I spoke with Lieutenant Boyer,

21   Lieutenant Chitwood, Lieutenant Mayo, Lieutenant

22   Allen, Lieutenant Marks.  I believe the only -- I

23   believe at some point, I had a phone conversation with

24   Lieutenant Kiphart who's no longer on the department.

25       Q    And I don't recall, did he -- did he admit

CHARLES WALL  5/18/2020

1    during the conversation to using the pepper spray?

2        A    I know it's documented in the police report.

3    I -- I can't specifically recall if -- if he -- if

4    that was discussed on the phone conversation that we

5    had, but I believe so.

6        Q    All right.  Do you remember when Kiphart

7    left?

8        A    I could find the exact date for you.  I

9    believe it was at some point in 2018.

10       Q    Okay.  Did you review any text messages

11   between officers in preparation for the deposition?

12       A    I did not, no.

13       Q    To your knowledge, does the City issue cell

14   phones to officers or supervisors?

15       A    Some.

16       Q    Who -- who -- do -- do you know which --

17   which officers receive them?

18       A    It's my understanding that certain

19   supervisors and commanders of certain specialized

20   units.  Possibly certain detectives.  But it's not

21   something that's issued to everyone, no.

22       Q    Do did you inquire whether anyone involved

23   in the evening's events used those phones to

24   communicate via text?

25       A    Me personally?  I think I asked maybe some

CHARLES WALL  5/18/2020

1   of the officers that I met with, but I -- I did not

2   ask everyone, no.

3       Q    What about just any of the officers with the

4   SLMPD phones?

5       A    I believe there was a department-wide

6   correspondence that went out asking about that, but I

7   did not personally handle that.

8       Q    For -- for all of our -- the John Does who

9   were not identified, if you were to go about the

10  business of trying to determine who those officers

11  were, what would you do?

12      A    Short of what I've already done, I don't

13  know.

14      Q    Are -- are -- I mean, there are certainly

15  other officers that could be talked to.  Are there any

16  other resources you could use?

17      A    Short of just going down the list and

18  individually meeting with every single officer on --

19  on the sheet that's here in front of me or the -- the

20  operations plan, I -- I don't know.

21      Q    Are there any measures you can think of that

22  could identify who the officer is you considered but

23  rejected due to the time or expense it would take?

24      A    I think meeting with every single officer.

25      Q    Have you advised on the feasibility of any

CHARLES WALL  5/18/2020

1    requests made by plaintiffs for a specific effort to

2    identify John Does?

3        A    I'm not sure I understand the question.

4        Q    Have you been asked to look at some of the

5    requests to find John Does and discuss whether or not

6    those are feasible?

7        A    Yes.

8        Q    Which ones are those?

9        A    Maybe all of them.

10       Q    And what was your response?

11       A    All of them.

12       Q    Were not feasible?

13       A    Oh, I'm sorry.  No, I've been asked to

14   provide input on all of the requests.  As I sit here

15   right now, I can't recall specifically what requests I

16   may have advised were not feasible.  If I -- if I

17   advised that on any, I can't recall.

18       Q    Do you know what instruction went to SLMPD

19   officers regarding whether they have to be

20   individually identifiable while on duty?

21       A    I know that every officer was instructed to

22   wear a nametag.  Short of that, I don't know -- I

23   mean, I know that they were instructed as to what

24   uniform to wear.  But short of wearing a nametag, I --

25   I don't know what other direction they had been given.

CHARLES WALL  5/18/2020

1      Q    And how were they instructed to get -- wear

2  nametags?

3      A    The nametag was to be worn on your

4  outer-most garment, clearly visible.

5      Q    How was that instruction conveyed to them?

6      A    I don't specifically recall.

7      Q    Do you remember if it was in writing or

8  oral?

9      A    It may have been both, but I -- I don't

10  specifically recall.

11      Q    Generally speaking, in a standard arrest of

12  one person, how does St. Louis Metropolitan Police

13  Department know which officer or officers were

14  involved?

15      A    Generally?  Just a general arrest?

16      Q    Yeah.

17      A    The arresting officer documents that in

18  their report.

19      Q    Do they complete a statement or a report on

20  the -- on the arrest?

21      A    I think that that would be accurate to say,

22  yes.

23      Q    Is that submitted in I/LEADS?

24      A    That is our current report writing system,

25  yes.

CHARLES WALL  5/18/2020

1     **Q     Is that the report writing system on**
2  **September 17, 2017?**
3     **A     It was.**
4     **Q     All the officers who made arrests that night**
5  **complete reports of the arrests that they made?**
6     **A     No, but that -- there was a different**
7  **protocol set in place for that detail.**
8     **Q     And who set that protocol?**
9     **A     I don't know.**
10    **Q     Was that a written protocol?**
11    **A     It may be outlined in the operations plan.**
12 **I don't recall specifically if it was conveyed in**
13 **writing or orally.  And, again, it may be in the**
14 **operations plan itself, but I -- I don't recall.**
15    **Q     Do you know who was responsible for ensuring**
16 **officers submitted reports on their use of force?**
17    **A     I don't know that there was any one person.**
18 **Possibly each officer's assigned supervisor.**
19    **Q     Well, gen- -- generally, what -- what -- so**
20 **if an officer uses force, what is -- what are the --**
21 **how are they supposed to convey -- are they supposed**
22 **to report that?**
23        MR. LAIRD:  Objection to the question as
24 outside the scope.  You can answer.
25    **A     It's documented in the I/LEADS report.**

CHARLES WALL  5/18/2020

1     Q    (By Mr. Wyrsch) And in this case, I think

2  you've already said that individual officers did not

3  document their own uses of force in the I/LEADS

4  report; right?  Do -- do you know -- so you're saying

5  it was the supervisors who were responsible for making

6  sure those got submitted?

7     A    I don't know exactly how.  It's my

8  understanding that if an officer had an incident of

9  use of force, that they would ensure that the officer

10  that was assigned to be the report writing officer for

11  that incident was provided with some type of statement

12  regarding that use of force so that it could be put

13  into the report.

14     Q    Did you see any uses of force in the video

15  which were not captured in the report?

16          MR. LAIRD:  Objection.  Outside the scope.

17  Answer.

18     A    I don't believe so, no.

19     Q    (By Mr. Wyrsch) In the videos, SWAT officers

20  appear to have names written on the back of their

21  helmets.  Do you know why that is?

22     A    I believe that's just something that that

23  unit does.  I'm not exactly sure why.  I don't know if

24  it's for safety reasons or for easy identification

25  during their normal day-to-day duties.  That's just

CHARLES WALL  5/18/2020

1    something that that unit does.

2        Q    Do you know who was operating the Real Time

3    Crime Center cameras that night?

4            MR. LAIRD:  Objection.  Outside the scope.

5    You can answer.

6        A    Specifically that night, no, I can't recall.

7        Q    (By Mr. Wyrsch) In topic 7, there was a

8    question about -- and I think there's been some

9    conflicting testimony, but just to try to nail it

10   down.  Do I understand correctly that as a -- the --

11   the kettling event or the mass arrest event around

12   11:30, at that point, no officers from St. Louis

13   County or Missouri State Highway Patrol were -- were

14   involved?

15       A    I believe that that would be accurate.  From

16   my review of things, I don't believe that the highway

17   patrol was present at all.  And I believe at some

18   point, an element of the St. Louis County CDT came,

19   but they were east of the BRT line that was on the

20   east, just to make sure that nobody came up behind

21   them.  But they had nothing to do with the arrests

22   itself.

23       Q    I think like an hour or two before the

24   arrest, there was a point where county officers did

25   line up on -- on Tucker; right?

CHARLES WALL 5/18/2020

1      A      That may be accurate, yes.

2      Q      But -- but at this time, there were no
3   county officers involved, other than backup?

4      A      Correct.

5      Q      So as far as hands-on and making arrests, it
6   was all St. Louis Metropolitan Police Department?

7      A      Correct.

8      Q      Besides the use of pepper spray that we've
9   already discussed that were documented in the police
10  report, have you -- are you aware of any other
11  officers who used police report -- who used pepper
12  spray that night during the mass arrest that were not
13  documented?

14     A      Not to my knowledge, no.

15            MR. WYRSCH:  All right.  Let's jump off real
16  quick and we'll try to wrap this up.

17            VIDEOGRAPHER:  Off the record?

18            MR. WYRSCH:  Yes, please.

19            VIDEOGRAPHER:  All right.  Going off the
20  record.  The time is 4:47.

21            (Whereupon, a short break was taken.)

22            VIDEOGRAPHER:  Going back on the record.
23  The time is 4:54.

24     Q      (By Mr. Wyrsch) Okay.  Just a few wrap-up
25  questions.  One, when you -- well, tell me, when you

CHARLES WALL  5/18/2020

1   were interviewing these -- these various officers to

2   get information about identification of the John Does,

3   tell me your process.  I know sometimes it was in

4   person, sometimes on the phone, but, you know, would

5   you record it?

6       A   No.

7       Q   Would you -- you said you took notes?

8       A   On some occasions.

9       Q   And sometimes you didn't?

10      A   I think that would be accurate.

11      Q   Okay.  What -- what -- was -- was all of

12  this in preparation for this deposition and the

13  interrogatories or was it separate and apart?  I'm

14  just trying to understand what happened.

15      A   In some instances both.

16      Q   Okay.  And you didn't think it was important

17  to take notes?

18          MR. LAIRD:  Objection.  Argumentative.

19      Q   (By Mr. Wyrsch) Go ahead and answer.

20      A   I can't recall specifically in what

21  instances I took notes and what instances I didn't.

22  Or specifically -- I know on some occasions I took

23  notes when I felt that it was appropriate.  In other

24  occasions -- in other occasions, I didn't when I

25  didn't think it was necessary.

CHARLES WALL  5/18/2020

1    Q    What -- what would be a reason that you
2  thought it was appropriate to take notes?
3    A    I can't think of any specific examples.  If
4  something was noteworthy, I would take notes.
5    Q    Okay.  What is noteworthy to you?
6    A    Of importance.
7    Q    That is a definition.  Can you give me
8  examples of what you think was important enough to
9  take notes on?
10   A    I guess if an officer identified themselves
11 as doing something of significance or anything
12 involving, I guess, one of these cases, I probably
13 took notes on that.  And if there wasn't really
14 anything that they were providing of any significance
15 or importance, I certainly wouldn't have taken any
16 notes on that.
17   Q    I mean, how -- how many people do you think
18 you spoke to in doing this investigation?
19   A    Many.  Again, dozens and dozens of
20 individuals.
21   Q    More than 20?
22   A    Probably.
23   Q    More than 30?
24   A    Probably.
25   Q    Okay.  Are you -- I mean, you feel confident

CHARLES WALL  5/18/2020

 1   you can remember all the details of over 30 interviews

 2   of people?

 3       A    Not every interview was of any significance

 4   or value.

 5       Q    Is -- is -- I know that this was -- you

 6   talked a few times about how this was interrupted by

 7   the quarantine and lockdown.  Is there -- are you --

 8   are you -- is there still a plan to keep working on

 9   identifying these people or -- or are you considered

10   your job to be done at this point?

11       A    I guess if any new information comes to

12   light, I would certainly follow up on it.  But to this

13   point, I've identified everybody that I can identify.

14   And the remaining individuals at this time with the

15   information that I have I'm not able to identify.

16       Q    But you don't have any current plans to do

17   any further investigation into the identity of these

18   folks?

19       A    Unless I receive some new information.

20       Q    And just to be clear, though, you've talked

21   about that the coronavirus has prevented you from

22   meeting in person with people.  The police department

23   is still functioning; correct?

24       A    The patrol function is by and large the

25   same, but more administrative functions have been

CHARLES WALL  5/18/2020

1    reduced.

2        Q    Okay.  Are they not working or are they just

3    working from home?

4        A    We have individuals that are working

5    remotely, myself included.

6        Q    Are you aware of any officers who you

7    weren't able to speak to that we talked about earlier

8    who are -- other than the ones who left the

9    department -- who are -- could have been furloughed

10   or -- or are they all on active duty?

11       A    I'm not aware of anyone that's been

12   furloughed.  But, again, not much has changed in the

13   last three weeks.  The majority of the work that was

14   done in the preparation of this deposition was done

15   prior to coronavirus and I was largely prepared to

16   move forward back in March.

17       Q    Okay.  Is there anyone in the St. Louis

18   Metropolitan -- St. Louis Metropolitan Police

19   Department who is more knowledgeable about the videos

20   than you?

21       A    No.

22       Q    That have had more conversations with

23   officers than you?

24       A    No.

25       Q    About this kettling incident?

CHARLES WALL  5/18/2020

```
 1      A    Correct.

 2      Q    Earlier when you were talking about having

 3   not seen any uses of force, other than those

 4   documented, what -- what -- how do you define use of

 5   force?

 6           REPORTER:  You cut out, Mr. Wyrsch.

 7           MR. LAIRD:  Yeah.

 8      Q    (By Mr. Wyrsch) I'm sorry.  How do you

 9   define use of force?  When we were talking earlier

10   about how you didn't see in the videos any other uses

11   of force than those documented, what -- what are you

12   using as a definition of use of force?

13           MR. LAIRD:  Object to the extent it calls

14   for a legal conclusion.  You can answer.

15      A    I mean, certainly a punch or some type of

16   strike would be a use of force.  Any use of a baton to

17   deliver some type of strike would be a use of force.

18   Obviously, the deployment of mace is a use of force.

19      Q    (By Mr. Wyrsch) Okay.  The video that we saw

20   of Officer Robertson -- or Mr. Robertson, right in

21   front of him and there were those two officers, I

22   think it was -- is that the Newman -- Edwards and

23   Piatchek, in the video where Piatchek and Edwards go

24   into someone, one of them with a baton?

25      A    Yes.
```

CHARLES WALL  5/18/2020

1      Q     That was a use of force; right?

2      A     I don't know -- I guess, technically, yes.

3   And I guess I can't recall specifically if Detective

4   Edwards had any type of statement in the police

5   report.  It's a rather long police report.  I can't

6   recall specifically if his was in the report or not.

7      Q     Okay.  One of the -- the last topic that you

8   were designated to testify to is Exhibit -- on

9   Exhibit 6 -- 97 is topic 9.  I think this will be our

10  last bit here.

11           Names of SLMPD officers who were stationed

12  along the wall on the north side of Tucker used to

13  hold arrestees or stationed by transport vans on

14  Tucker south of Washington who were responsible for

15  securing or guarding arrestees in the period of time

16  following the mass arrest and before the arrestees

17  were loaded on transport vans and taken to City

18  Justice Center for booking.

19           Which officers were -- were stationed there?

20  Let's start with the north side of Tucker.

21     A     I guess the topic is confusing to me because

22  I think you could make an argument that every single

23  officer that was present at that time was in some way

24  responsible for securing those individuals, ensuring

25  their -- they didn't escape.  Every -- every officer

CHARLES WALL  5/18/2020

Page 199

 1   present.

 2        Q    Well, specifically it's those who were

 3   stationed along the wall.

 4        A    Yeah, along the wall, I know that that would

 5   be, I believe, Sergeant Marks' bicycle response team.

 6        Q    Anyone else?

 7        A    Possibly the North Patrol CDT arrest teams.

 8   And -- and maybe you could lump in the -- all of the

 9   North Patrol teams since it's -- I mean, I -- I know

10   it gets conflated a little bit.  If you're

11   specifically talking about the wall, I would say

12   Sergeant Marks' BRT squad, the North Patrol arrest

13   teams, and at some point, the documentation teams that

14   went to the north.

15        Q    Okay.  So I -- I'm a little -- I mean,

16   you've had a few months to go over this and if there

17   was any confusion about the question, you could have,

18   through your attorneys, asked to clarify that.

19             So let me understand.  Your initial response

20   was that everyone's responsible?

21        A    Well, because it -- you say along the wall.

22        Q    Mm-hmm.

23        A    And then you also say transferred by the

24   transport vans on Tucker south of Washington, which

25   would not be along that wall.  Securing, guarding

CHARLES WALL  5/18/2020

1   arrestees in the period of time following the mass

2   arrest.  There's no geographical restriction there.

3   Before the arrestees were loaded to transport vans and

4   taken to the justice center.

5           So to me, the way that that's described is

6   an all-encompassing geographical area around the

7   intersection.  There were arrestees to the south, as

8   well as to the north.  You're asking who was tasked

9   with securing those arrestees before they were

10  conveyed.  So I -- I believe that I did answer it.

11      Q    And your answer was initially everyone was

12  responsible?

13      A    Well, if you're going to categorize all the

14  transport vans to the north and the south, yeah, in

15  some -- in some capacity, everyone has a

16  responsibility to ensure that, you know, nobody tries

17  to take off running or anything like that.

18          If you want to narrow it down to along the

19  wall to the north, that's where I would qualify it and

20  say the BRT team that was supervised by Sergeant

21  Marks, the North Patrol arrest teams, and eventually

22  once the intersection kind of cleared, the

23  documentation teams from the south of the intersection

24  responded north to assist in documenting those arrests

25  as well.

CHARLES WALL  5/18/2020

1      Q    Okay.  Any other information you have

2    about -- as far as the -- the people who were

3    stationed by the transport vans on Tucker south of

4    Washington?

5      A    The documentation teams, again, were to the

6    south there.  I believe that the hand-off teams were

7    also to the south there.  They may have also shared in

8    that responsibility.

9      Q    Were there hand-off teams on the north side?

10     A    I don't believe so, no.  I believe the

11   documentation teams and hand-off teams came up from

12   the south with those elements and then they weren't

13   able to cross the intersection until the intersection

14   was largely cleared.

15     Q    Okay.

16          MR. WYRSCH:  The moment I'd turn to everyone

17   and double check.  Let me go off the record one more

18   time and then we'll hopefully be back on and end this

19   time.

20          MR. LAIRD:  Okay.

21          VIDEOGRAPHER:  Going off the record.  The

22   time is 5:07.

23             (Whereupon, a short break was taken.)

24          VIDEOGRAPHER:  Going back on the record.

25   The time is 5:09.

CHARLES WALL 5/18/2020

1        MR. WYRSCH:  I have no further questions for
2   the witness.
3        MR. LAIRD:  We don't have any questions.
4   Sergeant, you have the right to review your transcript
5   or you can waive signature.
6        THE WITNESS:  I'll review and sign.
7        MR. LAIRD:  Okay.  Read and sign.
8        MR. WYRSCH:  I want to thank you for your
9   time.  I know this was -- this was my first time doing
10  this; so I appreciate your patience.  It's kind of
11  weird, but I think it worked out pretty decently all
12  things considered.
13       THE WITNESS:  Not a problem.
14       MR. WYRSCH:  I would like -- can we get it
15  expedited, please?
16       VIDEOGRAPHER:  I'll go ahead and conclude
17  the video record.
18       (Whereupon, the videotaped videoconference
19  deposition of CHARLES WALL was concluded at 5:12 p.m.)
20
21
22
23
24
25

CHARLES WALL  5/18/2020

```
 1                    REPORTER CERTIFICATE

 2          I, REBECCA L. TUGGLE, a Registered
     Professional Reporter, Certified Court Reporter, and
 3   Certified Shorthand Reporter within and for the State
     of Missouri, do hereby certify that there came before
 4   me on May 18, 2020, at Alaris Litigation Services, 711
     N. 11th Street, St. Louis, Missouri 63101
 5
                      CHARLES WALL
 6
     who was by me first duly sworn; that the witness
 7   was carefully examined; that said examination was
     reported by myself, translated and proofread using
 8   computer-aided transcription; and the above transcript
     of proceedings is a true and accurate transcript of my
 9   notes as taken at the time of the examination of this
     witness.
10
            I further certify that I am neither attorney
11   nor counsel for nor related nor employed by any of the
     parties to the action in which this examination is
12   taken; further, that I am not a relative or employee of
     any attorney or counsel employed by the parties hereto
13   or financially interested in this action.

14

15          Dated this 22nd day of May, 2020.

16

17

18

19          _____
            Rebecca L. Tuggle, RPR, CCR, CSR
20

21

22

23

24

25
```

1   May 22, 2020

2   Abby Duncan
    Assistant City Counselor
3   1200 Market Street, Rm. 314
    St. Louis, MO 63103

4
    In Re: MARK GULLET vs. CITY OF SAINT LOUIS, MISSOURI, ET
5   AL.
    (Signature page of CHARLES WALL)

6
    Dear Ms. Duncan:
7
    Please find enclosed your copy of the deposition of
8   CHARLES WALL, taken on May 18, 2020, in the
    above-referenced case.  Also enclosed is the original
9   signature page and errata sheet.

10  Please have the witness read your copy of the transcript,
    indicate any changes and/or corrections desired on the
11  errata sheet, and sign the signature page before a notary
    public.
12
    Please return the errata sheet and notarized signature
13  page to Alaris Litigation Services, 711 N. 11th Street,
    St. Louis, Missouri 63101, within thirty (30) days of the
14  date of this letter for filing prior to trial date.

15  Thank you for your attention to this matter.

16

17  Sincerely,

18

19  Rebecca L. Tuggle, RPR, CCR, CSR

20  Cc: All Counsel of Record

21

22

23

24

25

CHARLES WALL  5/18/2020

```
 1                      CORRECTION SHEET
                     OF WITNESS CHARLES WALL
 2
        PAGE _____ OF _____.
 3
                In Re:  MARK GULLET vs. CITY OF SAINT LOUIS,
 4      MISSOURI, ET AL.

 5      Upon reading the deposition, and before subscribing
        thereto, CHARLES WALL, has indicated the
 6      following changes should be made:

 7      Page _____ Line _____ should read:

 8      _____

 9                 Reason assigned for change:  _____

10      Page _____ Line _____ should read:

11      _____

12                 Reason assigned for change:  _____

13      Page _____ Line _____ should read:

14      _____

15                 Reason assigned for change:  _____

16      Page _____ Line _____ should read:

17      _____

18                 Reason assigned for change:  _____

19      Page _____ Line _____ should read:

20      _____

21                 Reason assigned for change:  _____

22
                                      _____
23                                    CHARLES WALL

24

25
```

```
 1              COMES NOW THE WITNESS, CHARLES WALL, and

 2    having read the foregoing transcript of the deposition

 3    taken on May 18, 2020, acknowledges by signature hereto

 4    that it is a true and accurate transcript of the

 5    testimony given on the date hereinabove mentioned.

 6

 7              _____

 8                       (CHARLES WALL)

 9

10

11

12    Subscribed to before me this _____ day of

13    _____, 2020.

14

15              _____
                         Notary Public
16

17    My commission expires:_____.

18

19    MARK GULLET
      vs.
20    CITY OF SAINT LOUIS, MISSOURI, ET AL.

21

22    Reporter:  Rebecca L. Tuggle, RPR, CCR, CSR
      Date Taken: May 18, 2020
23

24

25
```

**CHARLES WALL  5/18/2020**

| A | | | | |
|---|---|---|---|---|

**A**

a.m 12:3
Abby 11:13 12:24
  204:2
ability 62:19
  88:17
able 20:21 21:18
  21:25 25:7
  28:16 31:15
  34:1 41:12
  43:8 82:9,17
  83:8 87:21
  88:18 92:5
  95:22 104:2
  104:19 114:18
  117:2 137:5
  139:19 140:6
  149:12 159:13
  164:15,19
  165:20 167:7
  167:17 168:9
  169:2,5 181:12
  195:15 196:7
  201:13
above-refere...
  204:8
absent 67:20
absolute 92:5
absorbed 173:3
ac- 36:7
access 88:22
accuracy 132:17
accurate 97:19
  144:6 161:12
  188:21 191:15
  192:1 193:10
  203:8 206:4
acknowledges
  206:3
action 203:11,13
active 196:10
actual 105:7
add 181:12
additional 138:1
address 84:16
  125:5 177:13

addressing
  178:17
administered
  13:20
administrative
  88:20 150:12
  195:25
admit 153:12
  184:25
admitting
  133:21
advancing
  176:6
advised 183:13
  186:25 187:16
  187:17
aerial 159:12
African-Ameri...
  16:11 45:1
afternoon 10:16
age 13:18
agency 124:14
ago 63:12
  149:17,18
  151:12 161:2,7
  161:9 162:9,24
  167:3
agree 30:19
  180:15
AGREED 13:7
agreement
  13:15 164:16
ahead 16:24
  26:9 29:4
  33:5 36:16
  38:1 52:25
  54:1 60:8
  66:12 68:18
  70:12 74:6
  96:2 111:13
  115:2 122:17
  129:2 146:1
  166:7 179:24
  193:19 202:16
ahold 84:14
al 1:6 10:6 12:5
  204:5 205:4

  206:20
Alaris 1:18 10:16
  11:19,22 12:11
  203:4 204:13
Alex 43:7 80:20
  83:15,25 84:6
  84:11,17,19
  85:5,6,11,15,18
  103:24 105:14
  105:24 108:7
  108:18
all-encompas...
  200:6
Allen 151:2,10,16
  184:22
allowed 174:20
Alpha 148:9
  159:14,14,18
  160:1,10,15,19
  161:18,22
  167:23 168:9
  170:23,24
  171:3 172:10
Alston 138:8
  140:4 141:21
  142:21 145:9
  145:12,15,21
Alston's 141:2
altercation
  108:21
Amended 14:20
Amy 11:14 13:2
and/or 83:25
  99:18 204:10
angle 19:7 24:13
  26:1,3 27:9
  28:13 29:23
  32:16 34:11
  37:12,21 38:9
  43:10,11 58:13
  75:9 81:21,22
  104:12 105:2
  114:15 121:14
  128:14 129:9
  176:9
angles 55:24
  82:7

answer 101:16
  102:15 115:17
  116:2 155:4
  179:24 180:12
  181:10 189:24
  190:17 191:5
  193:19 197:14
  200:10,11
answers 35:8
  48:5,14,25
  50:5 80:22
anybody 76:10
  132:17 176:18
  183:23
anymore 162:10
apart 193:13
apologies 133:9
apologize
  113:15 127:25
  138:11
appear 28:18
  63:25 82:17
  158:1 176:9
  184:4 190:20
appearance
  63:20
appeared 24:9
  49:20 83:24
  84:1
appearing
  146:5
appears 14:22
  16:11 17:15,19
  17:20 23:1
  33:1 35:21
  40:7 55:24
  64:20 80:13
  80:14 104:21
  105:4 129:15
  151:2
application
  89:2
appreciate
  101:21 164:12
  202:10
approaching
  57:17

appropriate
  193:23 194:2
approximate
  82:1
approximately
  89:20 90:1
  166:9 167:3
  168:21 172:15
  174:14
approximation
  169:18
April 163:14
ArchCity 11:9
area 45:18
  54:12 55:2
  70:3 97:5
  108:6 121:1
  131:24 138:18
  139:2 141:16
  200:6
argue 179:22
argument
  198:22
argumentative
  179:23 181:9
  193:18
arm 110:19
arrest 40:10
  53:17 77:3
  106:19,20
  107:3,3,4
  124:4 126:10,11
  126:24 127:11
  141:2 143:12,17
  143:18,20,23
  144:2,5,7
  146:25 148:8
  148:18 152:23
  153:5 154:7,8
  154:11,15,17,20
  155:8 170:25
  173:8 174:16
  174:20 175:21
  175:22 177:2
  178:1,4 188:11
  188:15,20
  191:11,24

CHARLES WALL  5/18/2020

| | | | | |
|---|---|---|---|---|
| 192:12 198:16<br>199:7,12<br>200:2,21<br>**arrested** 97:8<br>135:1 163:11<br>174:23<br>**arrestee** 155:7<br>**arrestees** 36:5<br>173:21 177:4<br>198:13,15,16<br>200:1,3,7,9<br>**arresting** 42:8<br>67:16 77:6,16<br>77:19 85:18<br>86:5 119:10<br>123:25 126:7<br>127:11 133:11<br>133:20 134:15<br>134:20 136:19<br>137:4 146:10<br>155:25 156:13<br>157:1 173:14,17<br>174:6 179:13<br>182:8,24<br>188:17<br>**arrests** 51:9<br>57:13 101:25<br>170:20 171:11<br>172:19 174:17<br>174:19,21,24<br>175:2,24<br>176:20,24<br>178:3,6 180:17<br>180:22,23,24<br>189:4,5 191:21<br>192:5 200:24<br>**arrows** 37:15<br>**ascertain** 79:16<br>97:11 100:12<br>102:6 113:17<br>114:7 138:21<br>142:15 153:5<br>**ascertained**<br>135:16 158:24<br>**aside** 102:3<br>104:18<br>**asked** 19:2 | 35:11 39:16<br>42:11 57:23<br>67:2 80:1 81:7<br>86:18 90:19<br>101:24 119:5<br>128:13 129:20<br>130:7 137:20<br>158:3 178:13<br>185:25 187:4<br>187:13 199:18<br>**asking** 40:2<br>118:8 154:22<br>186:6 200:8<br>**asks** 52:10,12<br>77:2<br>**assigned** 16:1,2<br>28:25 64:20<br>73:17 102:17<br>137:11 150:11<br>160:15,25<br>163:19 189:18<br>190:10 205:9<br>205:12,15,18<br>205:21<br>**assignments**<br>163:3,5<br>**assist** 178:6<br>200:24<br>**assistance**<br>107:11 176:19<br>**Assistant** 11:15<br>204:2<br>**assisting** 56:13<br>**assume** 14:13<br>115:8 117:10<br>143:3<br>**assuming** 71:22<br>80:22 136:9<br>174:16<br>**attached** 9:4<br>52:15 89:18<br>**attachment**<br>52:11,15 53:9<br>53:23 70:23<br>71:18,25 77:3<br>80:4,6 82:12<br>82:24 83:6 | 92:12 93:23<br>94:21 95:5,12<br>111:6,10 112:12<br>112:19,24<br>113:16 115:13<br>115:14,15 116:5<br>131:8 138:14,16<br>139:25 146:4<br>146:7 147:14<br>148:24<br>**attachments**<br>69:22 109:24<br>109:25 146:4<br>**attempt** 82:7<br>87:16 89:13<br>102:18 124:15<br>124:18 125:3<br>143:16 147:19<br>**attempted** 51:14<br>72:23 87:12<br>97:11 106:23<br>**attention** 22:21<br>35:20 65:21<br>103:23 108:6<br>120:25 141:16<br>157:9,12<br>204:15<br>**attorney** 203:10<br>203:12<br>**attorney-client**<br>99:18<br>**attorneys** 12:12<br>22:20 87:25<br>100:25 199:18<br>**Aubuchon** 21:4<br>23:7,18 24:7<br>25:15 26:23<br>30:1 32:11<br>34:20 48:16<br>48:25 49:1,15<br>49:17 50:2,4<br>50:12 51:13,18<br>52:1,3 57:17<br>65:3 72:13<br>**Aubuchon's**<br>23:2<br>**audio** 128:1,2 | **available** 183:14<br>**Avenue** 11:5<br>**aware** 46:25<br>55:18 77:9<br>89:24 90:15<br>115:8 117:22<br>120:12 126:8<br>129:22 132:6<br>145:10,11,14<br>156:15 158:23<br>192:10 196:6<br>196:11<br><br>**B**<br><br>**B** 2:6 116:8<br>119:5<br>**B-r-a-n-d-h-o-...**<br>41:23<br>**back** 18:6 19:22<br>20:25 21:25<br>22:11 26:15<br>29:22 31:3,10<br>35:6,18 36:20<br>43:10 44:15<br>47:12 50:23<br>52:11,14 54:12<br>56:24 65:22<br>67:13 81:1<br>88:13 90:8<br>96:8 111:3<br>116:17 118:8<br>120:21,24<br>122:9 123:8<br>125:17 126:5<br>127:20 128:10<br>128:13 130:2<br>131:1 132:24<br>133:4,7,11<br>141:9 147:23<br>148:12 154:5<br>155:21 158:5<br>161:20 163:1<br>166:21 167:22<br>168:8 173:5<br>173:22 175:5<br>175:8 190:20<br>192:22 196:16 | 201:18,24<br>**backpack** 122:5<br>**backup** 192:3<br>**bag** 71:16 120:3<br>120:9<br>**bald** 52:21<br>**base** 49:21<br>160:22<br>**based** 51:24<br>75:9 80:22<br>87:2 90:9<br>106:20 117:2<br>138:23 152:11<br>168:14 174:9<br>**basically** 162:9<br>**basing** 74:23<br>160:3 161:4<br>169:20<br>**basis** 49:4,14<br>87:1 137:2<br>140:20 147:5<br>148:19<br>**baton** 44:2<br>104:5 197:16<br>197:24<br>**Baude** 131:2,6<br>131:12,12,16<br>132:7,10<br>134:14,16,19<br>134:20,21<br>135:2 156:12<br>156:20,24<br>**beginning** 16:4<br>16:6 57:12<br>88:4<br>**begins** 166:10<br>**behalf** 1:14 10:13<br>12:14,16,18,20<br>12:22,25 13:2<br>49:15<br>**behavior** 154:10<br>**belief** 51:17<br>139:1,11,12<br>144:22 152:14<br>**believe** 16:8,16<br>16:17 20:10,19<br>20:22 22:1 |

CHARLES WALL  5/18/2020

23:13,23 24:3
24:15,16 25:15
26:7,15,17
27:10 28:24
31:20 32:4
33:4 34:13
36:5 37:9,22
38:3 39:22
41:12,22 42:4
42:9,13,14
43:12,18 46:21
48:24 49:2
50:8,25 51:22
51:25 52:6
53:15,17
55:23 58:9,14
59:5,17 60:4
60:16,18,24
61:17 62:5,16
62:22 63:5,17
65:25 66:4
69:3 71:13
72:25 73:4
74:3,14 75:2
76:22 77:22
78:8 79:10
82:20 83:23
84:6,9,9,14
85:12,22,24
86:2 87:2,6
89:21 90:9,12
91:10,19,20
93:17 94:13,16
94:19,20
95:17 97:2
106:3,13
108:19,23
109:22 110:9
110:10,19 111:17
111:24,25 113:4
117:25 121:20
122:3 124:7,10
124:13,19
125:17,17
126:18 127:7
129:17 131:11
133:14 134:9

134:10,17
135:19 136:23
137:3,6,22
143:25 144:18
148:20,25
149:7,13,18
156:2,4,7,8
157:21 158:20
162:7 165:16
167:14 169:7
169:10,17 170:1
170:16,17,18
172:8,20,23
174:18 175:18
176:17 177:23
179:1 183:19
183:24 184:1
184:22,23
185:5,9 186:5
190:18,22
191:15,16,17
199:5 200:10
201:6,10,10
**believed** 107:2
120:4
**believes** 23:7
**belongs** 158:6
**bent** 61:9
**Bergmann**
172:22 174:15
175:16
**best** 101:15
102:15
**better** 56:15
98:3 116:24
117:5 161:11
165:15 175:20
**beyond** 53:9
135:9
**bicycle** 16:2
27:20 163:25
199:5
**big** 165:2,4
**bike** 57:16
**Binz** 171:24
172:3,6,10
175:12 184:8

**bit** 16:5 18:17
20:21 25:7
31:3 64:8 81:1
155:14 198:10
199:10
**black** 52:21
91:11 110:11
**blanking** 182:16
**blue** 27:19
35:21 74:22
110:11,16
**bluntly** 164:25
**blur** 165:2,4
**blurry** 16:5
**Bockskopf**
118:12,22,23
118:24 134:15
156:12,20,25
**booking** 184:13
198:18
**bottom** 91:12
110:10 113:24
175:20
**box** 91:18 110:10
111:18 113:24
**Boyer** 164:2
176:17 184:20
**Bramley** 169:22
169:23
**branched**
106:25
**Brand-** 41:22
**Brandhorst**
41:13,25
62:23 63:13
63:18 66:5,15
66:21 67:2
107:15
**Brandon** 11:13
12:22 47:6
**Brandt** 27:22
**Bravo** 148:9
160:10 165:14
165:20 166:4
168:19 170:23
170:23,24
171:13,15

172:12 173:25
**break** 18:5
22:10 35:2,5
35:9 44:14
47:11 56:6,23
67:12 96:2,6
111:2 120:20
128:9 132:23
135:15 141:8
155:13,20
166:16,20
192:21 201:23
**Brett** 30:9
**Brian** 59:5 74:3
90:24 131:2
**brief** 134:4
183:16
**briefly** 35:18
67:23 87:5
110:24 183:11
**bring** 22:21
40:4 41:2
55:16 103:23
105:19 115:14
**bringing** 46:4
102:19
**brought** 42:14
55:12 129:22
174:25
**brown** 111:11
**BRT** 176:10 177:1
191:19 199:12
200:20
**Bruyns** 11:14
12:25,25
**building** 160:21
165:9,9 166:9
174:11
**bunch** 105:14
**Burle** 56:11
61:21 68:16,24
75:2 78:6 79:1
79:3 81:14
94:6 110:1,5
112:22 113:1,5
115:18 116:1,13
117:13,14,14,19

117:22,24 118:1
118:6,12,16
119:2,8,12,17
119:25 120:6
122:4,7,24
123:2,14
128:25 129:4
129:10,10,18
134:10 136:7
**burst** 68:15
**Burton** 27:12
62:9 72:1,4
83:14,22 84:4
92:7,19 93:7
94:20 105:23
108:23 109:1,7
110:14 111:21
112:2,2 113:20
**business** 186:10
**Busso** 75:11,11
81:12 93:23
110:1,3 111:7,20
111:21 112:11,12
112:17 121:22
122:12 131:9
131:16 177:17
178:14,15,16

---
**C**
C 11:1 30:9
137:14
**C-h-r-i-s-t** 33:20
**call** 73:16 87:17
130:14 161:25
165:17 168:6
176:11 183:21
**calls** 180:18
181:9 197:13
**camera** 23:19
27:9 55:23
71:22 120:2,7
120:8
**cameras** 37:10
57:6 102:8
191:3
**canister** 17:18
**canisters** 17:16

CHARLES WALL  5/18/2020

capacity 149:9
183:18 200:15
captain 24:22
58:24 60:25
70:9 94:14
captured 23:10
23:11 190:15
captures 51:8
car 170:10,13
card 118:13
carefully 203:7
Carlson 30:9,9
30:16 32:17
33:15 37:24
39:22,24 40:1
40:25 41:9
66:2,11,13,18
67:2
Carolyn 172:5
Carretero 183:6
183:18 184:6
Carretero's
169:15
carrying 36:14
142:12 156:6
Caruso 184:5
case 12:5 14:5
51:23 52:6
98:19 131:22
140:13 145:4
147:1 179:6,25
190:1 204:8
cases 194:12
categorize
200:13
categorized
175:3
Cause 1:5 10:5
Cc 204:20
CCR 11:22
203:19 204:19
206:22
CDT 39:4 40:8
40:12,12,14,17
40:21 42:12
45:25 73:17
79:19 104:21

137:12 143:1
146:25 148:17
154:13 160:23
168:15 191:18
199:7
cell 185:13
center 37:10
51:3,8 57:6
70:9 83:23
117:7 172:17
191:3 198:18
200:4
central 106:13
143:24 144:8
171:3,13,15,18
171:25 172:1,10
172:11,12,16,22
174:16 175:12
175:19,21,23
175:25 176:6
certain 34:15
40:12 41:2
58:13 106:18
143:12 185:18
185:19,20
certainly 88:16
107:10 143:24
144:3 165:25
186:14 194:15
195:12 197:15
certainty 92:5
CERTIFICATE
203:1
Certified 10:19
10:19 13:12,12
203:2,3
certify 203:3,10
chain 178:12
chaining 177:4
Chamblin
123:24 124:3
124:6,7 135:16
182:8,19,23
chance 28:19
67:25
change 62:19
96:11 166:24

205:9,12,15,18
205:21
changed 167:14
196:12
changes 204:10
205:6
charge 167:25
Charles 1:11 2:3
10:13 12:4
13:10,17 14:2
202:19 203:5
204:5,8 205:1
205:5,23
206:1,8
Charlie 148:9
160:10 168:25
169:12,14
171:18 172:11
check 25:24
98:21 99:10
201:17
checked 97:23
chevrons 117:10
Chitwood
184:21
chosen 14:5
Chris 140:18
Christ 33:20
Christopher
123:21
circle 71:6 111:6
circled 70:2,3
82:25 83:4
131:23
circumstances
42:13 61:23
87:3 116:25
139:3
city 1:6 10:6
11:15 12:4,23
47:19,19 48:15
49:8,15 89:18
98:23 100:25
101:19 131:2
136:22 137:14
145:4 148:20
149:12 150:3

150:17,18
152:12 163:13
185:13 198:17
204:2,4
205:3 206:20
City's 138:7
civil 102:17
clarification
123:6
clarified 50:8
clarify 33:11
35:8 36:22
129:21 138:18
156:3 166:24
166:25 175:15
199:18
clarifying 35:17
Clark 168:25
169:1 183:6,18
184:10
classify 172:16
Claus 173:10
cleaner 129:3
clear 45:21
117:17 118:15
120:7 139:9
145:3 152:4
164:10 195:20
cleared 200:22
201:14
clearly 74:25
149:1 188:4
clients 102:2
181:2
clip 96:25
clips 15:11,12
101:23 105:7,8
close 166:9
171:9 172:14
closely 170:7
closer 22:25
46:11 165:8
168:16 174:10
closest 94:19
169:9
cloud 18:15
clue 114:21

Coats 55:25
56:1,13 58:14
60:14 61:21
109:19 111:11
112:13,15,20
113:3,5 122:4
122:11,22
123:14 128:22
129:4,15 134:8
134:9,10,12
177:17 178:19
178:21 179:6
179:12,25
180:16,21 181:1
181:11 182:1,16
182:20
coincided 88:4
coloration 74:21
come 125:14
172:1 182:6
comes 36:1
60:17 170:13
195:11 206:1
coming 18:11
31:5 127:20
command
178:12
commanders
178:2 185:19
commission
206:17
Commissione...
150:11
communicate
185:24
communicated
40:13,16
comparing 82:2
complete
188:19 189:5
completely 85:1
compliant 85:1
computer-aid...
203:8
Conceivably
103:7
concern 178:18

concerns 50:14
conclude
202:16
concluded
202:19
conclusion
197:14
conduct 101:8
180:6,7
conducted
45:11,15 164:9
175:25
conducting
90:5 145:8
conference
12:9 38:12
confident
194:25
confirm 20:22
30:18 99:6
109:4
confirmed 17:24
107:13 181:17
conflated
199:10
conflicting
161:12 164:10
167:7 191:9
confused 89:16
confusing 61:20
61:22 198:21
confusion 70:1
117:16 199:17
connect 106:18
connection
98:19
considered
186:22 195:9
202:12
consistent
139:16 154:11
154:19 155:7
consistently
51:18
contact 56:12
60:3 79:8,9
83:15 84:1

85:11,14,25
87:14 105:24
109:8 123:23
124:2,15,18,23
125:3 131:6,16
131:19 132:6,10
133:13 135:17
140:19 148:13
163:15 179:7
contesting
90:15
context 57:12
99:15
contextually
71:20,23
116:22 117:5
continued
55:16
contrary 48:18
control 134:2
conversation
50:12 120:6
120:10 138:24
139:6 147:7
148:21 149:14
152:12 156:23
161:5,7,8,9
165:6 183:16
184:23 185:1,4
conversations
98:7 102:3
134:25 162:23
164:7 168:12
169:21 196:22
convey 189:21
conveyed
173:22 188:5
189:12 200:10
copy 204:7,10
corner 125:14
180:25
coronavirus
50:14 67:25
87:15 195:21
196:15
corporate 99:17
154:23

correct 14:6
15:23 16:14
17:3,4 18:19,24
19:4 20:6
25:18 28:9
29:8 30:2,17
31:15,24 32:18
32:20 34:5,16
36:10 37:3,10
37:11 38:4
40:6,8,16 41:4
42:6 43:18,21
44:3 45:14
46:18 48:21
49:10,24 50:3
51:3,4,6,9,10
52:2,18,23
54:8,13,14
55:14,17 57:8
57:14 59:10
59:24 61:5
62:11,18 63:16
65:24 66:14
66:16 67:1,4,6
67:18,19 68:4
68:19 71:1,10
71:15 72:3,5,16
77:5 78:7,13
78:16 80:24
81:9,10,13,15
81:17,21 82:6
82:11,14,15,19
82:23 83:1,2
83:10 85:16,19
86:8 89:7,23
91:1 92:14,18
92:20 93:1,2
93:8,25 94:23
94:25 95:7,14
96:11 98:5,24
99:1 100:20
102:24 103:4
103:16,25
104:3,4
105:25
109:20 110:4,6
111:8,12,22

112:14,18,21
113:12 115:19
116:19 117:14
117:20 118:14
118:17,23 119:1
119:10,11,16,24
120:3,5 122:6
122:8,12,15,25
125:1,20
127:12 128:23
128:24 129:1,11
129:16,19
130:10,19 131:3
131:14 132:2,5
132:13,14
134:9 135:25
136:2,7,8,11
137:19,24
138:20 139:21
140:1,2 142:2
142:13,24,25
144:13,16,18
145:12,13,16
146:8,9,12,15
146:19 147:3,4
152:5,6,23,25
153:3,14,23
156:11,21,22
157:17,23,24
158:12 160:13
161:19 162:25
163:15 166:2
167:10,13
170:11,16
173:12 176:5
180:7,22
181:19,20
192:4,7
195:23 197:1
CORRECTION
205:1
corrections
204:10
correctly 15:21
154:6 191:10
corresponde...
101:11 186:6

counsel 13:8,8
13:15 140:10
140:15 203:11
203:12
204:20
counselor 150:3
204:2
Counselor's
89:18 98:23
101:1,19 148:21
149:12 150:17
150:18 152:12
Counselors
11:15
COUNSELS'
9:4
countless
106:14
county 191:13,18
191:24 192:3
couple 46:3,4,8
46:8 68:10
87:13 88:10
120:17 125:14
133:11 169:3
court 1:1 9:4 10:1
10:19 12:6 13:4
13:12,20 128:3
158:18 203:2
covered 99:17
130:4 172:22
creator 115:9
Crime 37:10
51:3,8 57:6
83:23 191:3
criminal 140:13
cross 201:13
crowd 18:21
20:5
CSR 11:22
203:19 204:19
206:22
cue 56:7,18
cuff 84:24
cuffed 54:10
61:16 86:25
90:15 119:6

CHARLES WALL  5/18/2020

136:24 145:21
**cuffing** 79:14
90:10 109:18
157:22
**cuffs** 54:7,24
56:4 84:7,20
134:13
**current** 188:24
195:16
**currently** 16:1
37:21 41:13
77:9 104:12
124:21 149:8
**cursor** 93:16
**cursory** 45:17
**curving** 175:19
**custody** 85:9
86:6 134:3
**cut** 197:6

**D**

**D** 2:1,6
**daisy** 177:4
**Daniel** 123:24
**dark** 80:14
**databases**
124:25
**date** 12:2 124:10
185:8 204:14
204:14 206:5
206:22
**Dated** 203:15
**Davis** 36:9,14
69:23 70:2,23
83:14 85:3,4
85:11,17 86:3
105:23 173:13
**Davis'** 69:12
85:8
**day** 10:16 158:17
172:25 184:12
203:15 206:12
**day-to-day**
190:25
**days** 204:13
**Dear** 204:6
**decently** 202:11

**decision** 178:7
**defendant**
12:23 47:19
124:1 136:22
137:14 145:9
151:1 153:6
**defendants** 1:7
10:7 11:12
12:24 13:1,3,9
**Defenders** 11:9
**define** 197:4,9
**definition** 194:7
197:12
**definitively** 64:7
126:19 139:4
**deliver** 197:17
**Delta** 59:3
160:10 169:25
172:22 175:12
175:14
**denied** 63:2
**denies** 53:18
**deny** 63:4
153:12
**denying** 52:3,4
**department**
15:25 56:2
63:22 73:3
87:20 124:8,9
124:22 125:3
149:7 178:23
178:25 179:2
179:4,9,15,17
184:24 188:13
192:6 195:22
196:9,19
**department-w...**
186:5
**depict** 52:12
136:16
**depicted** 48:10
103:5 107:21
115:12,17 116:4
118:10 138:16
142:21
**depicts** 51:17
**deploy** 48:13

79:3 119:8
151:4 152:2
**deployed** 48:16
49:16 50:20
51:13 78:4
116:6,11 117:15
117:22 138:15
138:22 139:2
139:17,20
**deploying** 49:3
78:15,22
115:24 118:1
136:5 139:15
**deployment**
116:12 197:18
**deploys** 129:11
**depose** 164:14
**deposed** 144:11
158:23
**deposes** 13:20
**deposing** 160:6
**deposition** 1:11
2:8 7:20 10:12
12:3,8 13:10
14:6,17,21 15:5
15:7,15 17:21
19:1 21:16
22:14 37:5
42:19 48:11
57:2 68:6
72:7 87:23
88:3,10 89:12
96:14,20
99:17 100:10
103:19 104:24
114:11 124:17
125:8 126:21
136:13 141:12
149:20 150:22
152:18 154:1
157:6 158:16
159:1,7 160:17
161:21,21
167:20,24
180:11 183:3
185:11 193:12
196:14 202:19

204:7 205:5
206:2
**depositions**
159:21 161:10
163:17 164:9
164:13 167:6
**describe** 79:8
100:23 165:10
**described**
23:25 50:9
54:20 200:5
**describes**
23:23
**describing** 23:8
**designated** 14:6
163:3 198:8
**designating**
164:15
**designed** 160:6
**designee**
149:24
**desired** 204:10
**destroyed**
98:20 99:6,21
101:9
**detail** 73:16
149:5 189:7
**detailed** 150:16
**details** 195:1
**detective** 24:16
25:23 26:18
30:9,15 32:17
33:14,20
37:24 39:22
39:24 40:1,25
41:9,13,24
52:17,19 56:11
59:17 60:2,9
60:24 61:4
62:23 66:2,4
66:5 68:16,24
70:11 74:14
75:2 78:6 79:1
79:3 81:14
83:14 84:13,14
85:10 91:20
94:6 119:25

120:6 122:4
126:1,14 127:5
134:10 136:6
146:20,22
147:1,7,9 198:3
**detectives** 29:1
185:20
**determine**
38:20 51:11
70:3 89:13
98:15 101:11
186:10
**device** 113:10,12
113:14
**different** 21:17
27:9 61:3 82:7
99:22,23
107:19,19
109:6 121:14
127:6 160:9
163:19 172:1
189:6
**difficult** 16:7
22:24 43:11
46:2 75:8
113:4,8
**Dillan** 133:11
**direct** 44:18
141:16 157:9
**directed** 23:25
117:25 118:2
**directing** 24:2
157:12
**direction** 54:22
54:25 83:24
187:25
**directive** 178:10
**directly** 102:9
112:3 165:9
170:7,7,14
**discern** 107:3
**discovery** 90:5
99:14 180:12
**discuss** 187:5
**discussed** 101:4
126:18 127:7
170:25 182:1

CHARLES WALL  5/18/2020

185:4 192:9
**discussions**
134:16
**disobedience**
102:17
**dispensing**
23:13 24:3
51:18
**displayed**
140:22
**disposed** 97:24
98:16
**dispute** 107:18
**disruption**
127:16
**District** 1:1,1 10:1
10:1 12:6,6 16:1
**Division** 1:2 10:2
12:7
**doable** 89:3
**doctrine** 99:18
**document**
22:18 47:22
69:13 138:9
190:3
**document's**
138:10
**documentation**
51:5 54:12
55:2 97:3
105:5,6 137:16
173:23 176:2,4
176:5,8 199:13
200:23 201:5
201:11
**documented**
51:19 77:16,18
86:5 133:19
134:20 137:3
185:2 189:25
192:9,13 197:4
197:11
**documenting**
137:16 200:24
**documents**
145:25 188:17
**Doe** 180:11

**doing** 14:8
45:16 62:13
137:8 162:10
194:11,18
202:9
**Donnell** 24:23
58:25 60:25
64:7,10 70:10
70:13 74:24
95:23
**double** 25:24
201:17
**dozen** 32:2,5
**dozens** 97:20
97:20 194:19
194:19
**drafting** 86:22
**dragging** 129:15
**Drake** 11:4 12:18
12:18
**draw** 35:19
**drown** 14:23
**due** 87:14
164:20 186:23
**duly** 203:6
**Duncan** 11:13
12:24,24
204:2,6
**duties** 89:12
150:5,10,13,19
176:1 190:25
**duty** 149:24
150:20 183:15
187:20 196:10
**Dyson** 74:14

_____
**E**
**E** 2:1,1,6,6 11:1,1
**E-e-r-i** 174:1
**E-e-r-N-i-s-s-e**
174:2
**e-mail** 88:24
**earlier** 61:21
80:22 117:23
136:10 144:14
156:19 160:17
173:7 178:13

183:8 196:7
197:2,9
**early** 88:7,15
**easily** 100:23
**east** 23:10
163:25 191:19
191:20
**Eastern** 1:1,2
10:1,2 12:6,7
**easy** 27:8
190:24
**educate** 149:24
**Edward** 126:3
**Edwards** 26:18
126:1,3 130:18
197:22,23
198:4
**EerNisse** 174:1
174:5
**effect** 134:18
**effectuate**
154:8
**effort** 143:4
163:14 179:19
187:1
**eight** 10:15
14:24 95:21
159:18
**either** 18:9
20:18 27:7
32:25 40:10
83:3 85:15
91:17 105:24
106:20 126:3
170:6 177:14
179:12
**elected** 175:7,9
**element** 73:19
137:10,12
161:14 164:1
170:8,17,18
173:3 175:18
176:25 191:18
**elements** 143:11
143:13,14
169:12 201:12
**Elijah** 146:7

**elimination**
144:25
**Emily** 36:8
69:12
**employed**
124:21 125:1
203:11,12
**employee**
203:12
**employees**
48:12 116:10
**enclosed** 204:7
204:8
**ended** 124:12
**ends** 166:10
**enforcement**
124:13 149:9
**ensure** 176:21
190:9 200:16
**ensuring** 189:15
198:24
**entire** 91:25
**entirety** 106:15
**errata** 204:9,11
204:12
**error** 116:14
**escape** 159:23
159:25 169:9
169:9 171:9
198:25
**escaping** 27:11
33:2
**escort** 55:1
**escorted** 55:5,8
146:23,25
**escorting** 45:7
**especially** 51:7
126:7
**essentially**
77:15 134:17
139:1 174:20
**estimation** 56:3
102:21 174:11
180:2
**et** 1:6 10:6 12:5
204:4 205:4
206:20

**evening** 83:16
159:3 178:1
**evening's**
185:23
**event** 165:2
191:11,11
**events** 16:2
78:20 101:3
185:23
**eventually**
174:18,25
200:21
**everybody**
195:13
**everyone's**
199:20
**evidence**
140:23
**evident** 160:7
174:22 178:3
**exact** 124:10
185:8
**exactly** 23:24
45:21 71:21
81:25 140:14
167:8 190:7
190:23
**examination**
2:4 13:23
203:7,9,11
**examined** 10:13
13:18 203:7
**example** 100:10
100:15 107:15
161:16 177:16
**examples** 108:2
194:3,8
**exception**
107:14
**excuse** 136:22
**exhibit** 2:7,9,10
2:12,13,15,16
2:18,19,21,22
2:24 3:1,2,4,5
3:7,8,10,11,13
3:14,16,17,19
3:20,22,23

CHARLES WALL  5/18/2020

4:1,2,4,5,7,8
4:10,11,13,14,16
4:17,19,20,22
4:23 5:1,2,4,5
5:7,8,10,11,13
5:14,16,17,19
5:20,22,23
6:1,2,4,5,7,8
6:10,11,13,14,16
6:17,19,20,22
6:23 7:1,2,4,5
7:7,8,10,11,13
7:14,16,17,21
7:23,24 8:1,2
8:4,5,7,8,10,11
8:13,14,16,17
8:19,20,22,23
8:25 9:1 14:16
14:17 15:14,18
17:5,6 19:18,19
19:25 20:1,13
20:14 21:8
22:5,13,17
24:19,25 25:1
25:19,20
26:10,11,20
27:1,25 29:10
29:11 30:10,12
32:13 33:7,22
34:8,23 35:19
35:19 36:18
36:22,23,24
37:4,8 38:6
38:22,24
41:16,17 42:18
42:22 43:24
44:18 46:23
47:14,17 48:11
50:24,25
52:14 53:1,2
54:2,3 57:1,5
57:21 58:17,18
59:2,13,20
60:9,10 62:7
62:25 64:13
65:6,13 66:19
66:22 68:5,9

68:21 69:7,11
70:14,20 71:4
71:19 72:1,6,10
73:10 74:8,16
75:5,25 76:16
76:18 78:9,12
80:2,3,16,19
82:12 83:12
86:13,16 90:8
91:6,15,23
92:9,12,24
93:5,10,20,23
94:2,9,21
95:3,6,8,10,13
95:18,19 96:13
96:17,19,23
103:11,18,22
104:23 105:2
105:22 108:5
109:11,12,25
110:1 111:6,10
111:15 112:12,19
112:24 113:17
114:10,14,25
115:3,15
118:20 120:24
122:19 123:3,8
123:16,20
125:7,11,22
126:5,20,24
128:13,21,21
129:5,7 130:3
130:7,15,21,23
131:8 135:20
136:12,16
138:4,5
139:25 141:11
141:15 145:18
146:5 147:15
150:21,25
151:6,18,19
152:17,20,21
152:24 153:1,2
153:25 154:3
157:5,9,10
158:15,15,16,17
158:21,22

159:6,12
161:16,21
162:15 163:4
163:10 168:8
198:8,9
**exhibit-wise**
86:11
**exhibits** 7:20
9:4 17:1 101:22
182:12,14
**expect** 168:14
**expedited**
202:15
**expense** 186:23
**experience**
63:21,22
**expires** 206:17
**explain** 173:21
**explained**
176:17
**expressed**
107:21
**ext** 11:10
**extended** 169:1
**extent** 77:17
197:13
**exterior** 177:24
**extra** 143:4
163:14

―――――――
**F**
―――――――
**F** 2:1,6
**face** 34:12 50:7
50:7
**face-to-face**
87:14 88:7
162:10
**facilitate** 178:4
**fact** 137:3
143:22
**fair** 89:5 107:6
182:13
**familiar** 15:19
37:12,16 69:12
115:6 159:3,22
**familiarity** 63:19
**Fanz** 173:13

**far** 65:16 88:24
145:9 170:23
174:22 192:5
201:2
**Fareed** 138:8
**Faulk** 144:12
**feasibility**
186:25
**feasible** 187:6
187:12,16
**February** 63:14
88:7,15 120:11
139:8
**February/Mar...**
50:15
**federal** 149:8
**feel** 164:19
194:25
**feet** 145:15
**felt** 193:23
**fenced-in**
168:17
**figure** 148:2
158:11
**figured** 102:10
**file** 99:2
**filing** 204:14
**financially**
203:13
**find** 44:19 48:4
51:15 104:7
125:4 185:8
187:5 204:7
**finding** 179:18
**fine** 184:17
**finite** 102:23,25
**first** 14:8 27:11
33:2 47:20
80:25 103:23
115:5 117:18
128:13 131:8
145:24 146:4
147:14 158:17
161:21 174:21
175:22 202:9
203:6
**Fischer** 172:9,12

175:12 184:8
**five** 10:15 14:24
35:2 111:17
120:17 131:25
**five-minute**
166:15
**flex** 54:24 56:4
79:14 84:7,20
134:13
**Flowers** 27:23
28:7,14 29:7,8
29:9 30:15
**focus** 131:23
**focusing** 65:21
70:3
**folks** 161:3
195:18
**follow** 121:8
149:5 195:12
**follow-up**
155:23
**followed** 161:3
**following** 145:2
198:16 200:1
205:6
**footage** 41:3
60:6 71:22
81:24 83:24
**footages** 97:3
106:23
**force** 177:14
189:16,20
190:3,9,12,14
197:3,5,9,11,12
197:16,17,18
198:1
**foregoing**
206:2
**forenoon** 10:15
**forgot** 126:4
127:16
**forth** 81:1
**forward** 196:16
**forwarding**
125:5
**found** 102:14
160:8 181:14

CHARLES WALL  5/18/2020

| | | | | |
|---|---|---|---|---|
| four 14:24 22:19 51:7 71:9 82:10 131:5,21 147:20 148:5 148:24 152:13 152:15 154:7 154:10,20 155:6 | general 139:2 160:1,22 161:4 164:5 188:15 | 122:9,17 125:17 128:6 128:13,20 129:2 132:19 141:4 146:1 147:23 148:12 152:20 163:1 164:18 165:12 166:7 167:17 167:20,22 168:8 170:19 173:5 174:21 175:23 179:24 183:20,22 186:9 193:19 197:23 199:16 201:17 202:16 | 130:2,3 132:21 132:24 135:18 138:3 141:6,14 141:15 150:24 154:5,22 155:14,21 156:7 158:14 159:11,12 161:15,20 164:8,13 166:18,21 176:20 178:3 179:21 180:8 180:18,24 181:8 182:21 186:17 192:19 192:22 200:13 201:21,24 | 85:5 88:19,22 89:10,16 92:22 100:7 100:16 101:6 102:15 106:16 106:17 111:13 113:9 116:14,22 116:24 120:4 128:6 131:23 134:1,11 144:22 160:13 165:10 166:25 167:9 170:11,12 174:23,24 177:1 178:2 180:1 182:11,21 183:12 194:10 194:12 195:11 198:2,3,21 |
| frame 25:3 26:13 61:24 132:16 | generally 135:4 135:14 142:16 143:1 147:21 159:16,19 160:13 164:5 168:14 177:23 188:11,15 189:19 | | | |
| frames 21:25 | gentleman 45:1 52:20,21 165:1 | | | Gullet 1:3 10:3 12:4 128:15,17 136:2,21,24 137:21 138:1 204:4 205:3 206:19 |
| Friday 120:13 | geographical 200:2,6 | | good 13:25 14:3 21:10 124:23 155:15 179:7 179:18 | |
| front 25:11 113:12 117:7 170:7,14 186:19 197:21 | getting 88:13 95:16 99:24 167:5 176:24 184:13 | goes 145:10 159:23 | | |
| full 92:4 | | going 14:15,15 14:23 15:2,7 16:24,25 17:10 18:3,6 19:16 19:23 22:8,11 22:16 26:9 35:3,6,18,19 41:15 42:21 44:12,15 47:9 47:12,16,17 48:7 50:23 52:14,14 56:21 67:10,13 68:9 69:21 70:22 76:15,16 80:6 80:18,25 81:2 86:15,24 90:8 90:20,23 93:22 96:4,8 96:16 97:15 99:12 103:21 109:24 110:25 111:3 118:8 120:18,21,23 120:24 122:9 122:17 126:4 127:14 128:10 128:12,20 | Google 135:16 | gun 80:11 |
| full-time 150:6,7 | give 41:20 57:11 100:4 114:21 181:21 194:7 | | GoPro 15:21 35:16 | guns 177:11 |
| fun 100:6 | | | gotten 167:6 | guys 49:5 179:16,17 |
| function 195:24 | | | grabbed 121:5 | |
| functioning 195:23 | given 53:12 54:25 140:25 178:10,11 187:25 206:5 | | grabbing 121:21 | |
| functions 154:9 195:25 | | | Grabs 121:13 | H |
| furloughed 196:9,12 | glib 179:16 | | Gregory 45:6 | H 2:6 |
| further 23:9 26:16 55:9 77:10 92:16 151:15 170:12 195:17 202:1 203:10,12 | go 14:9 16:24 19:22 20:25 21:25 24:15,21 26:9,15 29:4 33:5 35:1,18 36:16,20 38:1 43:10 44:8 47:5 52:25 54:1 56:10 60:8 66:12 67:8 68:1,18 70:12 73:20 74:6 81:1 83:24 84:16 89:7 93:23 96:2 97:14 98:14 99:25 102:20 110:24 111:13 115:2 116:17 120:16 | | ground 55:12 60:5 108:15 142:1,9 157:19 | half 89:8,22,25 162:9 |
| | | | group 28:22 44:24 47:1 65:16 66:7 94:17 | hand 151:25 |
| furthest 16:9 170:1 | | | | hand-off 146:23 146:24 147:1 156:5,20 173:22 184:14 201:6,9,11 |
| future 135:17 | | | grouping 113:19 | |
| G | | | groups 106:18 | handed 54:11,18 54:23 79:11 85:7 86:4 133:19 137:15 137:20 147:9 173:21 174:13 |
| Gaddis 77:4,9,11 77:25 79:7,11 79:13,18 174:2 174:5 | | | guarding 198:15 199:25 | |
| gained 180:2 | | | guess 16:9 22:24 25:6 28:20 48:9 54:23 69:25 72:25 78:19 81:24 84:20 | |
| garment 188:4 | | | | |
| gear 40:8 45:25 | | | | |
| gen- 189:19 | | | | handful 163:19 |

179:1
handing 177:4
handle 44:10
186:7
hands 55:20
58:1 77:21
85:14 101:25
108:21 122:2
145:15 153:6
179:12
hands-on 192:5
Hanlon 11:8
12:20,20
happen 150:14
173:16
happened
23:18 48:23
84:23 116:7
149:15 168:5
193:14
happening
45:22 60:5
117:6
hard 121:4 129:9
harder 128:14
Harris 85:21,23
86:1
Haug 169:8
Hazelwood
135:17
headphones
14:10
hear 14:10,12
167:9
heard 14:13
hel- 46:16
held 12:8 175:4
Hellmeier
184:15
helmet 27:20
28:17 31:18
33:1 34:3 40:6
70:11 158:5
helmets 190:21
help 19:10
48:22 69:18
155:1 179:3

helpful 81:23
159:10 164:19
helping 48:4
Henderson 11:8
38:12 73:5,13
160:17 161:6,8
161:16
hereinabove
206:5
hereto 203:12
206:3
Hickman 184:16
high 148:3
highlighting
19:11 21:3 46:1
73:2 92:6
highway 191:13
191:16
Hill 184:11
Hines 174:4
hit 127:16
hold 61:1 79:12
165:13 198:13
holding 17:17
118:13 141:23
home 196:3
hopefully
201:18
hoping 14:20
hour 127:21
191:23
hours 10:14 51:8
hovering 37:23
58:9
human 125:4
hundreds
102:16,25

——————— I ———————
I/LEADS 188:23
189:25 190:3
idea 80:7 154:6
155:16
identifi- 15:9
identifiable
187:20
identification

14:18 15:8 17:7
19:20 20:2,15
21:9 22:6
24:20 25:2,21
26:12,21 27:2
28:1 29:12
30:13 32:14
33:8,23 34:9
34:24 36:19
36:25 38:7,25
41:18 43:25
46:24 47:15
53:3 54:4
57:22 58:19
59:3,14,21
60:11 62:8
63:1 64:14
65:7,14 66:20
66:23 68:22
69:8 70:15,21
71:5 73:11 74:9
74:17 75:6
76:1,19 80:17
86:14 91:7,16
91:24 92:10
92:25 93:6,11
93:21 94:3,10
95:4,11,20
103:12 109:13
111:16 115:1
116:15 118:21
122:20 123:4
123:17 125:23
129:6,8 130:16
130:22,24
135:21 138:6
145:19 151:20
180:11,14
190:24 193:2
identifications
106:24 107:10
107:12
identified 7:20
15:15 22:15
26:2 37:5
42:19 48:17
49:8 55:21

57:2 62:22
66:1 68:6 71:11
72:7 77:4 78:5
78:14 80:6
81:9 84:5
90:24 91:8
92:12 93:24
96:14,20
103:19 104:24
105:15,20
107:7,7 111:7
114:11 116:10
119:5 125:8
126:22 130:8
131:9,12,13
132:3 136:14
141:12 150:22
152:19 154:1
157:6 159:7
160:17,18
163:10 180:4
180:16 181:17
181:23 182:3
182:12,14
186:9 194:10
195:13
identify 16:5
17:13 20:9
21:18,19 23:5
24:13 27:9
28:16,22 29:3
29:14 30:3
31:15 34:1
39:6,17 40:14
41:12 42:2,3,7
43:8 48:9
50:19 51:12
52:10 62:19
69:24 70:5,6
77:2 79:1,20
81:7 82:7,17
82:25 83:8
94:22 95:22
99:21 100:22
101:7,24
102:19 103:15
104:2,19

109:17 110:1
111:20 112:8
114:18 115:12
115:16 116:3
117:2 118:10
130:7 131:21
132:1,12,15,17
135:1 139:19
142:20 143:5
147:20 148:5
148:12 151:2
155:2 180:6
181:7 182:10
186:22 187:2
195:13,15
identifying 15:9
78:23 100:16
131:5 180:4
195:9
identities 81:19
90:3 113:18
identity 18:9
19:14 38:18
41:4 42:12
43:9 53:5
64:21 72:20
72:23 82:14
89:24 97:11
105:17 142:11
180:1 195:17
image 16:17
80:14
imagery 112:10
immediate
45:18
immediately
169:12
implemented
160:8
importance
194:6,15
important
193:16 194:8
impossible
102:22
incident 23:19
84:17,19,23

**CHARLES WALL  5/18/2020**

137:9 159:13
165:4 190:8,11
196:25
include 143:11
182:22 183:12
included 116:1
196:5
including 15:9
48:11 101:23
163:6
independent
90:6
indicate 175:1
204:10
indicated 23:12
45:7 49:2
51:22 77:13
86:2,3 107:23
169:8 175:7
184:11 205:5
indicates 23:7
52:5
indication 53:13
individual 15:10
19:15 23:25
40:21 55:25
91:10 107:23
110:18 119:5
135:10 139:3
190:2
individually
100:25
102:20 186:18
187:20
individuals
21:18 102:19
106:14 107:1,14
142:19 149:1,3
153:16 163:19
164:8 167:16
183:17 194:20
195:14 196:4
198:24
inference
154:14
information
15:10 99:16,24

138:1 161:12
162:16 164:10
167:5,13,15
179:7 193:2
195:11,15,19
201:1
informed 120:8
162:12
initial 84:1 177:2
199:19
initially 87:12
109:8 200:11
injured 67:24
175:18 183:7
input 187:14
inquire 36:3
185:22
inquired 36:6
38:17 40:5
43:3
inquiring 41:3
instance 107:23
117:21 142:22
160:16 163:24
178:16
instances 101:17
101:18 161:13
193:15,21,21
instructed
187:21,23
188:1
instruction
187:18 188:5
inter- 36:7
78:23
interact 136:25
interacted 53:9
77:7 102:2
119:6 123:11
142:9 153:15
interacting
142:21 153:17
interaction 36:7
53:20,21
77:10,13 119:18
126:15,18
133:17 135:7

140:3 153:11
interactions
38:21 84:11
129:23 142:18
interested
203:13
interim 163:18
internal 101:11
interrogatories
4:1 5:3,16,18
5:19 6:18,21
7:3,12,13,15,16
47:14,21 48:5
49:6 51:16
52:9,16 53:7
54:6 55:22
67:21 69:7,12
69:22 70:1
76:18,24
80:16,20
86:13,17,20
89:15 99:16
109:12,15
111:20 114:25
115:5,16 118:8
123:16 126:5
130:23 135:20
138:5,8 145:18
146:1,2 147:15
148:11 182:15
182:22 193:13
interrogatory
48:14 50:1
52:8,10 53:23
69:11,20,23
76:17 77:1,2
78:18,24 79:5
80:3 81:6
83:13 86:18
86:24 90:19
90:23 105:16
105:19,22
109:23 115:11
120:1,5 123:20
123:22 131:1
136:1,4,21
138:13 140:18

151:1
interrupt 127:15
interrupted
195:6
intersection
159:23 163:9
164:1 167:2
168:16 169:10
170:12 176:8
177:9 200:7
200:22,23
201:13,13
interview 98:9
149:21 182:25
195:3
interviewed
99:7
interviewing
193:1
interviews
98:18,22
99:15 145:8
162:2 195:1
introduce 12:12
investigate
89:13 90:3
158:8
investigating
53:8 124:1
investigation
90:6 180:7
194:18 195:17
involved 48:4
55:19 58:1
65:17,22
76:21,23
79:16,21
80:23 85:14
86:22 89:14
90:4 101:25
102:1 108:20
109:5,9 119:12
135:23 136:25
141:2 146:21
148:16,18
152:8,9 171:11
172:19 174:16

174:18 175:24
176:4,24 177:1
177:3,25
180:17 185:22
188:14 191:14
192:3
involvement
53:13,16,17
involving 194:12
iPad 25:9,11
113:10
Iris 80:20 83:15
83:25 84:11,14
85:11,15,20
86:1,4 100:19
105:24 108:7
isolated 71:23
issue 185:13
issued 185:21
issues 14:9
69:21

**J**

James 11:3 12:14
19:12,17 20:23
85:20,23,25
james.wyrsch...
11:7
January 139:8
Jarred 16:18
86:25 90:8,10
94:22 131:13
Jason 41:12
66:5 107:15
Javad 11:4 12:16
Jeremiah 67:17
Jeremy 85:17
Jesse 74:14
Jim 14:3
job 195:10
Joe 43:19 75:10
81:11 82:20
John 180:11
186:8 187:2,5
193:2
Johnson 146:7
146:18 184:15

CHARLES WALL  5/18/2020

joined 38:12
Jonathan 115:6
Joseph 75:11
   93:23 111:7
   131:9
Joyner 20:23
   20:23
jump 61:3 144:9
   169:3 192:15
jumps 183:23
justice 198:18
   200:4

_____
          K
Karnowski
   15:22,24 17:19
   17:22 35:16
   48:15
keep 50:24
   97:21 195:8
Keith 27:12
   76:16 92:19
Kelly 172:8
kept 88:13 98:11
   100:9
kettling 191:11
   196:25
Khazaeli 11:4,5
   12:16,16 100:5
Kiara 11:4 12:18
kind 33:12
   37:23 70:8
   73:2 75:9
   79:10 85:6
   88:4 91:11 92:1
   94:19 108:13
   108:15 110:9
   110:18 113:23
   121:4,13 135:4
   155:14 159:24
   167:6 168:22
   168:23 169:18
   170:14 171:24
   171:24 172:14
   172:16 173:2
   174:10 175:19
   177:3,12,23

178:5 200:22
   202:10
kinds 163:20
Kiphart 75:23
   76:7,8 78:5,8
   78:14,22
   115:18 116:16
   116:18 117:2,7
   136:6 184:24
   185:6
knew 119:20
   181:6
know 14:13 16:5
   16:19,22 17:17
   18:9,20,23
   19:6,14 20:4
   24:10 25:5
   26:1,2,14 27:4
   27:15 28:3
   30:7,22,25
   32:8,19,21,24
   33:9,12 34:4
   34:15 35:12
   36:1,4,8,13
   37:2,20 38:9
   38:13 40:14
   41:5 42:25
   44:1 45:4,6,13
   45:15 46:10
   48:19 49:11
   52:4 53:4,5
   55:3,5 58:12
   60:2,21 61:6
   61:10 62:12
   63:9,23 64:16
   64:21,23
   65:17,22
   66:25 67:3
   68:2 69:2
   72:17,20 73:12
   73:12,16,22
   74:5,10,19,20
   75:13,15 76:2
   76:12 77:18
   78:1 80:12,15
   81:19 82:1,13
   84:9,25 88:6

88:13,20,21
   88:23,24
   89:2,3 90:2
   90:14 97:9,19
   98:2,17 99:5
   99:9,22 100:3
   100:9,10,19,23
   101:11,15,22
   102:6,12 104:6
   106:6,18 107:2
   107:9 108:20
   108:25 112:6
   113:25,25
   114:18 119:15
   119:23 123:11
   124:3,10,12,14
   124:14 125:2
   125:15 126:17
   127:4,5,9
   128:14 131:15
   133:24 134:6
   134:23 135:15
   137:5,8,11,23
   140:3,12
   141:23 142:8,11
   142:23 143:10
   143:14,24,25
   145:21 148:1
   148:25 149:14
   156:10,18,24
   156:25 157:18
   157:21,25
   158:6 159:17
   159:20 161:22
   162:8 166:25
   167:5,10 168:5
   169:1,23 171:10
   171:25 172:18
   172:23 173:16
   174:6,8 175:6
   175:14 176:15
   176:19 178:7
   178:16 179:12
   180:6,21 181:11
   185:2,16
   186:13,20
   187:18,21,22

187:23,25
   188:13 189:9
   189:15,17
   190:4,7,21,23
   191:2 193:3,4
   193:22 195:5
   198:2 199:4,9
   200:16 202:9
knowledge
   78:2 90:17
   119:14 123:15
   140:24 148:23
   149:2 155:8
   161:5 171:2,12
   172:21 185:13
   192:14
knowledgeable
   196:19
known 125:4
knows 19:3
   45:9,12
Koerper 67:17
   67:22 136:17
   136:23,24
   137:5,15,17,20

_____
          L
L 10:18 11:22
   13:11 203:2,19
   204:19
   206:22
labeled 80:4
   115:13 116:5
lack 175:20
laid 55:19
Laird 11:13 12:22
   12:22 37:19
   39:4,18 42:14
   47:7,19 53:14
   55:20 58:2
   65:22 67:16
   99:12,23
   100:3 133:3
   154:22 155:3
   155:9,15
   166:15 179:21
   180:8,18 181:8

189:23 190:16
   191:4 193:18
   197:7,13
   201:20 202:3
   202:7
Laird's 38:19
lairdb@stlouis...
   11:17
Lammert 184:6
Lance 55:25
   56:1 58:14
   109:19 111:11
   122:3 128:22
lanes 169:19
Lankford 43:19
   43:23 82:20
   83:6 168:20
   184:6
large 24:11 88:5
   88:24 113:13
   195:24
largely 167:15
   167:19 196:15
   201:14
larger 17:15
Laschober
   171:18,23
   172:5
late 188:6,15
   182:17
law 124:13 149:8
lawful 13:18
lay 77:21
leading 175:14
leads 63:17
learned 134:19
   141:1
learning 149:4
leave 100:5
   124:9 162:3,13
   164:21 169:2
   183:14
led 176:11
Lee 146:11
   148:15,16,22
   148:24 149:3
   149:5,7,15,21

CHARLES WALL  5/18/2020

152:8,13,14,22
153:2 154:15
181:25 182:20
182:20,21
**left** 33:24 41:10
41:11 43:12
62:9 72:2
91:12 94:15
107:24 110:12
111:24 118:12
129:18 151:15
159:25 169:13
171:8 185:7
196:8
**left-most** 171:7
**legal** 12:10
197:14
**let's** 21:6 29:4
56:6 59:12
70:12 83:21
97:7,8 110:23
121:14 132:19
151:5 165:12
167:22 192:15
198:20
**lethal** 177:11,14
177:14
**letter** 204:14
**letting** 64:8
**liaison** 150:4
**lieutenant**
20:23 21:4
22:2 23:1,7,18
24:22 25:15
26:7,23 29:25
32:11 34:20
48:16,24 49:1
49:15,17 50:2
50:3,12 51:12
51:17 52:1,3
57:17 58:25
60:14,25 65:3
69:3,5 70:10
72:13 75:23
76:7,8 78:5,8
78:14,21 81:9
94:15 116:16

117:7 125:18
130:11 136:6
149:15 151:2,9
151:16 164:2
176:17 184:20
184:21,21,21
184:22,24
**lieutenants**
178:9 184:19
**lifted** 142:3
157:18
**lifts** 157:15
**light** 195:12
**light's** 60:9
**limited** 48:11
115:18 163:7
**Lindsey** 47:18
**line** 45:8 55:16
142:24 160:2
160:10 164:3
165:8 166:8
171:25 172:17
175:19 191:19
191:25 205:7
205:10,13,16
205:19
**list** 7:23 97:21
98:12 99:6
112:12 148:14
152:17 161:2
162:14 164:18
167:12,22
168:1,13 183:4
183:22 186:17
**listed** 67:17
70:24 85:17
85:20 119:2
123:25 126:6
133:12 134:15
136:19 146:10
152:22 155:25
156:13,14,18
156:25 157:1
157:22 173:14
173:17 174:5
179:13
**lists** 97:23,24

**literally** 102:16
**litigation** 1:18
10:16 11:19,22
12:11 98:4
99:2 203:4
204:13
**little** 18:17 20:21
25:7 31:3
46:11 64:8
93:16 128:14
155:14 179:3
199:10,15
**live** 56:16
**LLC** 11:5
**loaded** 198:17
200:3
**locate** 167:1
**located** 120:9
159:2,15
161:23,24
162:17 169:6
174:14
**location** 49:19
139:16 158:24
**lockdown** 195:7
**log** 50:25
**logical** 154:14
**long** 63:12 88:2
88:11 89:17,18
138:15,21
139:23 165:7
166:3 173:25
174:4,4 177:11
198:5
**long-sleeved**
27:19
**longer** 20:21
25:7 56:1 73:3
124:8 149:7
150:16 178:22
178:25 179:2
179:9,14
184:24
**look** 16:8 21:16
61:24 80:4
82:4,6 101:10
116:8 147:23

159:19 168:9
173:9 187:4
**looked** 21:17
84:15 105:6,8
**looking** 16:4,17
41:3 56:16
63:5 78:11,12
80:2,7 82:5
86:18 101:23
110:9 116:22
116:23 138:25
154:3 165:22
**Looks** 175:13
**lost** 33:12 61:1
151:11
**lot** 162:1 167:1
168:17 172:24
177:15,16
**Louis** 1:6,19 10:6
10:17 11:6,10,16
12:5,23 47:19
159:23 169:9
171:9 188:12
191:12,18
192:6 196:17
196:18 203:4
204:3,4,13
205:3 206:20
**Louis'** 47:20
**lump** 199:8
**lunch** 96:3,6

___

**M**

**M** 2:1 11:4,14
**mace** 17:16 23:2
23:4,13,25
24:2,3 51:18
115:24 117:15
117:25 118:1
138:23 139:2
139:17,20
197:18
**Mack** 184:5
**majority** 88:1
107:13 144:3,7
175:24 196:13
**making** 147:5

171:11 172:19
190:5 192:5
**Mandle** 168:2
173:6,7,9
**manner** 139:18
**March** 50:17
88:7,15 167:21
196:16
**Marilyn** 146:7
**Mario** 86:17
**mark** 1:3 10:3
12:4 14:16 17:5
19:18,23 25:19
38:22 47:17
58:17 60:8
76:16 86:15
93:18 95:18
115:3 135:18
136:2 138:3
204:4 205:3
206:19
**marked** 14:18
15:14,18 17:6
19:19 20:1,14
21:8 22:5,13
22:17 24:19
25:1,20 26:11
26:20 27:1,25
29:11 30:12
32:13 33:7,22
34:8,23 36:18
36:24 37:4,8
38:6,24 41:17
42:18,22
43:24 44:18
46:23 47:15,17
48:10 53:2
54:3 57:1,5,21
58:18 59:2,13
59:20 60:10
62:7,25 64:13
65:6,13 66:19
66:22 68:5,9
68:21 69:8,10
70:14,20 71:4
72:6,10 73:10
74:8,16 75:5

CHARLES WALL  5/18/2020

75:25 76:19 80:17,19 86:14 91:6,15,23 92:9,24 93:5 93:10,20 94:2 94:9 95:3,10 95:19 96:13,17 96:19,23 103:11,18,22 103:22 104:23 105:2,21 109:13 111:15 114:10,14,14 115:1 118:20 122:19 123:3 123:17,19 125:7,11,22 126:20,24 129:5,7 130:2 130:6,15,21,24 135:21 136:12 136:16 138:6 141:11,15 145:17 145:19,23 150:21 151:6 151:19 152:18 152:21 153:25 157:5 158:15 159:6 161:16

**Market** 11:15 204:3

**marking** 109:11 158:5,6,10

**markings** 28:22 44:4 114:20 148:8

**Marks** 184:22 200:21

**Marks'** 164:2 176:13 199:5 199:12

**mask** 34:12 35:12,13

**mass** 180:24 191:11 192:12 198:16 200:1

**match** 147:24

**Matt** 11:19 12:10

**matter** 12:4 47:18 99:22 99:24 144:10 144:12 204:15

**matters** 127:6 147:22

**Matthew** 56:11 174:2

**Maureen** 11:8 12:20

**Mayo** 184:21

**McDonnell** 173:13

**McLain** 85:20 97:7 100:11

**McLaughlin** 184:16

**McQuillen** 175:13,13,17 183:7,19 184:9

**mean** 17:24 24:6 25:11 28:13 39:15 40:5 59:7 71:21 81:25 82:4 87:16 97:23 100:8 100:24 102:11 102:23 106:16 114:6 124:25 126:10 135:9 135:11 142:23 143:20 156:4 164:18 165:16 169:3 176:3 177:15,16,17 180:25 181:2 182:11 183:22 186:14 187:23 194:17,25 197:15 199:9 199:15

**means** 179:4

**measures** 186:21

**meet** 87:6 89:7

135:4 137:5 167:17 183:10 183:15

**meeting** 87:8 98:2 186:18 186:24 195:22

**meetings** 88:8 101:2,7,17,18 162:10

**Megan** 11:14 12:25

**member** 40:10 40:11,11 143:16 144:1,5 146:24 146:24 147:1 152:22 154:15 160:19 161:17

**members** 31:25 40:13,17 63:19 63:25 143:20 143:23 144:7 144:17 153:4 154:16 161:13 170:19 171:10 173:17 174:6 177:6

**memory** 42:15 165:15

**men** 168:1,5

**mention** 173:6

**mentioned** 105:22 144:14 173:7 176:10 182:7 206:5

**messages** 185:10

**met** 50:6 51:21 97:16,18,18 100:24 101:16 101:16 135:12 162:11 186:1

**Metropolitan** 188:12 192:6 196:18,18

**mhanlon@arc...** 11:11

**Michael** 71:11

91:9 92:13 132:3 172:6 176:13

**Mickey** 33:20

**Microsoft** 88:21 89:2,4

**middle** 21:12 33:14 151:12 168:24 169:18 171:25 177:9 177:19 180:21 181:2

**Mike** 94:15

**military** 169:2

**Miller** 71:12

**mind** 151:5 182:6,16

**minute** 141:5

**minutes** 35:2 100:5 120:17 120:17 127:22

**missing** 172:25

**Missouri** 1:1,6 10:1,6,17,20 12:7 191:13 203:3,4 204:4 204:13 205:4 206:20

**mist** 138:19

**misunderstood** 23:3

**mix** 70:4 182:23

**Mm-hmm** 62:1 110:13 116:9 199:22

**MO** 1:19 11:6,10 11:16 204:3

**mobile** 177:6

**model** 160:10

**moment** 22:7 35:2 201:16

**month** 89:8 162:9

**months** 50:18 50:21 87:13 87:23 89:9 149:17,18,19

161:7,9 162:9 162:24 199:16

**Moore** 24:23 58:25 60:25 64:7,10 70:10 70:13 74:24 95:23

**morning** 13:25 14:3 96:11 117:18

**mouse** 16:10

**move** 58:20,23 93:16 151:14 196:16

**moved** 170:11

**Mueller** 71:12,13 91:9 92:13,23 94:15 110:19 110:21,22 111:20,23,24 112:3,24 113:5 113:22,23 132:4,7

**multiple** 117:23 143:14 153:15 154:7

**Murphy** 19:12,17

**Myers** 140:1,4,6 140:8,19 145:2 145:3

---

**N**

**N** 1:18 2:1,1,1,6 10:17 11:1,4 203:4 204:13

**nail** 191:9

**name** 12:9,10 13:25 14:3 15:9 27:11 33:2 40:4 41:2

**named** 127:10

**names** 102:6 165:18,22 169:3,23 190:20 198:11

**nametag** 187:22,24

CHARLES WALL  5/18/2020

188:3
nametags 148:1
148:4 188:2
narrative 23:8
narrow 106:19
200:18
Neal 164:23
165:13,13
183:6,9,11,16
184:4
near 55:4 78:4
119:9 136:5
nearby 163:9
nearly 102:21
106:12 160:20
183:4
necessarily
101:20
necessary
193:25
need 47:25
96:10 135:17
144:24 166:23
180:12
needed 167:13
174:22 175:9
176:20
neither 146:13
203:10
Nelson 43:7
80:20 83:15
83:25 84:6,11
84:15,18 85:5
85:6,11,15,18
85:20 86:1,4
100:19 103:24
105:14,24
108:7,18 109:8
Nelson's 43:12
Nelsons 106:10
106:11 114:5
never 89:3
178:20
new 44:9 195:11
195:19
Newbold 109:15
109:18 111:18

111:19 112:7
114:2 121:19
122:2 123:12
128:18 129:16
129:22 133:12
133:13,18,22
133:25 134:1,11
134:13 156:1,6
Newman
197:22
Nicholas 73:4
Nick 161:16
night 103:3
137:1,8 158:25
161:23 162:17
165:1 175:14
177:7,22 189:4
191:3,6 192:12
Nijkamp 184:5
nine 14:24 15:3
132:15
Nizick's 171:4
normal 190:25
normally 154:13
160:23
north 11:9 46:4
55:16 73:17
137:12 142:24
143:1,5,9,11,15
143:18 159:14
159:14,18,22
159:22 160:1
160:15 161:17
161:22 164:3,4
165:8,14,20
166:4,8
168:25 170:23
170:23,23
173:24 174:13
176:11,15
198:12,20
199:7,9,12,14
200:8,14,19,21
200:24 201:9
northbound
169:19
notarized

204:12
notary 204:11
206:15
note 163:2
notes 98:6,12
98:13,18 99:14
99:25 101:9
102:4 193:7,17
193:21,23
194:2,4,9,13
194:16 203:9
noteworthy
194:4,5
notice 2:8 14:17
14:20 15:5
50:23 88:9
158:16 159:1
161:21
noticed 67:20
124:17 149:20
noting 150:25
November
89:20 98:25
150:15
number 12:5
14:16 15:8,11
37:8 48:7,9
49:23 52:8
53:23 57:5
69:20,21
70:23 78:3,18
78:24 79:7
80:2,3 90:23
95:2 97:20
101:22 102:23
102:25 105:23
109:17,24
115:11 118:9
119:4 124:23
125:5 126:7
129:3 136:21
138:13 148:12
151:1 158:24
160:5 179:11
numerous 51:2
80:1 106:15
162:19

O

O 2:1,1,6
o'clock 10:15,15
oath 13:20
49:12
object 99:13,14
154:22 179:21
180:18 181:8
197:13
objection 155:3
155:9 180:8,9
189:23 190:16
191:4 193:18
objections
47:20 115:4
observed
83:22,25 118:1
139:17 178:17
obtaining 99:16
obviously 149:11
197:18
occasion 67:21
occasions 85:8
193:8,22,24
193:24
occur 23:16,17
23:20 88:4,12
88:14
occurred 23:9
98:22 163:17
occurring 84:17
173:19
offer 139:13
176:19
offers 36:6
office 89:19
98:14,21,23
99:10 101:1,19
148:21 149:12
150:12,17,19
152:12
officer 7:23 16:8
16:10,11,18 17:2
17:21 19:8,11,17
20:9,10,19
21:2 22:1

24:21 26:15,17
27:10,15,19
28:11,14,16,17
28:24 29:3,7
30:7,14 33:1,2
33:9 35:12,13
35:25 36:1,3
37:2,22 38:8
38:13,18 39:2
39:5,5,7,13,17
41:4,11 42:8,12
43:12,15 45:6
45:23,24,25
46:1,9,15 47:1
48:8 52:16
53:8,10,12,24
54:6,11,16,25
55:24 56:3,13
57:25 58:14
60:15 62:2,9
62:21 64:3,20
67:16,22
70:10 73:1,3,4
73:22 74:1,11
74:13 75:10,15
75:20 77:4,6
77:9,11,16,19
77:25 79:7,11
79:18 80:15
81:8,11,14,16
82:13,16 83:14
85:3,4,5,7,7,8
85:11,18 86:3
86:5 87:4
90:13 92:6
93:15 94:16
95:22 100:12
104:21 108:25
109:18 110:11
110:16 114:2
119:8,10,12,17
122:3 123:24
123:25,25
124:6,7
125:24 126:8
126:17 127:11
130:9,17 133:11

133:13,20,21
133:25 134:2
134:3,6,9,10
134:12,15,20
135:16 136:17
136:19,23,24
137:4,5,15,17
137:20 140:1,4
140:6,8,18
142:20 145:2
145:3 146:6,10
146:16 148:14
148:14,15,22
148:23 149:3
149:5,6 151:15
152:17 154:15
155:24,25
156:13 157:2
157:15,18
160:16 167:23
169:22 173:10
174:2,3,3
176:12 177:17
177:17 178:14
178:15,15,16,18
178:21 179:6
179:12,25
180:16,21 181:1
181:11,16,25,25
182:7,8 186:18
186:22,24
187:21 188:13
188:17 189:20
190:8,9,10
194:10 197:20
198:23,25
officer's 27:11
189:18
officers 15:10
16:6 18:9 19:5
20:18 21:1
24:14,15 27:7
27:9 35:14,16
37:20 38:20
39:9,9,16,19
39:24 43:1,3,4
43:9 44:25

45:4,9,10,13
46:4,9 48:10
52:12 55:9,13
60:22 65:17
70:4,7 72:21
72:24 73:1
78:3 79:19,20
79:22,24,25
80:5,8 81:8,18
82:3,8 83:4,13
85:2 87:11
88:21 91:18
93:12 97:16
98:3,19
100:24 101:7
101:12,25
103:14 104:6
106:4 107:11
110:7 115:12,17
116:4 118:10,11
123:11,23 125:1
125:14,16
126:6 130:8
131:6 135:5,12
135:13 142:16
142:21 148:5
148:13,17
154:21 159:18
160:5,14,20
160:25 163:5
163:10 165:24
168:13 173:14
173:17,25 174:1
174:6 177:8,20
179:1,9,11,13
181:18,22
182:1,3,12,25
185:11,14,17
186:1,3,10,15
187:19 188:13
189:4,16 190:2
190:19 191:12
191:24 192:3,11
193:1 196:6,23
197:21 198:11
198:19
officers' 165:18

offline 100:2
oh 43:14 44:19
47:25 59:9
68:15 122:5
130:3 133:8
135:15 153:1
162:22 182:21
187:13
okay 12:1 14:10
14:12,23 15:7
16:15 18:14,20
18:25 20:19
21:5,20 22:20
22:21 23:3,15
24:13 25:8
27:13 33:16
35:17 36:8,11
36:20 37:7,25
38:8 41:10,15
42:2,16 43:8
43:14,16,45:3
45:12 46:3,22
49:4,14 50:11
50:15,23
51:24 52:24
53:22 55:10
56:6,14,17
57:7 58:16
59:11,18 60:7
60:19 62:3
63:23 64:11
66:6 68:2,14
68:20 69:5
73:6,20 75:12
78:21 79:2
81:5 82:4,21
83:11 84:22
85:3 86:9
87:16 88:9,16
89:22 90:13
90:18 91:4,13
92:3,21 94:7
94:17 95:1,24
97:17 98:4,6
99:9,11 100:21
101:21 103:2
104:1,13,17

105:1,11 106:9
106:16 107:16
108:4,8,11
109:2,10 110:7
110:15,22,22
110:23 111:17
112:1 113:7,14
113:25 116:17
117:8 120:12,15
120:23 121:8,9
121:12 122:1,9
122:9,16
124:25 125:10
126:4 127:24
130:25 131:21
132:18 133:16
135:18 139:6,9
139:13 140:17
140:25 142:8
142:22 145:9
146:3 148:23
149:4,11 151:17
160:3 161:1,15
162:4,14,23
164:22 165:25
166:11,14,23
167:9,22
168:4,19,19,25
169:14,25
170:5 172:7,13
172:18 173:5
173:24 175:4
175:11,21 176:1
176:10,23
177:5 178:7,20
178:20 181:5
182:24 183:20
184:18 185:10
192:24 193:11
193:16 194:5
194:25 196:2
196:17 197:19
198:7 199:15
201:1,15,20
202:7
older 164:25
once 47:8 56:16

174:21 200:22
one's 17:8
115:25 131:12
ones 109:8
117:23 170:24
187:8 196:8
operates 154:13
160:23
operating 191:2
operations
28:25 29:1
35:14 63:20
73:15 178:5
186:20 189:11
189:14
opportunity
87:6
ops 31:18,25
34:11 144:15,17
177:21
oral 188:8
orally 189:13
orange 80:11
177:10
order 79:16
100:9,12
103:15
orient 159:24
oriented 159:20
orients 168:15
original 9:4
204:8
originally 88:3
88:12,14
167:20
originated
105:9
Ortega 86:17,19
90:11 104:16
126:5,8,15,18
126:25 127:7
157:16
Ortega's 127:11
outer 52:21
91:11 110:12,17
outer-most
188:4

CHARLES WALL 5/18/2020

**outfit** 107:19
**outlined** 73:15
189:11
**outside** 45:18
99:15 154:24
179:22 180:9
189:24 190:16
191:4
**overall** 92:2
**overhead** 170:3
171:20
**overlapping**
101:4

**P**

**P** 11:1,1
**p.m** 163:6
202:19
**pack** 111:11
**page** 22:22
69:15 118:25
204:5,9,11,13
205:2,7,10,13
205:16,19
**pandemic** 87:15
**parking** 168:17
**part** 13:19 53:22
79:13 86:7
98:3 100:24
107:1 109:3
119:5 127:18
137:14 146:22
159:1 173:8
**particular** 34:11
39:11,13,15
145:4
**parties** 12:13
203:11,12
**pat** 55:13
**pat-down** 45:17
**paternity** 162:3
162:13 164:20
183:13
**patience** 44:9
202:10
**patrol** 73:17
106:13 137:12

143:11,15,18,24
152:22 153:2
153:5 154:15
154:17 159:22
160:15 161:17
161:22 164:3
165:8 166:8
167:23 168:23
171:25 172:1
173:24 175:19
175:23,25
176:6,6 191:13
191:17 195:24
199:7,9,12
200:21
**patted** 45:19
**Patton** 174:3,5
**Paul** 22:2 69:3
70:24 125:18
**pause** 151:14
**Pausing** 18:8
**pay** 108:6
120:25
**pending** 98:4
140:12
**people** 19:2
27:18 31:21
32:25 33:12
34:11 41:6
45:18 47:1
65:17 66:9
88:2 97:17
102:13,16,24
102:25 105:14
105:17 106:2,5
107:6 143:1,5
144:15 146:13
147:20 148:24
152:8 154:7,10
154:16 155:2,6
162:19 163:20
164:14,16
170:22 174:12
174:22 179:18
179:20 180:6
180:17 181:6,7
182:14 194:17

195:2,9,22
201:2
**pepper** 17:16
18:15,18,21
48:13,16 49:3
49:16 50:20
51:13 68:13
78:4,15,22
79:4 116:6,11
116:12 117:22
119:8 129:11
136:5,9 138:15
139:15 151:3,4
185:1 192:8,11
**percentage**
181:21
**perimeter**
177:12,18,24
**period** 50:16
134:4 198:15
200:1
**person** 16:13
18:23 19:1,6,13
20:4 21:5,11
21:20 24:11
25:25 27:4
28:3,8 29:16
29:18,21 31:1,5
31:8,10,14,16
31:17 32:10
35:21 36:14
40:7,9,15,19
40:24 42:25
43:17,20 44:2
44:23 50:19
53:5,24 58:21
58:23 59:4,7
59:9,15 61:3,6
61:9 62:12,20
63:2,9 64:2
64:19,23
66:24 68:13
68:24 70:24
71:14,16,19
74:20 75:1,12
75:18 76:12
77:2,4 80:11

82:14,25 87:7
87:9 93:24
97:9,12 100:18
100:22 102:9
103:5,23
104:3,7,10,11
107:21 108:13
108:14 111:11
112:5,7 114:3
114:17 120:1
121:3,5,8,10,11
121:17,21
122:10,14
125:15,19
131:9,10 132:1
136:5 137:6
141:19 142:12
145:10,10,12,14
146:5 154:11
156:6,20
188:12 189:17
193:4 195:22
**person's** 40:6
111:7 131:13
132:3
**personally**
106:24 149:6
162:11 181:18
182:25 183:5
183:10,24
185:25 186:7
**persons** 63:24
90:4 101:24
**perspective**
169:13
**phone** 50:5
67:24 87:6,24
125:5 133:15
137:7 167:16
183:11,16
184:23 185:4
193:4
**phones** 185:14
185:23 186:4
**photo** 20:18
30:3,21 37:2
38:19 39:5

40:18,18 58:8
77:3 110:8
116:21 117:13,14
119:9 126:11
126:24 127:1
159:13
**photograph**
7:22 8:24,25
8:25 36:6
77:8,17 80:4
85:4 115:13
116:4,14 118:11
126:20 134:19
136:12 137:17
140:21 146:14
159:6
**photographed**
137:4
**photographs**
115:17 135:5,9
**physical** 56:12
60:3 79:8,9
83:15 85:14
105:24 123:23
124:2 131:6,15
131:18 132:6,9
140:19 148:13
**physically** 53:9
54:21,23 56:4
60:17 79:12
119:6 120:7
169:6
**Piatchek** 22:3
26:7 69:4,5
70:24 71:9
81:9 125:18
130:9 197:23
197:23
**picked** 54:21
55:11 120:1,7
**picture** 39:3
81:3 102:7
116:23 117:1,2
118:9 126:24
147:3,17
159:20
**pictured** 118:24

| | | | | |
|---|---|---|---|---|
| piece 92:1 | 135:8,10 | plays 25:7 | 125:1 138:24 | 21:15 185:11 |
| pinpoint 167:8 | 142:17 187:1 | please 12:12 | 150:11 173:10 | 193:12 196:14 |
| pixilated 132:16 | plan 73:16 | 13:5 26:19 | 173:14 179:17 | prepare 69:18 |
| place 71:24 | 186:20 189:11 | 34:7,19,22 | 185:2 188:12 | 87:23 100:9 |
| 107:19 139:7 | 189:14 195:8 | 38:23 56:20 | 192:6,9,11 | 138:9 |
| 139:14 178:4 | plans 195:16 | 64:12 75:24 | 195:22 196:18 | prepared 88:5 |
| 189:7 | play 16:16 17:10 | 99:4,4,11 116:3 | 198:4,5 | 196:15 |
| placed 84:20 | 64:8 | 181:10 192:18 | portion 180:11 | preparing 89:11 |
| 84:24 98:23 | played 17:11 | 202:15 204:7 | pos- 145:5 | 183:3 |
| 120:2 | 18:13 20:7,16 | 204:10,12 | position 145:5 | presence |
| places 56:4 | 20:21,24 | point 14:12 55:6 | 152:1 176:22 | 140:21 |
| 160:9 | 21:22 25:14 | 55:8,12,20 | positioned | present 12:12 |
| placing 84:6 | 26:5,8,22 | 59:25 60:16 | 166:6 171:17 | 101:1 135:5 |
| 134:12 | 27:3,14 28:2 | 60:23 79:10 | 173:20 174:10 | 153:18,21 |
| plain 176:4 | 28:10 29:20 | 79:12,20 86:3 | 176:7 | 184:9,12 191:17 |
| plaintiff 1:4,14 | 29:24 30:6 | 92:2 99:12 | positioning | 198:23 199:1 |
| 10:4,14 11:2 | 30:24 31:4,13 | 104:22 108:22 | 163:4,5 | presented |
| 12:15,17,19,21 | 32:7,15,23 | 109:9 122:3,21 | possible 45:24 | 135:13 139:11 |
| 13:8,19 14:4 | 34:2,17,25,25 | 123:8,10 | 50:4 56:11 | 139:12 180:10 |
| 36:8 45:2 | 35:24 36:12 | 129:14,21 | 74:24 88:25 | pretty 176:3 |
| 53:9 54:7,10 | 36:21 37:14 | 133:18,22,25 | 98:15 | 202:11 |
| 54:12 61:23 | 38:11,16 42:17 | 134:4 139:5,19 | possibly 21:18 | prevented 87:8 |
| 77:8,10 78:4 | 42:23 44:7,21 | 141:24 142:3 | 23:9,21 25:23 | 195:21 |
| 79:8 86:25 | 46:6,14 57:10 | 156:17 159:17 | 27:8 33:19 | previous 7:20 |
| 90:16 101:3 | 57:15 58:6 | 169:24 170:25 | 44:24 50:17 | 15:15 22:14 |
| 103:24 104:16 | 59:22 60:12 | 174:25 175:9 | 54:21 55:24 | 37:5 42:19 |
| 119:9 120:2 | 60:20 61:12,14 | 184:23 185:9 | 63:14 64:7 | 57:2 68:6 |
| 121:19 124:2 | 61:18 63:7,11 | 191:12,18,24 | 75:10 89:2 | 72:7 78:25 |
| 126:25 129:16 | 64:9,15,22 | 195:10,13 | 109:1 122:4 | 96:14,20 |
| 131:2 132:7 | 65:1,8,15,20 | 199:13 | 126:10 133:14 | 103:19 104:24 |
| 134:14 136:2 | 67:7 68:11 | pointed 82:22 | 169:22 181:15 | 114:11 125:8 |
| 136:24,25 | 72:11,19 73:21 | pointer 21:12 | 185:20 189:18 | 126:21 136:13 |
| 137:1,15,18 | 73:25 75:14 | 26:16 28:15 | 199:7 | 141:12 150:22 |
| 140:19 141:2,21 | 76:14 96:18 | 29:7 52:22 | potentially | 152:18 154:1 |
| 145:12,15 | 96:24 97:4 | 61:25 91:19 | 99:20 106:25 | 157:6 159:7 |
| 146:22,23,25 | 100:17 103:17 | 151:14 | 180:16 | previously 15:18 |
| 147:2,10 | 104:9,14 | pointing 25:25 | practical 163:8 | 19:24 22:17 |
| 148:14,16,18 | 105:12 108:12 | 35:20 | 164:6 | 23:9 26:2 |
| 152:4 | 114:16,24 121:2 | points 60:6 | precisely 163:8 | 37:9 62:22 |
| plaintiff's 47:20 | 121:16 123:9 | 106:12 | 167:8 | 68:9 72:10 |
| 80:3 115:5 | 125:12 129:13 | police 9:1 15:25 | preface 150:25 | 79:3 81:8 |
| 120:3 131:8 | 129:25 141:17 | 22:13,20,22 | premature | 82:21,21 83:8 |
| 136:5 | 151:8,13,21 | 23:9,22 49:18 | 99:13 | 96:17 105:2,21 |
| plaintiffs 14:4 | 152:16 153:24 | 49:22 50:9 | preoccupied | 130:6 140:22 |
| 80:1 89:25 | 154:4 157:14 | 51:19 63:21 | 174:24 | 141:15 144:10 |
| 97:6 101:4 | 158:13 | 67:17 85:17 | preparation | 152:21 174:3 |
| 106:20 135:6 | playing 16:7 | 98:18 124:8,21 | 17:20 18:25 | primarily 163:25 |

CHARLES WALL  5/18/2020

primary 178:17
prior 23:21
  45:17 50:4,14
  55:10 142:1
  167:3 170:11
  196:15 204:14
private 140:10
  140:15
privilege 99:19
probably 47:25
  98:3 99:13
  155:15 194:12
  194:22,24
problem 164:13
  202:13
proceed 13:6
proceeding
  55:9
proceedings
  203:8
process 102:5
  193:3
produced 10:13
  13:18 123:19
product 99:18
production
  145:25
Professional
  10:18 13:11
  203:2
program 61:3
pronounced
  71:13
proofread
  203:7
propounded
  154:25
protocol 189:7
  189:8,10
provide 49:6
  187:14
provided 15:12
  48:25 115:4
  190:11
providing
  194:14
proximity

140:21 172:15
  174:12
public 204:11
  206:15
punch 197:15
purposes 137:16
  144:25 180:3
pushed 88:13
put 71:24 97:19
  134:21 175:17
  190:12
puts 60:17
putting 102:3

———
Q
qualify 51:20
  139:10 200:19
quality 148:4
quarantine
  195:7
question 14:14
  40:2 72:12
  79:2 80:25
  86:18 89:16
  100:14 104:1
  115:20,23
  118:10 155:5
  179:22 180:1,9
  180:13 181:9
  182:11 187:3
  189:23 191:8
  199:17
questions 13:24
  142:14 155:24
  192:25 202:1
  202:3
quick 47:6
  68:15 177:24
  192:16

———
R
R 11:1,3
Rachas 27:10
  62:2,16,17
  72:1,2 83:13
  83:19,21,22
  84:4 92:15

93:4 94:16
  105:23 108:23
  109:1,7 110:17
  111:20,25 112:1
  113:24
Raimondo 11:14
  13:2,2
raising 110:19
reach 87:12
reaction 177:25
read 22:22
  23:24 81:2,3
  115:20 156:16
  161:10 165:21
  167:24 202:7
  204:10 205:7
  205:10,13,16
  205:19 206:2
reading 205:5
ready 133:1,3
real 37:9 47:6
  51:2,8 55:23
  57:5 71:22
  83:23 191:2
  192:15
really 87:14
  173:19 179:18
  194:13
reason 139:22
  173:20 194:1
  205:9,12,15,18
  205:21
reasonable
  181:5
reasoning
  124:24
reasons 190:24
Rebecca 10:18
  11:22 12:9
  13:11 128:5
  203:2,19
  204:19
  206:22
RebZ 78:12
  81:24 115:9
recall 34:13
  35:15 39:12

39:23 40:20
  40:25 42:11,15
  50:13 54:18
  54:22 58:4
  73:14 79:24
  84:12 85:13
  85:25 87:10
  107:22 120:14
  124:16,22
  125:6 126:16
  127:8 131:20
  132:11 133:16
  137:7,10,13
  142:5 143:13
  143:19 147:13
  153:10,13,16
  158:3 165:19
  165:23 169:3
  169:4,23
  171:16,24
  172:14,23,25
  173:1,4 179:7,8
  183:1 184:25
  185:3 187:15
  187:17 188:6
  188:10 189:12
  189:14 191:6
  193:20 198:3
  198:6
recalled 84:8
  135:7
receive 185:17
  195:19
received
  160:24
recognize
  20:18 21:24
  22:18 26:14
  42:25 43:6
  58:7 64:19
  66:6 71:7,16
  71:19 76:4,10
  80:9 86:19
  91:18 93:13
  94:18 103:24
  104:11 110:8
  113:18 114:3

141:21 147:17
  157:9
recognized
  57:25
recollection
  84:6 107:25
  165:2 168:12
  172:2
record 12:1 14:1
  15:16 18:2,3,6
  22:7,8,11,15
  35:1,3,6 37:6
  42:20 44:8,12
  44:15 47:6,8,9
  47:12 56:20
  56:21,24 57:3
  67:8,10,13
  68:7 72:8
  92:23 96:4,8
  96:15,21 100:8
  103:20 104:5
  104:25 110:24
  110:25 111:3
  114:12 118:15
  120:16,18,22
  125:9 126:22
  128:7,11 132:19
  132:21,24
  133:5 136:14
  141:4,6,10,13
  145:3 150:23
  152:19 154:2
  155:18,21
  157:7 159:8
  166:18,22
  192:17,20,22
  193:5 201:17
  201:21,24
  202:17
  204:20
recorded 15:22
recording
  127:17
recovered
  156:14
red 58:21 60:9
reduced 196:1

refer 69:20
  84:23 101:14
  115:9 177:2
reference
  115:12 122:12
  146:3 161:25
  165:17 168:6
  170:3
references
  53:23 138:13
referring 78:9
  78:17 79:4
  109:21 170:10
refers 109:24
refused 145:6
regarding 23:2
  138:25 187:19
  190:12
Registered
  10:18 13:11
  203:2
regular 183:15
rejected 186:23
related 165:3
  203:11
relates 101:2,6
  127:6 156:12
  163:20
relative 203:12
relayed 45:22
released 18:21
relinquished
  134:2
remaining
  195:14
remember
  23:24 40:2
  42:10 53:19
  55:1 79:22
  84:3 106:9,9
  126:6 127:4
  135:3 143:8
  169:21 170:2,6
  170:8,13 185:6
  188:7 195:1
remembered
  24:2 58:1

142:18
remind 158:18
remotely 88:18
  89:7 196:5
removing 35:12
  35:13 134:11
rep 99:17
repeat 100:13
  155:5
rephrase 100:13
report 9:1 22:13
  22:20,22
  23:9,22 49:18
  49:22 50:9
  51:19 67:17
  85:17 106:20
  126:11 138:24
  156:16 173:10
  173:14 185:2
  188:18,19,24
  189:1,22,25
  190:4,10,13,15
  192:10,11
  198:5,5,6
reported 11:21
  116:12 203:7
reporter 9:4
  10:18,19,20
  13:5,11,12,13
  13:20 110:20
  128:3 158:18
  158:20 197:6
  203:1,2,2,3
  206:22
reporter's 12:9
reports 189:5,16
represent 12:13
  14:4 45:2 97:6
  104:15 120:25
  146:2 158:22
representative
  154:23
represented
  145:4
request 119:4
  123:22 145:25
requested

113:18 159:1
requests 90:5
  99:14 187:1,5
  187:14,15
requiring 177:13
reserve 177:6
reserved 13:14
resisted 85:1
resources 125:4
  186:16
respond 99:24
responded
  69:25 116:11
  200:24
responding
  13:19 52:7
  76:21,23
  80:23 135:24
response 16:2
  77:7 78:23
  83:12,12
  86:24 89:14
  90:4 115:11,16
  117:16 118:11
  119:4,8 120:1
  123:24 127:4
  131:5 136:4,6
  139:9 146:6
  146:20 151:1
  153:9 163:25
  187:10 199:5
  199:19
responses
  47:20 50:1
  69:11,18,23
  76:17 80:19
  81:4,7 86:17,19
  90:24 93:24
  105:16,20
  109:14 115:4
  120:12 123:20
  131:1 136:1
  137:25 138:8
  140:25 145:24
  148:11
responsibility
  200:16 201:8

responsible
  109:18 157:22
  189:15 190:5
  198:14,24
  199:20
  200:12
rest 112:10
restriction
  200:2
resume 127:16
retained 9:4
  98:15 140:9
retired 55:24
  58:15 59:5
  60:15 69:3
  74:3 75:23
  76:8 94:14
return 204:12
returned 162:6
  162:7,8 183:15
review 49:19
  51:1,11,24
  88:18 107:8
  139:13 185:10
  191:16 202:4,6
reviewed 15:5
  106:22
reviewing 56:2
  87:2 144:22
rewind 18:17
  46:13
Rich 26:18
Richard 126:1,2
  130:18
right 16:9,13
  17:9,12,12,14
  17:24 18:14
  19:5,8,23 21:11
  21:14 22:16
  24:8,14,16,22
  25:4,22 26:6
  26:16 27:16
  27:20 28:17
  29:21 30:21
  30:22 31:6,8
  31:10 33:19
  35:18 36:14

37:7,23 39:17
  40:5,9 41:1,8
  43:1,13,17,20
  44:22,23
  45:20 46:8,15
  46:16 47:4
  49:11 52:7,22
  54:5 57:17
  58:7,9 61:4,6
  61:9,19,25
  62:10,12,17
  63:9 64:4,17
  64:24 65:2,10
  66:13,17 68:12
  70:11,18 71:2
  72:2,9 73:2,8
  73:14 74:1,11
  75:3,16 77:1
  81:6,8,11 83:11
  83:11 85:21
  86:9,10 88:10
  91:19 92:16
  93:22 94:14
  94:20 95:15
  96:1 98:11
  100:15,18
  103:3 104:10,11
  105:13 108:7
  108:14,14,15,18
  108:21,24
  109:10 111:19
  112:19 113:16
  113:24 114:13
  114:15 115:2
  116:20 117:7
  118:12 119:2
  120:21 121:4,11
  121:11,14,17
  122:7,7,10,10
  122:13,22
  123:1,7,18
  125:13,13,24
  126:12 127:7
  127:13 128:10
  128:12,15,20
  128:22 129:10
  130:1,1,8,25

CHARLES WALL  5/18/2020

134:14 138:19
138:19 141:9,18
142:23 143:12
145:23 151:15
151:16 155:11
155:17 157:8
157:12,13
159:11,25
160:16 161:18
161:20,20
163:1 164:12
164:24 165:12
166:3,21 170:1
170:9,17
171:20 174:15
181:2,3,13,14
181:25 182:10
185:6 187:15
190:4 191:25
192:15,19
197:20 198:1
202:4
**right-most**
160:2 170:18
**Rm** 11:15 204:3
**Rob-** 47:2
**Roberts** 45:2,5
45:7,11 47:2
48:8 54:18,21
55:4,20 56:4
56:13 57:13
58:2 59:23
60:3,18,22
61:16,22
**Robertson**
123:21,23
197:20,20
**Robertson's**
124:4
**Robinson**
123:21
**Rogers** 173:13
**role** 68:2 89:19
124:3 127:9
137:9 150:2,6
150:7 177:5,12
177:22,23

180:5
**roll** 161:25
165:17 168:6
183:21
**rolling** 108:15
**room** 113:13
**Rose** 76:16
77:14,21 78:1
79:10,12,14,17
79:21,23 97:7
**Rossomanno**
59:6,9 74:4
81:16 90:24
90:25 93:17
93:19 160:5
**Roy** 171:13,15
184:1
**RPR** 11:22
203:19 204:19
206:22
**Ruffin** 133:12,13
133:21,25
134:3 155:25
**Ruffin's** 134:2
**running** 200:17

─── **S** ───

**S** 2:6 11:1
**S-e-p-e-r** 33:3
**safety** 178:17
190:24
**SAINT** 1:6 10:6
204:4 205:3
206:20
**Sam** 27:10
**Samuel** 11:8
38:12 62:2
92:15
**sat** 23:11 51:21
**saved** 17:8
**saw** 23:4 24:6
55:10 78:21
79:3 117:23
126:10 181:1
197:19
**saying** 21:14
37:1 151:22

190:4
**says** 13:21 48:9
52:11 53:7
112:7 115:16
116:3 137:14
146:1 148:12
**Schaffer** 45:6
45:23,24
46:10 48:9
53:24 54:6,11
54:16,25 55:5
55:7 57:25
65:9,18
**scheduled** 88:3
88:12 101:17,19
167:20
**scope** 154:24
179:22 180:9
189:24 190:16
191:4
**Scott** 21:4 23:1
162:2
**Scratch** 119:3
**scratched**
175:13
**screen** 2:9,11,12
2:14,15,17,18
2:20,21,23,24
3:1,3,4,6,7,9
3:10,12,13,15
3:16,18,19,21
3:22,24 4:3,4
4:6,7,9,10,12
4:13,15,16,18
4:19,21,22,24
5:1,4,6,7,9,10
5:12,13,15,21
5:22,24 6:1,3
6:4,6,7,9,10,12
6:13,15,19,22
6:24 7:1,4,6,7
7:9,10,18
16:25 17:1,6
19:5,16,19,25
20:1,12,14 21:6
21:8 22:4,5
22:25 24:14

24:18,19,24
25:1,20 26:10
26:11,19,20,25
27:1,24,25
28:6 29:4,11
29:13 30:10,12
30:22 32:12
32:13 33:5,7
33:21,22 34:6
34:8,21,23
36:16,18,23
36:24 38:1,6
38:23,24
41:15,17 43:22
43:24 46:19
46:23 52:25
53:2 54:1,3
57:20,21
58:18 59:1,2
59:12,13,19,20
60:10 62:4,7
62:24,25
64:12,13 65:5
65:6,12,13
66:18,19,22
68:18,21 70:7
70:9,12,14,20
71:2,4 73:7,10
74:6,8,15,16
75:4,5,24,25
80:8 86:16
90:19,21 91:5
91:6,13,15,21
91:21,23 92:2
92:4,8,9,24
93:5,10,20
94:1,2,8,9
95:2,3,9,10,19
103:8 111:13,15
113:13 118:18
118:20 122:18
122:19 123:2,3
125:21,22
129:3,5,7
130:13,15,20
130:21 131:7,8
138:10 146:5

147:16 151:12
151:17,19
168:10
**scroll** 14:23
**scrum** 129:22
181:3
**search** 45:11,15
**searched**
156:24
**searches** 45:17
**second** 14:20
18:2 21:1 44:9
48:19 56:18
61:1 67:9
80:21 100:4,16
118:24 122:10
132:20 138:14
151:12 176:11
182:18
**section** 22:23
76:4
**secure** 54:7
**secured** 54:24
147:2
**securing** 79:13
79:17,21
136:25 137:17
198:15,24
199:25 200:9
**security** 177:12
177:24
**sedan** 170:4,6
**see** 14:19,25
18:15,17 28:20
28:22 31:11,14
35:20 39:5
44:6,23,24
47:24 48:2
53:20 55:4
57:13,16 60:5
63:20 68:12
68:24 90:20
92:4 105:13
108:7,9,16
111:21 113:8
114:23 121:4,6
126:13 128:15

CHARLES WALL  5/18/2020

128:15 129:9
138:11,19
139:14 141:18
142:4,6 143:5
148:12 151:5,9
151:24 152:21
152:24 170:3
171:21 172:24
177:8,9 190:14
197:10
seeing 22:19
91:25 142:5
153:20 171:20
seeking 162:16
seen 47:22
50:10 78:8
96:25 105:3
134:11,12
136:10 180:20
197:3
seize 54:7
156:21
seized 119:6
133:22,25
134:1 136:23
157:2
seizing 39:17
146:21
seizure 55:19
58:2 119:13
148:16,18
send 154:7
175:9
sense 169:19
sent 20:5 90:19
90:21 101:22
161:2 162:14
163:13
separate 193:13
Seper 33:2
September
78:5 83:16
137:1 159:3
163:6 189:2
sergeant 15:22
15:24,25 17:19
19:12 27:22

28:7,20 29:8
29:9 30:15
41:13 43:19,22
48:15 59:5
60:1 62:23
63:13,18 66:5
74:3 81:16
82:18,20
93:17,18 117:8
117:11,12
138:15,21
139:23 162:2
162:12 164:2
164:20,23
165:7 167:25
168:2,20 169:1
169:7,15 171:4
171:15 172:8
174:4,19,20
174:23,25
175:6,16,17
176:13 180:12
184:1,3,3,4,5,5
184:5,7,8,8,8
184:9,9,10,11
184:14,15
199:5,12
200:20 202:4
sergeants
106:6 158:24
172:5 183:21
183:25
series 131:7
Services 1:18
10:16 11:19,22
12:11 203:4
204:13
serving 49:25
session 96:11
set 47:21 80:21
115:5 128:3
189:7,8
setting 101:5
seven 14:24
132:12
share 47:25
86:16 88:24

89:1
shared 201:7
sharing 44:20
sheet 161:25
165:17 168:6
171:21 184:2,12
186:19 204:9
204:11,12
205:1
shirt 21:3 22:2
27:20 35:21
58:23 64:4,5
74:22 91:11
110:11,17,18
112:3 125:15,18
short 18:5
20:20 22:10
35:5 44:14
47:11 56:23
67:12 96:6
102:19 111:2
120:20 128:9
132:23 141:8
155:20
166:20 186:12
186:17 187:22
187:24 192:21
201:23
short-sleeved
21:3
shorthand 10:19
13:10,12 203:3
shortly 61:17
shorts 35:21
shot 2:9,11,12,14
2:15,17,18,20
2:21,23,24 3:1
3:3,4,6,7,9,10
3:12,13,15,16
3:18,19,21,22
3:24 4:3,4,6,7
4:9,10,12,13,15
4:16,18,19,21
4:22,24 5:1,4
5:6,7,9,10,12
5:13,15,21,22
5:24 6:1,3,4,6

6:7,9,10,12,13
6:15,19,22,24
7:1,4,6,7,9,10
7:18 16:25 17:1
17:6 19:16,19
19:25 20:1,14
21:6,8 22:4,5
24:11,18,19,24
25:1,20 26:10
26:11,19,20,25
27:1,24,25
28:6 29:5,11
29:14 30:10,12
30:22 32:12
32:13 33:5,7
33:21,22 34:6
34:8,21,23
36:16,18,23
36:24 38:1,6
38:23,24
39:11,13,15
41:16,17 43:22
43:24 46:19
46:23 52:25
53:2 54:1,3
57:20,21
58:18 59:1,2
59:12,13,19,20
60:10 62:4,7
62:24,25
64:12,13 65:5
65:6,12,13
66:18,19,22
68:18,21 70:7
70:13,14,20
71:2,4 73:7,10
74:6,8,15,16
75:4,5,24,25
91:5,6,13,15,21
91:23 92:8,9
92:24 93:5,10
93:20 94:1,2
94:8,9 95:2,3
95:9,10,19
103:8 111:14,15
118:18,20
122:18,19

123:2,3 125:21
125:22 129:3
129:5,7 130:13
130:15,20,21
131:8 151:17,19
shotguns 177:10
shots 90:19,21
131:7
shotted 20:13
show 14:15
22:17 42:7,21
47:4,16 52:8
52:15 69:21
70:22 76:15
80:6 81:3
87:17 96:16
103:21 105:20
109:3,10,24
111:18 114:13
115:21 120:23
124:25 125:10
126:5,12 135:9
141:14 145:17
158:14 159:11
159:12 161:15
showed 35:11,15
51:21 63:15
100:11 103:14
109:6 135:11
showing 15:17
37:8 42:24
44:17 57:4
68:8 69:10
72:9 80:18
86:9 96:22
108:5 111:5
115:3 123:18
126:23 127:13
135:18 136:15
138:3 139:25
145:23 147:16
168:10
shown 14:20
34:10 35:12
36:5 38:19
39:3,4 40:18
40:20,22,23

CHARLES WALL  5/18/2020

41:24 139:15
156:6
shows 116:13
sic 145:9 153:7
side 31:1 46:4
55:16 163:25
164:4 168:16
168:17,18,23
169:10 176:16
198:12,20
201:9
sidewalk 119:7
134:11 166:10
sign 202:6,7
204:11
signature 13:14
69:16 109:15
131:3 202:5
204:5,9,11,12
206:3
significance
194:11,14 195:3
silver 170:3,6
similar 40:18
70:7 72:12
114:5 139:3
173:24 176:9
similarly 60:5
86:2
Simon 174:4,5
simply 60:4
70:5 97:23
120:8 179:14
Simpson 146:7
146:16,21,22
147:2,8,9
148:14
Sincerely
204:17
single 32:5
40:21 101:10
102:20 144:5
186:18,24
198:22
singular 101:3
sit 41:1 68:1
73:14 108:3

114:6,6 126:17
127:6 135:12
143:12 144:3
160:16 187:14
sitting 103:13
127:9
situations 177:13
six 14:24 132:3
skirt 35:22
sleeves 20:20
SLMPD 15:10
48:10,12 78:3
109:18 115:16
116:4 123:22
131:5 148:13
163:5,10 186:4
187:18 198:11
small 132:16
sole 150:19
solely 101:2,7
117:2
Someone's
16:25
sorry 23:11 29:9
32:24 33:11
38:5 41:6
52:17 59:9
60:1 61:2 62:6
64:3 65:25
66:11 68:15
78:10 81:1
83:20 86:19
94:14 97:25
100:4,13 108:4
108:4 110:23
112:11 116:12
119:3 121:10
123:7 127:15
128:18 130:3,11
132:22,25
133:8 146:24
152:10 153:1
155:5 162:22
168:11 170:9
171:14 172:3
174:1 182:17
183:10 187:13

197:8
sort 121:4 176:11
Sound 18:11
sounds 152:24
south 152:22
153:2,5 154:15
154:17 167:23
168:8,16,19,23
168:23 169:14
169:25 170:24
170:24 176:6,7
198:14 199:24
200:7,14,23
201:3,6,7,12
space 75:10
82:1
speak 63:8,12
79:15 106:5
107:4 119:17
140:11,16
144:20,24
145:6 153:4
164:20 165:14
167:15 169:2
178:24 179:10
181:18,23
182:9 183:2,5
183:11,14
184:11 196:7
speaking 23:6
49:1 72:25
85:2 107:14
153:15 164:25
165:19 169:7,11
171:19 174:19
178:1 180:3
188:11
special 28:25
29:1 31:25
34:11 35:14
63:20 144:15
144:17 177:21
178:5
specialized
185:19
specific 79:22
106:5,19

167:12 187:1
194:3
specifically
20:19 34:14
35:15 39:16
39:23 40:3,24
42:11,15 50:13
64:1 79:24
87:10 104:6,8
106:11 114:9
124:22 127:8
135:3,13 137:7
137:10 143:10
143:13,18
153:10,16
158:3 161:3
165:19,23
169:4 170:2,13
172:25 174:8
178:9 179:6,8
181:22 185:3
187:15 188:6
188:10 189:12
191:6 193:20
193:22 198:3
198:6 199:2,11
specifics 107:22
165:3
speculate
181:24
speculation
180:19 181:9
spelling 41:21
spliced 120:25
spoke 48:24
50:1,3 79:18
106:4,10 107:11
133:14 142:17
143:14,14 144:1
144:4 148:6
160:18 162:6
162:19 164:23
165:23 179:1,8
183:8,12
184:20 194:18
spoken 29:1
32:4,5 38:20

39:10,13,19,24
40:22 50:5
56:1 67:23
76:7 77:11
79:19,25 84:4
87:5 88:1,2
106:12,14
126:17 127:5
137:6 144:5
160:14 162:11
162:16 163:18
163:20 165:25
170:22 178:8
178:18,20,23
182:5,16
183:18,24,24
183:25 184:1,4
184:6,7,10,14
184:15,16
spot 44:19
spotlight 17:13
19:17 20:8
spray 17:16
18:15,18,21
19:24 20:4,5
48:13,16,20
49:3,16 50:20
51:13 68:13
78:4,15,22
79:4 116:6,11
116:13 117:19
117:22 119:8
129:11 136:5
138:15,22
139:15 151:3,4
185:1 192:8,12
spraying 52:1
sprays 136:10
spreadsheet
101:14
squad 40:10
148:9,9 164:2
165:8 169:8,15
170:2 171:4
176:14 199:12
squads 171:21
175:16

CHARLES WALL  5/18/2020

St 1:19 10:17 11:6
  11:10,16 12:5
  12:23 47:19,19
  159:23 169:9
  171:9 188:12
  191:12,18
  192:6 196:17
  196:18 203:4
  204:3,13
staff 88:20
stand 175:8
standard 16:9
  16:12 45:25
  52:20 188:11
standard-issu...
  40:8
standing 24:6,7
  46:7 102:8
start 15:7 48:12
  58:11,11 83:21
  97:8 198:20
started 128:6
starting 83:19
  109:25 113:19
  128:22 159:14
state 10:20
  13:25 54:5
  77:7 80:5
  83:13 109:17
  136:22 139:4
  146:20 148:15
  191:13 203:3
stated 49:15
  51:16 81:18
  109:19 132:12
statement 23:2
  23:22 49:21
  49:23 137:2
  139:10,17
  140:20 147:6
  152:3 188:19
  190:11 198:4
statements
  49:18 138:23
  160:24
states 1:1 10:1
  12:6 131:25

137:14 138:15
  139:1 140:18
  146:6
stating 148:19
stationed 163:11
  198:11,13,19
  199:3 201:3
steps 100:21
  102:11 142:15
  147:19,21
Steven 24:16
  59:17 60:2
  91:20 126:8
stick 104:3
sticks 108:3
STIPULATED
  13:7
stop 151:9,11
  170:13
stopped 45:9
  45:10 55:8
Stopping 20:17
stream 18:18
  24:11
street 1:18 10:17
  11:9,15 166:10
  203:4 204:3
  204:13
streetlight 55:4
strike 197:16,17
stripe 58:21
stripes 28:20
  117:9
struck 145:15
  164:17 173:9
stuff 67:25
  100:6
sub 119:4
Subject 155:3
submitted
  188:23 189:16
  190:6
Subscribed
  206:12
subscribing
  205:5
subsequent

120:6
subsequently
  49:25
successful
  102:13
suggest 44:4
  148:8
Suite 11:5,9
supervised
  200:20
supervisor
  189:18
supervisors
  40:17 107:1
  183:2,5 185:14
  185:19 190:5
supplement
  171:22
supplemental
  115:4 145:24
supplemented
  120:13
suppose 23:23
  88:25 145:1
supposed
  23:20 88:14
  113:14 166:11
  177:18 189:21
  189:21
supposedly
  23:15,17 51:13
sure 35:10
  39:25 42:10
  44:11 57:24
  70:2 71:20
  73:15 81:25
  97:22 105:21
  113:3 117:4
  140:14 149:9
  158:20,23
  166:17 167:12
  167:24 168:8
  169:23 176:18
  180:2 187:3
  190:6,23
  191:20
surrounding

42:13 45:5
  117:1 154:21
SWAT 33:2
  45:9,10,12
  46:1 55:9,12
  55:24 58:14
  60:15 63:25
  64:21 75:10
  80:15 177:6
  190:19
swear 13:5
switch 153:2
  155:14
switching 155:11
sworn 10:13
  13:18 203:6
system 188:24
  189:1

━━━━━ T ━━━━━
T 2:1,6
T-h-a-c-k-e-r-
  16:18
take 19:24 35:2
  56:6 79:13
  98:6 100:21
  134:18 139:6
  142:15 147:19
  149:20 155:13
  166:15 186:23
  193:17 194:2,4
  194:9 200:17
taken 1:14 13:10
  18:5 22:10
  35:5 44:14
  47:11 56:23
  67:12 71:21
  77:17 79:12
  85:4 96:7
  101:9 102:11
  111:2 117:1
  120:20 121:5
  128:9,16
  132:23 137:17
  141:8 147:3
  155:20
  166:20 174:12

192:21 194:15
  198:17 200:4
  201:23 203:9
  203:12 204:8
  206:3,22
talk 17:21 32:1
  57:24 67:21
  83:17 85:23
  87:4 100:1
  102:13 103:6
  109:2 124:6
  140:6 143:4,16
  143:22 144:16
  149:12 164:15
  165:12 179:5
  179:14,20
talked 19:24
  48:8 49:16
  53:10 54:16
  56:9 79:23
  87:22 94:12
  100:11 101:12
  101:12 102:12
  103:2 104:6,18
  105:18 114:7
  126:14 127:3
  140:8 142:17
  143:8 144:14
  155:24 174:3
  175:11 181:13
  182:2 186:15
  195:6,20
  196:7
talking 40:25
  121:6 138:18
  166:3 197:2,9
  199:11
tallest 73:1
task 102:22
tasked 200:8
tasks 150:12
team 16:3 31:19
  40:10,12,12,21
  44:5 57:16
  63:20,25
  64:21 73:13,18
  73:18 80:15

CHARLES WALL  5/18/2020

| | | | | |
|---|---|---|---|---|
| 107:3,3 114:21 | 184:14 199:7,9 | 157:25 158:2 | 153:7,11,17 | 111:1,4 115:22 |
| 137:12,13 | 199:13,13 | thank 13:4 16:19 | thought 60:13 | 120:5,19,22 |
| 143:2,11,20,25 | 200:21,23 | 17:9 35:17 | 113:5 115:23 | 126:19 128:11 |
| 144:8 146:23 | 201:5,6,9,11,11 | 52:7 55:18 | 169:11 183:8 | 129:21 132:22 |
| 146:24,25 | technical 14:9 | 56:7,19 69:9 | 194:2 | 132:25 133:18 |
| 147:1 148:8 | technically | 123:5 140:17 | three 14:24 21:1 | 134:5 139:5 |
| 152:22,23 | 198:2 | 202:8 204:15 | 24:15 33:12 | 141:7,10 |
| 153:2,5,5 | television 46:12 | themself 84:5 | 63:23 66:9 | 142:20 145:7 |
| 154:12,16,17 | 113:13 | theory 88:19,22 | 70:24 81:14 | 150:8,20 |
| 159:19,22 | tell 21:2,13,15 | thereto 205:5 | 117:8 148:17 | 155:18,22 |
| 160:2,19 | 25:6 26:3 | thing 67:16 | 162:21,22 | 162:1,8 163:16 |
| 161:14,17,22 | 31:23 43:11 | 101:10 173:9 | 167:3,16 | 166:19,22 |
| 163:3,4,25 | 46:2 49:14 | things 68:10 | 196:13 | 179:20 186:23 |
| 165:10 166:5 | 64:1 73:18 | 88:18 102:1 | throw 182:22 | 191:2 192:2,20 |
| 168:7,23 | 74:21 82:2 | 167:19 175:15 | throwing 121:21 | 192:23 195:14 |
| 169:12 170:7 | 102:9 103:14 | 177:19 179:17 | tie 77:23 78:1 | 198:15,23 |
| 170:19 171:7,8 | 114:6 117:6,11 | 191:16 202:12 | 119:13 156:21 | 200:1 201:18 |
| 171:10,16 | 128:6 135:13 | think 45:19 55:4 | tied 95:16 119:21 | 201:19,22,25 |
| 172:24 173:1,2 | 144:4 152:15 | 57:13,23 60:1 | 133:23 134:7 | 202:9,9 |
| 173:2,8,17 | 153:21 159:13 | 66:15 70:6 | 145:11,12 | 203:9 |
| 174:7,20,23 | 159:19 160:4 | 88:12,13 97:7 | tieing 79:13,16 | times 142:5 |
| 175:1,2,7,8,22 | 163:24 165:18 | 97:18 102:18 | 85:15 146:21 | 195:6 |
| 176:2,10,11 | 167:4,24,25 | 107:15,20,23 | 181:1 | Timothy 118:12 |
| 177:6 199:5 | 169:5 183:23 | 116:1,7,7,13,15 | ties 54:24 56:5 | today 15:3 |
| 200:20 | 192:25 193:3 | 116:18 117:15 | 60:18 62:13 | 48:18 103:13 |
| teams 7:23 | telling 60:4 | 117:18 120:5 | 65:23 84:7,21 | 114:7 136:10 |
| 39:4 40:14,17 | 166:4 | 130:2 134:7 | 134:13,21 | 159:13 179:13 |
| 51:5 73:17 | term 52:5 | 139:22 144:1,6 | till 142:19 | 181:23 182:1,3 |
| 79:19 88:21 | 175:20 | 145:20 152:8 | time 12:2 14:8 | 182:8,12 |
| 89:2,4 102:17 | Terrence 133:12 | 152:11,13 | 18:4,7 22:9,12 | Today's 12:2 |
| 106:5,6,10,13 | testified 173:6 | 155:15 164:9 | 23:14 24:7 | told 24:12 41:6 |
| 106:15,19,25 | testify 163:3 | 167:20 173:8 | 28:25 35:4,7 | 134:18 167:10 |
| 107:2,4,4 | 198:8 | 175:2,23 176:3 | 37:9 40:4 | 175:8 |
| 143:5,9,12,15 | testifying 15:2 | 179:25 181:17 | 44:13,16 45:11 | top 125:13 |
| 143:17,18,23 | 160:11 | 182:7 183:4 | 47:10,13 50:15 | topic 15:8 89:11 |
| 144:2,5,7,17 | testimony 20:3 | 185:25 186:21 | 51:2,8 52:9 | 163:4 191:7 |
| 152:17 154:7 | 48:18 156:19 | 186:24 188:21 | 55:23 56:22 | 198:7,9,21 |
| 154:20 155:8 | 177:16 191:9 | 190:1 191:8,23 | 56:24 57:6 | topics 14:25 |
| 158:25 159:2 | 206:5 | 193:10,16,25 | 61:11 67:11,14 | 15:3 149:25 |
| 160:9,15,25 | text 185:10,24 | 194:3,8,17 | 67:24 69:25 | 154:24 155:14 |
| 162:15,17,20 | Thacker 16:18 | 197:22 198:9 | 71:22 73:4 | 163:2 180:10 |
| 163:10,15 | 17:2 20:10 | 198:22 202:11 | 75:10 82:1,19 | tosses 121:13 |
| 164:6,11 167:1 | 26:2,3 86:25 | thinks 107:18 | 83:23 86:7 | totally 99:22,23 |
| 167:4 171:1,24 | 87:4 90:9,10 | third 66:24 | 88:6 95:15 | 121:10 |
| 172:1 173:23 | 90:13 94:22 | thirty 204:13 | 96:5,9 97:22 | track 16:25 |
| 175:25 176:2 | 95:6,13 131:13 | Thomas 147:10 | 98:1,1,8,9 | 33:13 |
| 176:5,7 178:4 | 131:16 157:22 | 147:15 152:5 | 106:12 107:25 | training 154:20 |

CHARLES WALL  5/18/2020

154:23 155:8
transcribed
  13:13
transcript 202:4
  203:8,8
  204:10 206:2
  206:4
transcription
  203:8
transcripts 9:4
transferred
  199:23
translated
  203:7
transport 163:12
  198:13,17
  199:24 200:3
  200:14 201:3
Trenton 148:15
  149:3,6,15,21
  152:21
trial 204:14
trickled 178:11
tried 82:6 89:5
tries 200:16
true 69:24
  81:20 203:8
  206:4
trust 81:2
try 89:1 100:21
  101:11 102:5,11
  103:15 106:6
  106:17,19
  107:3 114:7
  121:14 142:15
  147:23,24
  161:11 165:15
  191:9 192:16
trying 44:10
  50:24 70:3
  97:14 100:7
  101:7 102:4
  106:17 107:17
  135:1 155:1
  167:1 179:16,18
  186:10 193:14
Tucker 46:5

163:9 168:24
169:19 180:25
191:25 198:12
198:14,20
199:24 201:3
Tuggle 10:18
  11:22 12:9
  13:11 203:2,19
  204:19
  206:22
turn 90:20
  146:3 150:24
  201:16
Turning 147:14
TV 25:9,10
two 14:24 18:9
  19:5 27:10
  32:25 41:6
  43:4,9 45:9
  48:12 50:18,21
  51:3,5 64:4
  87:22 89:8
  91:17 94:11
  100:5 118:11
  120:25 130:7
  136:9 139:25
  146:13 149:17
  154:7 162:9
  165:10 175:3
  175:16 182:6
  182:15 191:23
  197:21
type 56:12
  84:17 89:1
  135:7 149:8
  190:11 197:15
  197:17 198:4
typewriting
  13:13
typically 49:6
  154:9

_____ U _____

unable 29:2
  51:15 79:20
  82:24 112:8
  113:17 131:21

131:25 132:12
132:15 142:20
153:21
unclear 23:6,21
understand
  15:21 48:22
  49:5 100:8
  102:5 106:17
  107:17 149:23
  154:6 159:2
  159:25 161:1
  179:3,19 187:3
  191:10 193:14
  199:19
understanding
  14:5 23:1
  45:16 55:7,15
  56:15 74:23
  75:9 77:15
  78:19 85:2,6
  87:3 92:1
  109:7 116:25
  117:6 118:2,4,5
  135:23 140:9
  140:10,15
  145:7 149:13
  153:14 156:19
  156:22 159:16
  160:1,23 161:11
  162:5,7 164:6
  165:7 166:5,13
  168:22 171:6
  171:19,23
  173:18 174:9
  176:25 177:11
  178:1 182:11
  185:18 190:8
understood
  14:14 117:17
  160:4
underwent
  102:5
unidentified
  45:10
uniform 16:9,12
  52:20 187:24
uniformed 110:11

110:17
unit 35:14
  63:22 177:21
  177:25 190:23
  191:1
United 1:1 10:1
  12:6
units 163:19
  178:5 185:20
unknown 39:1
  148:17
update 96:10
use 23:2 52:5
  88:17 138:23
  177:14 186:16
  189:16 190:9
  190:12 192:8
  197:4,9,12,16
  197:16,17,18
  198:1
uses 189:20
  190:3,14 197:3
  197:10
utilize 87:19
utilized 89:4
utilizes 88:20

_____ V _____

vacation 87:11
Valentine 184:7
value 195:4
vans 198:13,17
  199:24 200:3
  200:14 201:3
various 40:17
  79:19,25 82:7
  97:15,16
  106:12,23
  107:4 142:19
  158:25 159:2
  160:8 193:1
vast 88:1 144:3
verification
  49:11 69:15
verifications
  49:6
verified 49:7,9

76:20 135:22
versus 12:4
  47:19 148:9
vest 52:21 91:11
  110:12,17
vicinity 106:7
video 6:16 7:25
  8:1,3,4,6,7,9
  8:10,12,13,15
  8:16,18,19,21
  8:22 12:8 14:8
  15:11,12,14,22
  16:4,6,7,16
  17:10,11 18:13
  20:7,16,20,24
  21:16,18,22,24
  23:11,12 24:1,4
  24:6 25:7,14
  26:5,8,22
  27:3,14 28:2
  28:10 29:2,20
  29:24 30:6
  30:24 31:4,13
  32:7,15,23
  34:2,17,25
  35:11,12,15,16
  35:24 36:12
  36:21 37:4,14
  38:11,12,16
  39:5,8 40:23
  41:24 42:17,18
  42:23 44:7,21
  46:6,14 48:10
  48:12,17 49:19
  49:22 50:6,7
  50:10 51:17,21
  53:20 55:11
  56:2,10,16
  57:1,10,15
  58:6 59:22
  60:12,16,20
  61:11,12,14,18
  63:5,7,11,15,21
  64:9,15,22
  65:1,8,15,20
  67:7 68:1,5,11
  70:8 72:6,11

CHARLES WALL  5/18/2020

| | | | | |
|---|---|---|---|---|
| 72:19 73:21 | videographer | visual 15:8 | wanted 70:6 | 133:3,4 135:18 |
| 73:25 74:23 | 11:18 12:1,10 | volume 133:9 | 88:17 176:18 | 135:19 138:3 |
| 74:24 75:14 | 13:4 17:8 18:3 | vs 1:5 10:5 | 176:19 | 138:18 145:3 |
| 76:14 78:12,15 | 18:6 19:21 | 204:4 205:3 | Washington | 152:4 155:14 |
| 78:20,20,25 | 21:10 22:8,11 | 206:19 | 11:5 23:10 | 165:20 167:7 |
| 82:2,5,6,22 | 35:3,6 38:3 | | 46:5 163:9 | we've 47:17 |
| 84:5,15 87:3 | 44:12,15 46:21 | W | 171:7 180:25 | 48:8 56:9 |
| 89:1,8 90:10 | 47:9,12 56:21 | waive 202:5 | 198:14 199:24 | 68:8 78:8 |
| 90:14 96:13,18 | 56:24 62:5 | walk 87:17 | 201:4 | 103:22,22 |
| 96:19,24 97:4 | 67:10,13 | walked 45:8 | wasn't 54:23 | 104:18 105:2 |
| 100:12,17 | 68:20 70:17 | 54:11 123:11 | 70:2 102:13 | 123:19 136:10 |
| 101:23 102:21 | 73:9 86:12 | walking 43:15 | 137:5 139:19 | 158:23 176:2 |
| 103:11,17,18 | 96:4,8 103:10 | wall 1:11 2:3 | 169:2 173:19 | 180:20 182:1 |
| 104:9,14,20 | 110:25 111:3 | 10:13 12:4 | 176:18 180:1,2 | 192:8 |
| 104:23 105:3 | 120:18,21 | 13:10,17 14:2 | 184:12 194:13 | weapon 156:14 |
| 105:12 106:23 | 127:15,19,22 | 180:12 198:12 | watch 165:1 | 157:2 |
| 107:8,24 | 127:25 128:2 | 199:3,4,11,21 | watched 23:12 | wear 187:22,24 |
| 108:12 109:4 | 128:8,10 | 199:25 | 142:6 | 188:1 |
| 114:10,16,24 | 132:21,24 | 200:19 | watching 16:16 | wearing 27:19 |
| 115:9 116:23 | 133:4,7 141:6,9 | 202:19 203:5 | 24:1 | 28:17 40:6,7 |
| 116:25 121:2 | 155:18,21 | 204:5,8 205:1 | way 28:19 | 45:25 107:24 |
| 121:16 123:9 | 166:18,21 | 205:5,23 | 54:20 85:1 | 108:1 187:24 |
| 125:7,12 | 192:17,19,22 | 206:1,8 | 89:4,6 99:13 | week 149:17 |
| 129:13,25 | 201:21,24 | Walsh 24:17 | 102:15 112:9 | weeks 88:10 |
| 130:4 136:10 | 202:16 | 25:23 52:16 | 148:7,17 154:9 | 161:2,6,10 |
| 138:25 139:5 | videos 21:17 | 52:17,19 53:8 | 154:13,19 | 162:21,22 |
| 139:14 140:23 | 51:2,3,7,11 | 53:10,12 59:17 | 156:10 168:15 | 163:22,23 |
| 141:11,17 142:4 | 87:17 88:23 | 60:1,2,9,24 | 176:21 177:3 | 166:1 167:3,11 |
| 142:6,19 | 97:15 105:5,9 | 61:4 70:11,19 | 198:23 200:5 | 167:17 196:13 |
| 144:23 148:3 | 109:6 120:25 | 83:14 84:13,14 | we'll 17:1 20:25 | Weidler 162:2 |
| 150:21 151:3,8 | 135:10,11,14 | 85:10 91:20 | 36:20,23 38:1 | 162:12 164:20 |
| 151:13,21 | 147:24 176:9 | 105:23 109:1,9 | 58:17 60:8 | 183:6,12 184:3 |
| 152:16 153:18 | 190:19 196:19 | 126:8,15,17,25 | 68:18 93:3 | weird 202:11 |
| 153:20,22,24 | 197:10 | 127:5,10 | 95:8 100:16 | went 35:9 42:13 |
| 153:25 154:4 | videotaped 1:11 | Walters 174:15 | 115:2 118:18 | 50:7 70:8 |
| 156:6,7 157:5 | 10:12 13:9 | 174:19,25 | 123:2 129:2 | 117:18 142:19 |
| 157:14 158:13 | 14:21 130:5 | 175:6 | 130:14 138:14 | 178:6 186:6 |
| 167:18 180:20 | 202:18 | want 22:21 | 146:1 151:17 | 187:18 199:14 |
| 181:1 182:10,14 | view 49:22 | 30:10 44:18 | 192:16 201:18 | weren't 82:9 |
| 190:14 197:19 | 90:9 138:14 | 47:4 67:15 | we're 14:15 47:8 | 83:8 162:10 |
| 197:23 202:17 | 170:3 171:20 | 108:6 133:10 | 47:17 68:9 | 171:7 177:1 |
| video-recorded | viewed 90:14 | 155:13 156:3 | 76:16 80:25 | 196:7 201:12 |
| 12:3 | viewing 25:8 | 157:8 163:1 | 86:15 89:10 | west 165:11 |
| videoconfere... | visible 15:10 | 164:18 165:10 | 93:22 101:23 | 168:17,17 |
| 1:11 10:12 11:2 | 113:6 146:6 | 165:17 173:5 | 109:10 110:9 | 169:10 |
| 11:12 13:9 | 188:4 | 177:2 200:18 | 110:23 128:12 | whatnot 102:4 |
| 202:18 | visor 46:17 | 202:8 | 128:21 130:25 | white 20:20 |

CHARLES WALL  5/18/2020

21:3 22:1
58:23 64:4,5
68:24 74:22
74:22 91:11
110:18 112:3
125:15,18
Whitworth
    173:11
Wiener 171:23
    172:5,10
    175:12 184:8
William 75:23
willing 140:11
windows
    160:20
wish 52:8 115:21
witness 2:3 13:5
    13:14,15 44:11
    110:21 133:2
    202:2,6,13
    203:6,9
    204:10 205:1
    206:1
witnesses 160:7
work 99:18
    150:18 167:2
    196:13
worked 202:11
working 150:3
    195:8 196:2,3
    196:4
works 135:16
    149:9 165:1
worn 188:3
wouldn't 117:1
    150:7 181:5
    194:15
wound 85:8
    164:3 176:5
Wozniak 175:21
    184:10
Wozniak's
    174:20,23
wrap 192:16
wrap-up 192:24
wrist 107:25
wristwatch

107:24 108:1
writing 188:7,24
    189:1,13
    190:10
written 161:17
    173:10 189:10
    190:20
wrong 121:10
wrote 48:15
Wyrsch 2:4 11:3
    11:5 12:14,14
    13:24 14:3,19
    15:17 16:24
    17:2,5,9,12
    18:2,8,14 19:16
    19:22 20:3,8
    20:12,17,25
    21:6,11,23
    22:4,7,16
    24:18,24 25:3
    25:19,22 26:6
    26:9,13,19,23
    26:25 27:4,15
    27:24 28:3,11
    29:4,6,10,13
    29:21,25 30:7
    30:10,14,25
    31:5,14 32:8
    32:12,16,24
    33:5,9,21,24
    34:3,6,10,18
    34:21 35:1,10
    35:25 36:13
    36:16,20,22
    37:1,7,15 38:1
    38:5,8,13,17
    38:22 39:1
    41:15,20 42:21
    42:24 43:22
    44:1,8,17,22
    46:7,16,19,22
    46:25 47:5,8
    47:16 52:25
    53:4 54:1,5
    56:6,8,18 57:4
    57:11,16,20,23
    58:7,17,20

59:1,4,12,15,19
59:23 60:8,13
60:21 61:15,19
62:4,6,10,24
63:2,8,12
64:12,16,23
65:2,5,9,12,16
65:21 66:18,21
66:24 67:8,15
68:8,12,18,23
69:9 70:12,16
70:18,22 71:2
71:6 72:9,12
72:20 73:7,12
73:22 74:1,6
74:10,15,18
75:4,7,15,24
76:2,15,20
80:18 86:10,15
91:5,8,13,17,21
92:3,8,11,22
93:1,3,7,9,12
93:18,22 94:1
94:4,8,11 95:2
95:5,8,12,18
95:21 96:2,10
96:16,22,25
97:5 99:20
100:1,4,7,18
103:8,13,21
104:10,15
105:1,13 108:13
109:14 110:22
111:5,13,17
114:13,17 115:2
118:18,22
120:16,23
121:3,17 122:17
122:21 123:2,5
123:10,18
125:10,13,21
125:24 126:23
127:18,21,24
128:1,5,12
129:2,9,14
130:1,13,17,20
130:25 132:19

133:1,6,8,10
135:22 136:15
138:7 141:4,14
141:18 145:20
150:24 151:9
151:17,22
152:20 154:3
154:5 155:1,6
155:11,13,17,23
157:8,15
158:14,18,21
159:9 166:17
166:23 179:24
180:15,20
181:10 190:1,19
191:7 192:15,18
192:24 193:19
197:6,8,19
201:16 202:1,8
202:14

X
X 2:1,1,6,6

Y
yeah 26:17
    31:15 37:22
    39:8 41:8
    43:15 47:7
    60:2 61:20
    64:5,10 66:3
    66:10 73:9
    78:19 81:21
    82:19 83:18
    83:22 88:22
    90:1 91:10,12
    94:13,19 97:2
    103:10 110:14
    112:2,9 113:20
    115:21,23 116:3
    117:10 120:4
    126:13 128:8
    132:16 133:24
    134:17 151:24
    152:14 155:23
    156:17 162:1
    162:23 168:3

168:21 172:12
175:22 188:16
197:7 199:4
200:14
year 89:22,25
    98:3 150:15
Youmans 11:19
    12:10

Z
Ziegler 97:7
    115:6,6,15
    117:25 118:3
    119:7 120:8
Ziegler's 120:2
zip 54:7,10,24
    54:24 56:4
    60:18 61:16
    62:13 65:23
    77:23 78:1
    79:13,16 84:6
    84:21,24
    85:15 86:25
    90:10,15 95:16
    109:18 119:6
    119:13,20
    133:22 134:7
    134:13,21
    136:23 145:11
    145:12,21
    146:21 156:21
    157:22 181:1
Zoom 87:16,19
    88:19
zoomed 112:9

0

1
17:21 69:23
    73:18 80:3,5
    81:8 82:13
    115:11,13,14,15
    116:5 131:8
    136:4 138:13
    138:14,16
    147:14 148:24

**CHARLES WALL  5/18/2020**

152:22 153:2
158:15 159:6
159:12,14,14,18
160:1 161:22
162:15 163:10
165:14,20
167:23 168:8
170:23,23,24
171:3,13,15,18
172:22 174:16
176:2
**1-** 130:3
**1:22** 111:1,4
**1:39** 120:19
**1:45** 120:22
**10** 112:19 127:22
**10:12** 44:13
**10:15** 44:16
**10:21** 47:10
**10:22** 47:13
**10:27** 132:25
**10:30** 163:6,11
**10:37** 56:22
**10:42** 56:25
**100** 2:12 19:25
20:1
**101** 2:13 20:13
20:14
**102** 2:15 21:7,8
**1021** 11:10
**103** 2:16 6:16
8:20 22:4,5
**104** 2:18 8:8
24:18,19
**105** 2:19 24:25
25:1
**106** 2:21 25:19
25:20
**107** 2:22 26:10
26:11
**108** 2:24 26:19
26:20
**109** 3:1 6:17
26:25 27:1
**11** 8:2 112:24
141:11,15
**11:01** 67:11

**11:19** 67:14
**11:30** 191:12
**110** 3:2 27:24
27:25
**111** 3:4 6:19
29:10,11
**112** 3:5 30:11,12
**113** 3:7 32:12,13
**114** 3:8 6:20
8:10 33:6,7
**115** 3:10 33:21
33:22
**116** 3:11 34:6,8
**117** 3:13 34:21
34:23
**118** 3:14 6:22
36:17,18
**119** 3:16 36:23
36:24 38:2
**11th** 1:18 10:17
**12** 113:16,17
**12:10** 96:5
**12:47** 96:9
**120** 3:17 38:3,6
**1200** 11:15
204:3
**121** 3:19 38:22
38:24
**122** 3:20 6:23
41:16,17
**123** 3:22 7:1,2
43:22,24
**124** 3:23 46:21
46:22,23
**125** 4:1 7:4 8:11
46:20 47:14
47:18
**126** 4:2 8:25
53:1,2
**127** 4:4 54:2,3
**128** 4:5 57:20
57:21
**129** 4:7 7:5,7
58:17,18
**13** 2:4 114:2
**130** 4:8 7:8,10,11

59:1,2
**131** 4:10 59:12,13
**132** 4:11 59:19
59:20
**133** 4:13 60:9,10
62:4
**134** 4:14 62:5,7
**135** 7:13
**136** 8:23 62:24
64:12
**136A** 4:16
62:25
**136B** 4:17 64:13
**137** 4:19 65:5,6
**138** 4:20 7:14
65:12,13
**139** 4:22 66:18
66:19
**14** 2:7
**140** 4:23 66:21
66:22
**141** 5:1 8:2 68:19
68:21
**142** 5:2 69:7,11
71:19 72:1
**143** 5:4 70:13,14
**144** 5:5 70:18
70:20
**145** 5:7 7:16 71:3
71:4
**146** 5:8 22:22
73:7,10
**147** 5:10 74:7,8
**148** 5:11 74:15,16
**149** 5:13 75:4,5
**15** 8:4,19 68:5,9
**150** 8:16
**150-** 93:9
**151** 5:14 7:17
75:24,25
**152** 5:16 7:23
76:16,18 80:3
**153** 5:17 8:17
80:16,19 82:13
83:12 105:22
**154** 5:19 86:10
86:13,16 90:8

92:12 93:23
94:21 95:6,13
126:5
**155** 5:20 91:5,6
**156** 5:22 91:14
91:15
**157** 5:23 8:22
91:22,23
**158** 6:1 92:8,9
**159** 6:2 7:21
92:23,24
**160** 6:4 93:4,5
**161** 6:5 93:9,10
**162** 6:7 93:18
93:20
**163** 6:8 94:1,2
**164** 6:10 94:8,9
**165** 6:11 95:2,3
**166** 6:13 95:8,10
**167** 6:14 95:18
95:19
**168** 6:16 103:9
103:10,11
**169** 6:17 109:11
109:12,25
111:6,10 112:12
112:19,24
113:17
**17** 2:9 83:16
137:1 163:6
189:2
**170** 6:19 111:14
111:15
**171** 6:20 114:25
115:3,15
**172** 6:22 118:19
118:20
**173** 6:23 122:18
122:19
**174** 7:1 123:2,3
**175** 7:2 123:16
123:20
**176** 7:4 125:21
125:22
**177** 127:14
**178** 7:5 127:14
129:3,5

**179** 7:7 129:4,4
129:7
**17th** 78:5 159:3
159:15 162:18
**18** 1:15 10:14
12:2 203:4
204:8 206:3
206:22
**180** 7:8 130:14
130:15
**181** 7:10 130:20
130:21
**182** 7:11 130:23
131:1,9
**183** 7:13 135:19
135:20
**184** 7:14 138:4,5
140:1
**185** 7:16 145:17
145:18,24
146:5 147:16
**186** 7:17 151:18
151:19
**18th** 98:25
**19** 2:10

**2**

**2** 7:23 70:23
73:18 77:2,3
81:11 82:12,16
90:23 110:1
118:9 119:4
131:12 136:21
139:25 146:4
146:7 152:17
152:21 153:2
161:16,17 166:4
168:8,19,25
169:14,25
170:23,24
172:10,11,12
173:24 175:12
175:21 176:3
**2:05** 128:11
**2:15** 132:22
**2:16** 132:22
**2:27** 132:25

CHARLES WALL  5/18/2020

**2:47** 141:7
**2:49** 141:10
**20** 2:12,13 8:5
  37:4,8 194:21
**2017** 83:16 137:1
  163:6 189:2
**2018** 89:20
  124:11 185:9
**2020** 1:15 10:14
  12:2 120:13
  203:4,15
  204:1,8 206:3
  206:13,22
**21** 2:15 8:7
  42:18,22
  44:18
**211** 11:5
**22** 2:16 9:1
  204:1
**22nd** 203:15
**23** 8:8 104:23
  105:2 108:5
**24** 2:18 120:24
  128:13,14
**25** 2:19,21
**26** 2:22,24
  123:8 128:21
  128:21
**27** 3:1,2 8:10
  114:10,14
**28** 8:11 125:7,11
  130:7
**288-0777** 11:6
**29** 3:4 8:13
  96:13,17
**290** 11:9

**3**

**3** 48:7 82:24
  83:13 92:12
  105:23 109:17
  111:6 123:22
  131:12 148:12
**3:15** 155:19
**3:31** 155:22
**3:50** 166:19
**3:59** 166:22

**30** 3:5 8:14
  96:19,23
  194:23 195:1
  204:13
**30(b)(6)** 14:6
  50:23 89:15
  149:23 162:15
**31** 8:16 150:21
  150:25 151:6
**314** 1:19 11:6,15
  11:16 159:24
  159:25 160:21
  165:8 166:9
  174:11 204:3
**32** 3:7 8:17
  153:25 154:3
**33** 3:8,10
**34** 3:11,13
**36** 3:14,16 8:19
  15:14,18 35:19
  48:11
**37** 8:5,20
  103:18,22
**38** 3:17,19 8:22
  157:5,9,10

**4**

**4** 7:24 15:8 16:1
  48:9 49:23
  52:11,15 53:10
  57:1,5 81:16
  83:6 93:23
  111:10 130:7
  151:1
**4:18-cv-0030...**
  1:5 12:5
**4:47** 192:20
**4:54** 192:23
**41** 3:20
**42** 8:7
**43** 3:22
**44:18-cv-003...**
  10:5
**440** 11:9
**45** 8:23 136:12
  136:16
**46** 3:23 73:9

**47** 4:1 8:25
  126:20,24
**4th** 11:9

**5**

**5** 52:8,10 53:23
  53:23 69:20
  78:3,18,24
  79:5 81:18
  86:24 94:21
  120:1
**5:07** 201:22
**5:09** 201:25
**5:12** 202:19
**53** 4:2
**54** 4:4
**57** 4:5 7:24
**58** 4:7
**59** 4:8,10,11

**6**

**6** 8:1 71:18 72:6
  72:10 78:9,12
  79:7 81:18
  86:18 90:19
  95:6 109:23
  126:7 140:18
  198:9
**60** 4:13
**62** 4:14,16
**622-4652** 11:16
**63101** 1:19 10:17
  11:6 203:4
  204:13
**63102** 11:10
**63103** 11:16
  204:3
**64** 4:17
**644-2191** 1:19
**65** 4:19,20
**66** 4:22,23
**68** 5:1 8:4
**69** 5:2

**7**

**7** 71:25 81:18
  95:12 111:19

163:4 191:7
**70** 5:4,5
**71** 5:7
**711** 1:18 10:17
  203:4 204:13
**72** 8:1
**724-2489** 11:10
**73** 5:8
**74** 5:10,11
**75** 5:13,14
**76** 5:16

**8**

**8** 81:18 112:7
  120:13
**80** 5:17
**85** 9:1 22:13,17
**855** 11:10
**86** 5:19 158:17

**9**

**9** 69:15 112:12
  198:9
**9:01** 12:3
**9:09** 18:4
**9:10** 18:7
**9:17** 22:9
**9:18** 22:12
**9:45** 35:4
**9:56** 35:7
**90** 158:17 181:24
**91** 5:20,22,23
**911** 11:5
**92** 6:1,2
**93** 6:4,5,7
**94** 6:8,10
**95** 6:11,13,14
**96** 8:13,14
**97** 2:7 14:16,17
  50:24,25
  158:20,22
  161:21 163:4
  198:9
**98** 2:9 17:5,6
**99** 2:10 19:18,19