# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALEX NELSON and IRIS NELSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-01561-JCH |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW, Nathaniel R. Carroll of ArchCity Defenders, Inc., and enters his appearance as co-counsel on behalf of the Plaintiffs in the above-styled cause number.

Dated: August 13, 2020.                     Respectfully Submitted,

*/s/ Nathaniel R. Carroll*
Nathaniel R. Carroll #67988MO
ArchCity Defenders
440 N. 4th St., Suite 390
St. Louis, MO 63102
314-361-8834, Ext 1040
314-925-1307 (fax)
ncarroll@archcitydefenders.org