# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **ALEX NELSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 4:18-cv-1561-JCH |
| | ) Jury Trial Demanded |
| **CITY OF ST. LOUIS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO DISMISS

In connection with the defendants' pending motion to dismiss the latest amended complaint [ECF 121], defendants respectfully call to the Court's attention the recent opinion of the United States Court of Appeals for the Eighth Circuit, *Quraishi v. St. Charles County,* No. 19-2462, filed January 28, 2021, which appears to have pertinence regarding the issues of qualified immunity raised in the pending motion.  A copy of said opinion is attached hereto.

                                        Respectfully submitted,
                                MICHAEL A. GARVIN
                                CITY COUNSELOR

                                  /s/ Robert H. Dierker
                                  Robert H. Dierker 23671(MO)
                                  Deputy City Counselor
                                  dierkerr@stlouis-mo.gov
                                  Brandon Laird 65564(MO)

Abby Duncan 67766(MO)
Associate City Counselors
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956