UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALEX NELSON, et ux.,            )
                                )
        Plaintiffs-Appellees,   ) Case No. 4:19-cv-01561 JCH
                                )
v.                              )
                                )
CITY OF ST. LOUIS, etc., et     )
al.,                            )
                                )
        Defendants-Appellants.  )


**NOTICE OF APPEAL**

Pursuant to extension of time [ECF 144], notice is hereby given that defendants City of St. Louis, Missouri, Lt. Col. Lawrence O'Toole, Lt. Col. Gerald Leyshock, Mjr. Daniel Howard, Lt. Scott Boyher, Lt. Timothy Sachs, Sgt. Randy Jemerson, Sgt. Matthew Karnowski, Sgt. Brian Rossomanno, Lt. Kimberly Allen, Lt. Scott Aubuchon, Lt. Daniel Chitwood, Lt. Bill Kiphart, Lt. James Joyner, Lt. Christi Marks, Lt. Michael Mayo, Lt. Donnell Moore, Lt. Paul Piatchek, Sgt. Eric Bartlett, Sgt. Ronald Bergmann, Sgt. Michael Binz, Sgt. James Buckeridge, Sgt. Curtis Burgdorf, Sgt. Joe Carretero, Sgt. Anthony Caruso, Sgt. James Clark, Sgt. Darnell Dandridge, Sgt. Adam Duke, Sgt. Kelly Fisher, Sgt. Brandt Flowers, Sgt. Samuel Gilman, Sgt.

Patrick Haug, Sgt. John Jones, Sgt. Robert Lammert, Sgt. Joe Lankford, Sgt. Robert Laschober, Sgt. Tom Long, Sgt. Kyle Mack, Sgt. Mike Mandle, Sgt. Michael Marks, Sgt. Mark McMurry, Sgt. James Murphy, Sgt. Dennis Neal, Sgt. Patricia Nijkamp, Sgt. Kenneth Nizick, Sgt. Donald Re, Sgt. Bradley Roy, Sgt. Daniel Schulte, Sgt. Michael Scego, Sgt. Timothy Schumann, Sgt. Brian Seppi, Sgt. Stephen Slama, Sgt. Cliff Sommer, Sgt. Timothy Turner, Sgt. Scott Valentine, Sgt. Charles Wall, Sgt. Donnell Walters, Sgt. Scott Weidler, Sgt. Carolyn Wiener, Sgt. Anthony Wozniak, Ofc. Jeremiah Koerper,, Ofc. James Harrison, III, incorrectly named as James Harris,, Ofc. Jeremy Davis Det. Matthew Burle Det. Stephen Walsh, Ofc. Samuel Rachas, Ofc. Keith Burton, Det. Mickey Christ, Det. Joshua Witcik appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 27th day of September, 2021 [ECF 142].

                              Respectfully submitted,

                              SHEENA HAMILTON
                              CITY COUNSELOR

                         by: /s/ Robert H. Dierker
                             Robert H. Dierker 23671(MO)
                             Associate City Counselor
                             dierkerr@stlouis-mo.gov
                             1200 Market St.
                             City Hall, Rm 314

St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
Attorneys for Defendants