UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEX NELSON, et ux., | ) |
| | ) |
|     Plaintiffs-Appellees, | ) Case No. 4:18-cv-01561 JCH |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, etc., et al., | ) |
| | ) |
|     Defendants-Appellants. | ) |

**AMENDED NOTICE OF APPEAL**

Pursuant to extension of time [ECF 144], and direction of the Clerk of the Court of Appeals, amended notice is hereby given that defendants City of St. Louis, Missouri, Lt. Col. Lawrence O'Toole, Lt. Col. Gerald Leyshock, Mjr. Daniel Howard, Lt. Scott Boyher, Lt. Timothy Sachs, Sgt. Randy Jemerson, Sgt. Matthew Karnowski, Sgt. Brian Rossomanno, Lt. Kimberly Allen, Lt. Scott Aubuchon, Lt. Daniel Chitwood, Lt. Bill Kiphart, Lt. James Joyner, Lt. Christi Marks, Lt. Michael Mayo, Lt. Donnell Moore, Lt. Paul Piatchek, Sgt. Eric Bartlett, Sgt. Ronald Bergmann, Sgt. Michael Binz, Sgt. James Buckeridge, Sgt. Curtis Burgdorf, Sgt. Joe Carretero, Sgt. Anthony Caruso, Sgt. James Clark, Sgt. Darnell Dandridge, Sgt. Adam Duke, Sgt.

Kelly Fisher, Sgt. Brandt Flowers, Sgt. Samuel Gilman, Sgt. Patrick Haug, Sgt. John Jones, Sgt. Robert Lammert, Sgt. Joe Lankford, Sgt. Robert Laschober, Sgt. Tom Long, Sgt. Kyle Mack, Sgt. Mike Mandle, Sgt. Michael Marks, Sgt. Mark McMurry, Sgt. James Murphy, Sgt. Dennis Neal, Sgt. Patricia Nijkamp, Sgt. Kenneth Nizick, Sgt. Donald Re, Sgt. Bradley Roy, Sgt. Daniel Schulte, Sgt. Michael Scego, Sgt. Timothy Schumann, Sgt. Brian Seppi, Sgt. Stephen Slama, Sgt. Cliff Sommer, Sgt. Timothy Turner, Sgt. Scott Valentine, Sgt. Charles Wall, Sgt. Donnell Walters, Sgt. Scott Weidler, Sgt. Carolyn Wiener, Sgt. Anthony Wozniak, Ofc. James Harris, III, Ofc. Jeremy Davis, Det. Matthew Burle, Det. Stephen Walsh, Ofc. Samuel Rachas, Ofc. Keith Burton, Det. Mickey Christ, Det. Joshua Witcik appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 27th day of September, 2021 [ECF 142].

                                          Respectfully submitted,

                                          SHEENA HAMILTON
                                          CITY COUNSELOR

                                      by: /s/ Robert H. Dierker
                                          Robert H. Dierker 23671(MO)
                                          Associate City Counselor
                                          dierkerr@stlouis-mo.gov
                                          1200 Market St.
                                          City Hall, Rm 314

```
                          St. Louis, MO 63103
                          314-622-3361
                          Fax 314-622-4956
                       Attorneys for Defendants
```